COPY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>       PLAINTIFF,<br>v.<br>ROBERT PAUL RUNDO,<br>       DEFENDANT | **WARRANT FOR ARREST**<br><br>ON COMPLAINT<br>CASE NO.: 18MJ02791 |
|---|---|

To: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **ROBERT PAUL RUNDO** and bring him forthwith to the nearest Magistrate Judge to answer a complaint charging him with Riots and Conspiracy to Riot, in violation of Title 18, United States Code, Sections 2101, 371.

REC: BY AUSA David Ryan  [Detention]

Date: 10/20/18

The Honorable Steve Kim

Signature of Magistrate Judge

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at (location): |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: | |
|---|---|---|---|---|---|---|---|
| DATE OF BIRTH: | | PLACE OF BIRTH: | | SOCIAL SECURITY NO.: | | DRIVER'S LICENSE NO. | ISSUING STATE |
| ALIASES: | | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: | | | | | |
| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | | AUTO COLOR: | | AUTO LICENSE NO.: | ISSUING STATE |
| LAST KNOWN RESIDENCE: | | | | LAST KNOWN EMPLOYMENT: | | | |
| FBI NUMBER: | | | | | | | |
| ADDITIONAL INFORMATION: | | | | | | | |
| INVESTIGATIVE AGENCY NAME: | | | | INVESTIGATIVE AGENCY ADDRESS: | | | |
| NOTES: | | | | | | | |