FILED
2018 OCT 22 AM 9:39
CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF
LOS ANGELES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
PLAINTIFF
V.

CASE NUMBER: 18MJ02791

Robert Rundo
DEFENDANT

USMS# _____

REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 10/21/2018     7:31     ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:    ☐ Yes    ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):    ☒ Yes    ☐ No

4. Charges under which defendant has been booked:
   2101 Riots, 371 Conspiracy to Riot

5. Offense charged is a:    ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

6. Interpreter Required:    ☒ No    ☐ Yes    Language: English

7. Year of Birth: 1990

8. Defendant has retained counsel:    ☒ No
   ☐ Yes    Name: _____    Phone Number: _____

9. Name of Pretrial Services Officer notified: Devin

10. Remarks (if any): Flight risk

11. Name: Marcus McCain    (please print)

12. Office Phone Number: (213) 326-2889    13. Agency: FBI

14. Signature: _____    15. Date: 10/22/2018

CR-64 (05/18)    REPORT COMMENCING CRIMINAL ACTION