

FILED
CLERK U.S. DISTRICT COURT

OCT 2 2 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. ROBERT PAUL RUNDO, DEFENDANT(S). | CASE NUMBER 2:18-MJ-02791-1 |
|---|---|
| | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of _defendant_____, IT IS ORDERED that a detention hearing is set for _Wednesday, October 24, 2018_, at _10:00_ ☒ a.m. / ☐ p.m. before the Honorable _Karen L. Stevenson_, in Courtroom _580_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _October 22, 2018_     _/s/ Karen L. Stevenson_
U.S. ~~District Judge~~/Magistrate Judge