DAVID T. RYAN (Cal. Bar No. 295785)
Assistant United States Attorney
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br>v.<br>ROBERT RUNDO, ROBERT BOMAN, AARON EASON, and TYLER LAUBE<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>18-CR-759-CJC<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing,

and will therefore be manually  ☑ Filed   ☐ Lodged:  (**List Documents**)

GOVERNMENT'S EX PARTE APPLICATION AND [PROPOSED] ORDER FOR AN ORDER SEALING
DOCUMENT [FILED UNDER SEAL]; GOVERNMENT'S UNDER SEAL DOCUMENT [FILED UNDER
SEAL]

**Reason:**

☑ Under Seal

☐ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

| February 13, 2019 | David Ryan |
|---|---|
| Date | Attorney Name |
| | USA |
| | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                                    NOTICE OF MANUAL FILING OR LODGING