UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 18-00759-CJC | Date | March 19, 2019 |
|---|---|---|---|

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Gabriela Garcia | Not Reported | David T. Ryan - Not Present<br>George Pence, IV - Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Robert Paul Rundo | Not | X | | 1) Julia Dexter, DFPD | Not | X | |
| 2) Robert Boman | Not | X | | 2) Peter Swarth, CJA | Not | X | |
| 4) Aaron Eason | Not | | X | 4) John McNicholas, CJA | Not | X | |

**PROCEEDINGS:** (IN CHAMBERS) NOTICE THAT COURT RECEIVED SUBPOENED ITEMS

On March 18, 2019 the Court received subpoenaed items from <u>City of Berkeley Police Department.</u>

Unless a protective order is in place, interested parties may inspect and/or copy the subpoenaed items before commencement of the trial or other contested proceeding. A request to inspect and/or copy the subpoenaed items should be made to the courtroom deputy clerk, Gabriela Garcia (CJC_Chambers@cacd.uscourts.gov).

To protect sensitive information, subpoenas seeking items that are expected to contain such sensitive information should be requested in an under seal subpoena. Alternatively a protective order should be sought to protect the items after they are produced.

Unless otherwise ordered, subpoenaed items shall be returned to the attorney or party who requested issuance of the subpoena at the conclusion of the trial, contested proceeding, or upon any pretrial disposition of the case.

                                                                                        -     :     -

Initials of Deputy Clerk   gga

cc: