UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ROBERT RUNDO,<br>ROBERT BOMAN,<br>AARON EASON, and<br>TYLER LAUBE,<br><br>　　　　Defendants. | No. CR 18-759-CJC<br><br>ORDER EXTENDING TIME TO RESPOND TO MOTION TO DISMISS |
|---|---|

　　The Court has read and considered the government's Unopposed Ex Parte Application For Extension of Time to Respond to Motion to Dismiss, filed on May 2, 2019.  The Court hereby finds that the Application provides good cause for a continuance of the briefing schedule on defendant's motion.

　　IT IS ORDERED that the Application is GRANTED as follows:

1. The government's opposition to the Motion to Dismiss is due no later than May 6, 2019.
2. Defendants' reply in support of the Motion to Dismiss is due no later than May 20, 2019.

/ / /

/ / /

3.   The hearing on the Motion to Dismiss is continued to June 3, 2019, at 2:00 p.m.

IT IS SO ORDERED.

DATED: May 2, 2019

                                                    _____
                                                    THE HONORABLE CORMAC J. CARNEY
                                                    United States District Judge

Presented by:

   /s/
_____
DAVID T. RYAN
GEORGE E. PENCE
Assistant United States Attorney