ANDREW ALLEN (Bar No. 69967)
83 Beach Road
Belvedere, CA 94920
Telephone: 415-435-2439
Email: Merline299@aol.com

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| UNITED STATES OF AMERICA | CASE NO.: CR 18-759-CJC |
|---|---|
| Plaintiff, | |
| vs. | THE FREE EXPRESSION FOUNDATION, INC'S APPLICATION FOR LEAVE TO FILE AMICUS CURIAE BRIEF |
| ROBERT RUNDO, | |
| ROBERT BOMAN, | |
| AARON EASON, and | |
| TYLER LAUBE | |
| Defendants | |

## ORDER

Having considered the application of The Free Expression Foundation, Inc. to file an amicus curiae brief in support of the defendants' motion to dismiss the indictment, and any opposition thereto, it is this _____ day of _____, 2019, hereby ORDERED that the application is Granted / Denied.

_____

Hon. Cormac J. Carney, District Court Judge

_____
ORDER