AMY M. KARLIN (Bar No. 150016)
Interim Federal Public Defender
BRIANNA FULLER MIRCHEFF (Bar No. 243641)
(E-Mail: Brianna_Mircheff@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4784
Facsimile: (213) 894-0081
Email: Brianna_Mircheff@fd.org

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00759-CJC-1 |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL FOR DEFENDANT ROBERT PAUL RUNDO** |
| v. | |
| ROBERT PAUL RUNDO, | |
| Defendant. | |

PLEASE TAKE NOTICE that Deputy Federal Public Defender Brianna F. Mircheff hereby enters her appearance to represent Defendant Robert Paul Rundo for purposes of the appeal in this matter instead and place of Deputy Federal Public Defender Alexandra Wallace Yates.

Please make all necessary changes to the court's Case Management/Electronic Case Filing system to accurately reflect the newly-assigned attorney to ensure that she receives all e-mails relating to filings in this case.

                        Respectfully submitted,

                        AMY M. KARLIN
                        Interim Federal Public Defender

DATED: June 25, 2020      By /s/ Brianna Fuller Mircheff
                        BRIANNA FULLER MIRCHEFF
                        Deputy Federal Public Defender

1