FILED

MAY 26 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   19-50189 |
| Plaintiff-Appellant, | D.C. No. 2:18-cr-00759-CJC-1 |
| v. | Central District of California, Los Angeles |
| ROBERT PAUL RUNDO; ROBERT BOMAN; TYLER LAUBE; AARON EASON, | |
| Defendants-Appellees. | ORDER GRANTING MOTION TO STAY THE MANDATE PENDING PETITION FOR A WRIT OF CERTIORARI |

Before:  FERNANDEZ and PAEZ, Circuit Judges, and TIGAR,[*] District Judge.

Appellees' joint motion for stay of the issuance of the mandate pending petition for a writ of certiorari is GRANTED.  Fed. R. App. P. 41(b).

Therefore, it is ordered that the issuance of the mandate shall be stayed as to the Appellees to and including August 18, 2021, and if during that period an Appellee files a written notice with the clerk of this court that the Appellee has filed a petition for a writ of certiorari with the United States Supreme Court, the stay shall continue as to the filing Appellee until final disposition by the Supreme Court.

_____

[*]  The Honorable Jon S. Tigar, United States District Judge for the Northern District of California, sitting by designation.