

**FILED**

JUL 2 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 19-50189 |
|---|---|
| Plaintiff-Appellant, | D.C. No. 2:18-cr-00759-CJC-1 |
| v. | Central District of California, Los Angeles |
| ROBERT PAUL RUNDO; et al., | |
| Defendants-Appellees. | ORDER |

Before: FERNANDEZ and PAEZ, Circuit Judges, and TIGAR,[*] District Judge.

Appellant's motion to lift the stay of the mandate (Dkt. 60) is DENIED.

---

[*] The Honorable Jon S. Tigar, United States District Judge for the Northern District of California, sitting by designation.