NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT RUNDO,<br>ROBERT BOMAN,<br>TYLER LAUBE, and<br>AARON EASON<br><br>Defendants. | No. CR 18-00759-CJC<br><br><u>ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT</u><br><br>**TRIAL DATE: 04/11/2023**<br>**PRETRIAL CONFERENCE: 04/03/2023**<br>**MOTIONS HEARING: 01/09/2023** |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on March 29, 2022. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and

defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued to **April 11, 2023, at 8:30 a.m.** The Pretrial Conference is continued to **April 3, 2023, at 9:00 a.m.**

2. A motion schedule is set as follows: motions to be filed by December 7, 2022; oppositions to be filed by December 21, 2022; replies to be filed by December 28, 2022; and any motions hearing on **January 9, 2023, at 9:00 a.m.**

3. The time period from the date of this Order to April 11, 2023, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

5. The United States Probation Office is ordered to interview all defendants and prepare a Pretrial Services Report by April 19,

2022 so that the Court can assess defendants' pretrial release conditions or detention.

    IT IS SO ORDERED.

| | |
|---|---|
| March 29, 2022 | /s/ Cormac J. Carney |
| DATE | THE HONORABLE CORMAC J. CARNEY<br>UNITED STATES DISTRICT JUDGE |

Presented by:

   /s/
SOLOMON KIM
Assistant United States Attorney

**CC: United States Probation Office**