E. MARTIN ESTRADA
United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
SOLOMON KIM (Cal. Bar No. 295785)
MARIA JHAI (Cal. Bar No. 283059)
Assistant United States Attorneys
Terrorism and Export Crimes
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2450/4138
     Facsimile: (213) 894-0104
     E-mail:    solomon.kim@usdoj.gov
                maria.jhai@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-00759-CJC |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE PRETRIAL MOTIONS DEADLINES |
| v. | |
| ROBERT PAUL RUNDO, et al., | CURRENT DATES:<br>  OPENING: 12/7/22<br>  OPPOSITION: 12/21/22<br>  REPLY: 12/28/22<br>  HEARING: 1/9/23 |
| Defendants. | PROPOSED DATES:<br>  OPENING: 2/10/23<br>  OPPOSITION: 3/3/23<br>  REPLY: 3/10/23<br>  HEARING: 3/20/23 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Maria Jhai, and defendants ROBERT BOMAN, TYLER LAUBE, and AARON EASON, by and through their attorneys of record, that the pretrial motions deadlines in this

matter are continued as follows: motions to be filed by February 10, 2023; oppositions to be filed by March 3, 2023; replies to be filed by March 10, 2023; and any motions hearing on March 20, 2023, at 9:00 a.m.  The government will file its first superseding indictment on or before January 3, 2023.  Defendant ROBERT PAUL RUNDO takes no position on the stipulation.

   This request is based on the files and records of this case and the following stipulated representations:

   1.   The defendants in this matter are charged by indictment with violation of the Anti-Riot Act, and Conspiracy, in violation of 18 U.S.C. §§ 371, 2101.  (Dkts. 47, 162.)

   2.   In June 2019, this Court granted the defendants' motions to dismiss the indictment. (Dkt. 145, 151.)  Following reversal and remand by the Ninth Circuit (Dkt. 161), the parties filed a stipulation to continue trial in this matter to April 11, 2023, including setting a briefing schedule for pretrial motions.  (Dkt. 170.)

   3.   The government represents that it intends to file a first superseding indictment on or before January 3, 2023.  The undersigned parties seek a continuance of the motions deadlines in order to allow for anticipated pretrial motion practice addressing the first superseding indictment.

   4.   The government represents that on December 2, 2022, counsel for defendant RUNDO, Julia Deixler, informed the government by email that she takes no position on this stipulation.

   WHEREFORE, the undersigned parties stipulate and agree to the following revised deadlines, and have prepared a proposed order filed concurrently herewith, consistent with this schedule:

- The government shall file a first superseding indictment on or before **January 3, 2023**.
- Pretrial motions shall be filed on or before **February 10, 2023**.
- Oppositions to pretrial motions shall be filed on or before **March 3, 2023**.
- Replies in support of pretrial motions, if any, shall be filed on or before **March 10, 2023**.
- The parties request a hearing date of **March 20, 2023**.

IT IS SO STIPULATED.

Dated: December 5, 2022        Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

/s/
SOLOMON KIM
MARIA JHAI
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: December 5, 2022        /s/ *per email authorization
PETER C. SWARTH
Attorney for Defendant ROBERT BOMAN

Dated: December 5, 2022        /s/ *per email authorization
JEROME J. HAIG
Attorney for Defendant TYLER LAUBE

Dated: December 5, 2022        /s/ *per email authorization
JOHN NEIL McNICHOLAS
Attorney for Defendant AARON EASON