UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-00759-CJC |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING PRETRIAL MOTIONS DEADLINES |
| v. | |
| ROBERT PAUL RUNDO, et al., | |
| Defendants. | |

Pursuant to the stipulation of the government and defendants ROBERT PAUL RUNDO, TYLER LAUBE, and AARON EASON requesting a continuance of the pretrial motions deadlines in the above-captioned matter, and good cause having been shown, IT IS HEREBY ORDERED as follows:

- The government shall file a first superseding indictment on or before **January 3, 2023.**
- Pretrial motions shall be filed on or before **February 10, 2023.**
- Oppositions to pretrial motions shall be filed on or before **March 3, 2023.**
- Replies in support of pretrial motions, if any, shall be filed on or before **March 10, 2023.**

- The motions shall be heard on **March 20, 2023, at 9:00 a.m.**

    IT IS SO ORDERED.

_____    _____
 DATE                            HONORABLE CORMAC J. CARNEY
                                 UNITED STATES DISTRICT JUDGE

Presented by:
　　/s/ *Maria Jhai*
_____
 MARIA JHAI
 Assistant United States Attorney