E. MARTIN ESTRADA
United States Attorney
ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division
SOLOMON KIM (Cal. Bar No. 311466)
MARIA JHAI (Cal. Bar No. 283059)
Assistant United States Attorneys
Terrorism and Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2450/4138
    Facsimile: (213) 894-0140
    E-mail: solomon.kim@usdoj.gov
           maria.jhai@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-759-CJC |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING APPLICATION TO CONTINUE DEADLINE |
| v. | |
| ROBERT RUNDO et al., | **[UNDER SEAL]** |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government shall file its first superseding indictment in this case on or before January 4, 2023.

DATED: _____   _____
                                         HON. CORMAC J. CARNEY
                                         U.S. DISTRICT COURT JUDGE