E. MARTIN ESTRADA
United States Attorney
ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division
SOLOMON KIM (Cal. Bar No. 31466)
MARIA JHAI (Cal. Bar No. 283059)
Assistant United States Attorneys
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2450/4138
     Facsimile: (213) 894-0104
     E-mail:    solomon.kim@usdoj.gov
     maria.jhai@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-759-CJC-2 |
|---|---|
| Plaintiff, | NOTICE OF LODGING PROPOSED ORDER FOLLOWING STATUS CONFERENCE |
| v. | |
| ROBERT BOMAN, | |
| Defendant. | |

   Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Solomon Kim and Maria Jhai, hereby files the attached proposed order, following the

//

//

February 21, 2023 hearing before this Court in the above-captioned matter.

Dated: February 24, 2023	Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division


	_____*/s/ Maria Jhai*_____
MARIA JHAI
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

E. MARTIN ESTRADA
United States Attorney
ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division
SOLOMON KIM (Cal. Bar No. 31466)
MARIA JHAI (Cal. Bar No. 283059)
Assistant United States Attorneys
Terrorism and Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2450/4138
    Facsimile: (213) 894-0104
    E-mail:   solomon.kim@usdoj.gov
             maria.jhai@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-759-CJC-2 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER FOLLOWING STATUS CONFERENCE |
| v. | |
| ROBERT BOMAN, | |
| Defendant. | |

    A change-of-plea hearing for defendant Robert Boman ("defendant") was held in this matter on February 21, 2023. Defendant appeared in person with defense counsel Peter Swarth.

    The Court and the parties conferred. Defendant did not proceed with the change of plea. (See Dkt. 224.) Defendant is detained pending trial.

    As addressed on the record at the February 21, 2023 hearing and

//

//

in the Court's February 10, 2023, Amended Order to Continue Trial Date (Dkt. 220), trial for defendant is scheduled for December 12, 2023.

IT IS SO ORDERED.

_____    _____
DATE                              HONORABLE CORMAC J. CARNEY
                                  UNITED STATES DISTRICT JUDGE

Presented by:

    /s/ *Maria Jhai*
MARIA JHAI
Assistant United States Attorney