1  E. MARTIN ESTRADA
   United States Attorney
2  ANNAMARTINE SALICK
   Assistant United States Attorney
3  Chief, National Security Division
   KATHRYNNE N. SEIDEN (Cal. Bar No. 310902)
4  Assistant United States Attorney
   Terrorism and Export Crimes Section
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0631
7       Facsimile: (213) 894-0141
        E-mail:    kathrynne.seiden@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                  UNITED STATES DISTRICT COURT

11               FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:18-CR-00759-CJC |
|---|---|
| Plaintiff, | |
| v. | <u>NOTICE OF ASSIGNMENT OF CRIMINAL CASE</u> |
| ROBERT PAUL RUNDO et al., | |
| Defendants. | |

     Plaintiff, United States of America, hereby advises the Court and all parties that the above-captioned case has been assigned to a new Assistant United States Attorney ("AUSA") as follows:

|  | **Name** | **E-Mail Address** |
|---|---|---|
| **Newly Assigned AUSA** | KATHRYNNE N. SEIDEN | kathrynne.seiden@usdoj.gov |

     Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly

//

//

assigned AUSA is associated with this case and receives all e-mails relating to filings in this case.

Dated: March 31, 2023        Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division

*/s/ Kathrynne N. Seiden*
KATHRYNNE N. SEIDEN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA