E. MARTIN ESTRADA
United States Attorney
ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division
SOLOMON KIM (Cal. Bar No. 311466)
KATHRYNNE N. SEIDEN (Cal. Bar No. 310902)
Assistant United States Attorneys
Terrorism and Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2450/0631
    Facsimile: (213) 894-0140
    E-mail:    solomon.kim@usdoj.gov
           kathrynne.seiden@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 18-759-CJC-1 |
| Plaintiff, | EX PARTE APPLICATION FOR UNSEALING OF ARREST WARRANT; DECLARATION OF SOLOMON KIM |
| v. | |
| ROBERT RUNDO et al., | |
| Defendants. | |

The government hereby applies, ex parte, for an order permitting the unsealing of the arrest warrant as to defendant Robert RUNDO arising from the First Superseding Indictment so that the government may provide a copy of the warrant to Romanian authorities for the purpose of extraditing defendant RUNDO to the United States.  Counsel for defendant RUNDO takes no position on this application.

This ex parte application is based upon the attached declaration of Solomon Kim.

Dated: April 19, 2023           Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division

         /s/
SOLOMON KIM
KATHRYNNE N. SEIDEN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF SOLOMON KIM**

I, Solomon Kim, declare as follows:

1. I am an Assistant United States Attorney ("AUSA") in the United States Attorney's Office for the Central District of California. I am one of the AUSAs assigned to represent the government in <u>United States v. Robert Rundo et al.</u>, CR 18-759-CJC.

2. On January 4, 2023, the government obtained a first superseding indictment in this case, charging defendant and others with violations of: (1) 18 U.S.C. § 371 (Conspiracy); and (2) 18 § 2101 (Rioting). In connection with the indictment, the Court issued an arrest warrant for defendant Robert RUNDO, which is currently under seal.

3. On March 29, 2023, defendant RUNDO was arrested in Romania.

4. The government is in the process of submitting an application to Romania for the extradition of defendant RUNDO to the United States. As part of the application, the government is required to provide a certified copy of defendant RUNDO's arrest warrant to Romania.

5. Accordingly, the government requests that the Court issue an order permitting the unsealing of defendant RUNDO's arrest warrant.

//
//
//

6. On April 21, 2023, defense counsel for defendant RUNDO informed me that she takes no position on the government's application.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on April 21, 2023 at Los Angeles, California.

                                  /s/
                                  SOLOMON KIM