```
1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS
   Assistant United States Attorney
3  Chief, Criminal Division
   MARIA JHAI (Cal. Bar. No. 283059)
4  Assistant United States Attorneys
   Violent and Organized Crimes Section
5       1300 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-4138
7       Facsimile: (213) 894-0141
        E-mail:    maria.jhai@usdoj.gov
8
9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-00759-CJC |
|---|---|
| Plaintiff, | NOTICE OF REASSIGNMENT |
| v. | |
| ROBERT PAUL RUNDO, et al., | |
| Defendants. | |

Plaintiff, United States of America, hereby advises the Court that the following Assistant United States Attorney ("AUSA") is no longer assigned to the above-captioned case:

|  | Name | E-Mail Address |
|---|---|---|
| No Longer Assigned AUSA | Maria Jhai | maria.jhai@usdoj.gov |

//

//

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the above identified AUSA is no longer associated with this case.

Dated: July 18, 2023

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK. E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

   /s/ *Maria Jhai*
MARIA JHAI
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA