Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

FILED
2023 AUG -2 AM 9:54

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| V. | No. CR 18-759(A)-CJC-1 |
| PLAINTIFF | |
| Robert Rundo | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____ DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: August 1, 2023   08:30 EEST   [X] AM   [ ] PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   [ ] Yes   [X] No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   [X] Yes   [ ] No

4. Charges under which defendant has been booked:
   18 USC SS 371 Conspiracy, 18 USC SS 2101 Rioting

5. Offense charged is a:   [X] Felony   [ ] Minor Offense   [ ] Petty Offense   [ ] Other Misdemeanor

6. Interpreter Required:   [X] No   [ ] Yes   Language: _____

7. Year of Birth: 1990

8. Defendant has retained counsel:   [ ] No
   [X] Yes   Name: Julia Deixler   Phone Number: 213-894-7550

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Special Agent Scott Bierwirth   (please print)

12. Office Phone Number: 310-486-9273

13. Agency: FBI- Los Angeles

14. Signature: [signature]

15. Date: 08/02/2023

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION