CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
JULIA DEIXLER (Bar No. 301954)
(E-Mail: julia_deixler@fd.org)
ERIN M. MURPHY (Bar No. 285087)
(E-Mail: erin_murphy@fd.org.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ROBERT RUNDO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>ROBERT RUNDO,<br><br>       Defendant. | Case No. CR 18-759-CJC<br><br>**DEFENDANT ROBERT RUNDO'S OPPOSED *EX PARTE* APPLICATION TO MODIFY PRE-TRIAL SCHEDULE; DECLARATION OF COUNSEL; [PROPOSED] ORDER** |

Defendant Robert Rundo, by and through his counsel of record, Deputy Federal Public Defenders Julia Deixler and Erin M. Murphy, hereby applies *ex parte* for an order to modify the pre-trial motions schedule. This application is based on the attached declaration of counsel.

1    The government opposes this application.

2                                     Respectfully submitted,

3                                     CUAUHTEMOC ORTEGA
                                      Federal Public Defender
4

5    DATED:  September 11, 2023    By  /s/ Erin M. Murphy

6                                     ERIN M. MURPHY
                                      JULIA DEIXLER
7                                     Deputy Federal Public Defenders
                                      Attorneys for ROBERT RUNDO

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# DECLARATION OF ERIN M. MURPHY

I, Erin M. Murphy, declare:

1.      I am an attorney at the Office of the Federal Public Defender in the Central District of California appointed to represent defendant Robert Rundo in *United States v. Robert Rundo, et al.*, 18-CR-759-CJC.

2.      For the reasons set forth below, I respectfully request that the Court modify the pre-trial motions schedule in this matter as follows:

        a.      October 17, 2023:  Pre-trial motions due;

        b.      October 26, 2023:  Oppositions due;

        c.      November 1, 2023:  Replies due; and

        d.      November 20, 2023:  Motions hearing.

3.      I entered my appearance in this matter on August 17, 2023.  (Not. of App., ECF No. 256.)  I have been attempting to familiarize myself as much as possible with the record and discovery.  I understand that there are over 200,000 pages of discovery, not including voluminous digital images of phones, audio, and video.[1]

4.      From reviewing the record, I understand that in 2019, this Court granted a Motion to Dismiss, finding the Antiriot Act, 18 U.S.C. § 2101—i.e., the crime which Mr. Rundo is charged with violating—unconstitutional.  (Order, ECF No. 145.)  On March 4, 2021, after some time and litigation in the Ninth Circuit, the Ninth Circuit issued a written opinion reversing and remanding the matter back to this Court.  (Opinion, ECF No. 158.)  Twenty-two months later, on January 3, 2023, the government filed its First Superseding Indictment ("FSI"), charging Mr. Rundo and his co-defendants in Count 1 with conspiracy under 18 U.S.C. § 371 to violate the Anti-Riot Act, 18 U.S.C. § 2101, and with a substantive violation of the Anti-Riot Act in Count 2.  (FSI, ECF No. 209.)

---

[1] I have requested clarification from the government about certain gaps in the discovery, making this figure an estimate based on the bates numbers in the government's discovery productions.

5.      On February 12, 2023, trial was set for December 12, 2023.  (Order Continuing Trial, ECF No. 219.)  Based on a stipulation between Mr. Laube and the government, the Court ordered the following schedule for pre-trial motions and a motions hearing:

          a.      Pre-Trial Motions Due:  October 5, 2023;

          b.      Oppositions: October 26, 2023;

          c.      Replies: November 2, 2023; and

          d.      Motions Hearing: November 16, 2023.[2]

6.      At the time, Mr. Rundo was not in communication with his counsel and had not yet appeared on the FSI.  (Stip. to Cont., ECF No. 218 at p. 5, ¶10.)  Therefore, Ms. Deixler took no position with respect to the parties' stipulation for the trial date and the pre-trial motions and motions hearing.  (*Id.*)

7.      On August 2, 2023, Mr. Rundo made his initial appearance on the FSI after he was extradited back to the United States.  (Arrest Minutes, ECF No. 251.)

8.      The defense is preparing to proceed to trial on the scheduled date of December 12, 2023.

9.      My co-counsel, Julia Deixler, is counsel in the matter *United States v. Jerry Nehl Boylan*, 22-CR-482-GW ("*Boylan*"), which concerns a 2019 boat fire in Santa Barbara where 34 people died, and Mr. Boylan is accused of seaman's manslaughter.[3]  That case is set for trial on October 24, 2023.[4]  (*United States v. Boylan,* 22-CR-482-GW, Order re: Speedy Trial, ECF No. 73.)  I understand the *Boylan* trial is expected to go well into November.  I also understand from reviewing

---

[2] The Court also set a pretrial status conference for December 4, 2023, which this application does not seek to modify.

[3] Along with Ms. Deixler, two other attorneys from our office have entered an appearance on that case.  At the time the government and Mr. Laube agreed to the pre-trial motions schedule in this matter, the trial for Mr. Boylan was set for July 5, 2023. (*United States v. Boylan*, 22-CR-482-GW, Order, ECF No. 19.)

[4] The government recently opposed a request to continue the trial date in the *Boylan* matter.  (*United States v. Boylan,* 22-CR-482-GW, Gov't Opp. to EPA, ECF No. 62.)

4

public pleadings in the *Boylan* matter that the government there has produced over 1.2 million records in discovery.

10.     While Ms. Deixler was historically lead counsel in the instant matter against Mr. Rundo, she will be preparing for trial in the *Boylan* matter in the coming weeks and will be in trial during the time stated above.  To ensure that Mr. Rundo is prepared for trial on December 12, 2023, I am taking over on this matter as "lead" counsel, including in the filing of any pre-trial motions.

11.     I need more time to familiarize myself with the discovery in this matter, and the complex issues that might necessitate any variety of dispositive motions.  For example, I need more time to determine what, if any, Motion to Dismiss could be filed given the Ninth Circuit's opinion.  I also must determine what, if any, challenges might be made to Mr. Rundo's extradition, and whether any Motions to Suppress might be filed.  I must accomplish these things while also preparing for trial, which is estimated to last two weeks.  (Stip. to Cont., ECF No. 218 at p. 3, ¶6.)  To have enough time to assess the need for such motions, and prepare any that I might file, I request modifying the current pre-trial motions schedule as follows:

   a. October 17, 2023:  Pre-trial motions due;

   b. October 26, 2023:  Oppositions due;

   c. November 1, 2023:  Replies due; and

   d. November 20, 2023:  Motions hearing.[5]

12.     On September 7, 2023, I contacted government counsel via phone and email about modifying the current schedule with pre-trial motions due October 24, 2023.  The government informed me that it opposes modifying the pre-trial motions schedule to the extent the defense intends to file a Motion to Dismiss, given the closeness in time between the trial date and a necessarily later Motions hearing date.

13.     On September 10, 2023, I contacted government counsel again via email

---

[5] I understand the Court hears criminal motions on Monday mornings.  This is the Monday before the Thanksgiving Holiday.

with the schedule proposed above in paragraph 10.  Although the proposed schedule gives both parties less time to file their positions,[6] it would allow a Motions hearing sooner before trial and only 4 days after the current hearing date.

14.     On September 11, 2023, the government informed me that it opposes the requested amended briefing schedule with respect to any case dispositive motions.

15.     I have consulted with Peter Swarth and John McNicholas, counsel representing Mr. Rundo's co-defendants Robert Bowman and Tyler Laube, respectively.  They do not oppose the modification requested here.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on September 11, 2023, at Los Angeles, California.

*/s/ Erin M. Murphy*
ERIN M. MURPHY
Deputy Federal Public Defender

---

[6] Per the Local Rules, the government ordinarily receives seven days to oppose a Motion to Suppress absent a court order.  L.Cr.R. 12-1.2.