| | |
|---|---|
| 1 | CUAUHTEMOC ORTEGA (Bar No. 257443) |
| | Federal Public Defender |
| 2 | ERIN M. MURPHY (Bar No. 285087) |
| | (E-Mail: erin_murphy@fd.org.org) |
| 3 | JULIA DEIXLER (Bar No. 301954) |
| | (E-Mail: julia_deixler@fd.org) |
| 4 | Deputy Federal Public Defenders |
| | 321 East 2nd Street |
| 5 | Los Angeles, California 90012-4202 |
| | Telephone: (213) 894-2854 |
| 6 | Facsimile: (213) 894-0081 |
| 7 | Attorneys for Defendant |
| | ROBERT RUNDO |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-759-CJC |
| Plaintiff, | **STIPULATION TO CONINUE PRETRIAL BRIEFING SCHEDULE** |
| v. | Motions Hearing: February 26, 2024 |
| ROBERT RUNDO, | Pretrial Conference: March 18, 2024 |
| Defendant. | Trial Date: March 26, 2024 |

Defendant Robert Rundo, through his attorneys of record, Deputy Federal Public Defenders Erin Murphy and Julia Deixler, Defendant Robert Boman, through his attorney of record Peter Swarth, and Plaintiff United States of America, through its attorneys of record, Assistant United States Attorneys Solomon Kim and Kathrynne Seiden, hereby stipulate and agree as follows:

//

//

//

1

1. Trial in this matter is scheduled for March 26, 2024.
2. This Court previously ordered the following briefing schedule for dispositive motions (including any motion to dismiss or motion to suppress):
   a. Motions due: January 8
   b. Oppositions due: January 29
   c. Replies due: February 5
   d. Hearing: February 26
3. By this stipulation, the parties request a one-week continuance to the current deadline for dispositive motions, with the following modified schedule:
   a. Motions due: January 15
   b. Oppositions due: February 5
   c. Replies due: February 12
   d. Hearing: February 26
4. The defense for Mr. Rundo requests the modification because one of Mr. Rundo's defense attorneys recently suffered a death in the family and has taken an unexpected leave of absence to deal with this family emergency. Defense counsel for Mr. Rundo therefore represents that it requires additional time to research, draft, and finalize any dispositive motions be filed on behalf of Mr. Rundo.
5. Counsel for Mr. Boman and counsel for the government concur in this stipulation.
6. For the foregoing reasons, the parties request that the Court modify the briefing schedule for dispositive motions as identified above.

IT IS SO STIPULATED.

//
//
//

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: Deceber 27, 2023  By   */s/ Julia Deixler*

ERIN MURPHY
JULIA DEIXLER
Deputy Federal Public Defenders
Attorneys for ROBERT RUNDO

DATED: Deceber 27, 2023  By  */s/ per email authorization*

PETER SWARTH
Attorney for ROBERT BOMAN

E. MARTIN ESTRADA
United States Attorney

DATED: Deceber 27, 2023  By  */s/ per email authorization*

SOLOMON KIM
KATHRYNNE SEIDEN
Assistant United States Attorneys
Attorneys for UNITED STATES OF AMERICA