# EXHIBIT T




# JOINT INTELLIGENCE BULLETIN

*26 June 2017*

(U//FOUO) **California: Escalation in Anti-Fascist, Right-Wing Extremist Violence**

> (U//FOUO) *Violent clashes between left- and right-wing extremists in California in the last 16 months reflect ideological rivalries tracing back to the 1930s in Europe and the United States.*

(U//FOUO) **We assess that anti-fascist (Antifa) and right-wing extremist interactions in California have escalated in violence throughout the last 16 months, judging from a State Threat Assessment Center (STAC) and Northern California Regional Intelligence Center (NCRIC) review of incidents and open-source reports from February 2016-May 2017. Weapons used at a February 2016 clash included a flag pole, two-by-fours, and a knife, while at a separate incident four months later police discovered an abandoned firearm. [1,2] Public calls by Antifa extremists earlier this year advocating for supporters to bring firearms to events points to possible further escalation. [3]**

- (U//FOUO) Antifa and right-wing violent clashes in California have largely occurred in metropolitan areas like Sacramento, Berkeley and Anaheim. Based on arrest reports, the number of individuals attending rallies and counter-protests, and media interviews with attendees suggests that some individuals probably are traveling to these events from outside cities and possibly other states. [4,5,6]


(U) Fascist salute at Berkeley rally
(U) Source: itsgoingdown.org

- (U) The first incident reviewed from the last 16 months involved a Ku Klux Klan (KKK)[USPER] rally at Pearson Park in Anaheim on 27 February 2016. Several dozen Antifa extremists initiated an altercation with the Klansmen that led to multiple injuries and three stabbings.[7] Seven Antifas were charged with assault, battery, or resisting arrest. Five Klansmen were later released without charges, according to press reports.[8,9]

- (U) On 26 June 2016, the white nationalist extremist group the Traditionalist Worker Party[USPER] held an event with the Golden State Skinheads[USPER] in front of the Sacramento State Capitol where they encountered Antifa extremists, resulting in a clash involving knives, bottles, bricks, and chunks of concrete.[10,11] A firearm was found abandoned on the ground where the melee broke out, according to the Sacramento Police Department.[12,13]


(U) Anti-fascists display flag during counter-protest
(U) Source: itsgoingdown.org

- (U) In response to UC Berkeley[USPER] cancelling a 1 February 2017 appearance by former Breitbart[USPER] editor Milo Yiannopoulos because of violence attributed to Antifa activists, right-wing groups held two events in Berkeley in the name of free speech.[14] Both resulted in violent clashes when Antifa

WARNING:  This document is the exclusive property of the California State Threat Assessment Center (STAC) and Northern California Regional Intelligence Center (NCRIC) and is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO).  It contains information that may be exempt from public release under the California Public Records Act (Govt. Code Sec. 6250, *et seq.*). It is to be controlled, stored, handled, transmitted, distributed and disposed of in accordance with STAC policy relating to U//FOUO information and is not to be released to the public, the media, or other personnel who do not have a valid need-to-know without prior approval of an authorized STAC official.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

- extremists showed up. At a rally held on 4 March 2017, Antifa and right-wing extremists clashed again, leading to several injuries and ten arrests. This time, authorities confiscated metal pipes, bats, bricks, and protective gear—such as helmets, shin guards, and industrial respirators—from multiple attendees, according to multiple media reports.[15,16,17]

- (U//FOUO) At a subsequent event on 15 April 2017, clashes broke out between individuals and groups representing a wide array of ideologies, including Antifa and right-wing individuals using fascist salutes and white nationalist symbology.[18] Pepper spray, fireworks, knives, stun guns and poles were used or confiscated during the clash, highlighting additional violent tactics being used during clashes.[19]

(U//FOUO) **We assess that Antifa and right-wing extremists are leveraging photos and videos from violent clashes by featuring them increasingly in online propaganda campaigns to garner support, recruit, and mobilize followers for future events.**



(U) Traditionalist Workers Party poster
(U) Source: Facebook[USPER]

- (U//FOUO) Anti-fascist organizations such as By Any Means Necessary (BAMN)[USPER]—which took a prominent role in the April UC Berkeley clashes, and the June 2016 clashes in Sacramento—uses social media and its website to mobilize anti-fascist collectives for counter-protests.[20]

- (U//FOUO) Right-wing extremist groups like the Traditionalist Worker Party use their website and social media platforms to post propaganda, recruit, and promote rallies across the United States, including for the June 2016 rally at the State Capitol in Sacramento.[21]

- (U//FOUO) Social media and online activities provide centralized platforms for extremist groups to communicate and promote events, extending the amount of time supporters have to plan for mobilization and travel.

(U//FOUO) **Based on recent Antifa public calls for the use of aggressive tactics and the perceived success of these tactics we are likely to continue to see Antifa and right-wing extremist interactions at rallies and counter-protests that involve escalated violent tactics.**

- (U//FOUO) Radical elements within Antifa are now calling for more aggressive tactics after the most recent violent clash in April 2017 in Berkeley, according to press reporting and online forums.[22,23] They are calling for supporters to bring firearms to events, apply for concealed carry permits, and obtain combat training.[24]

- (U//FOUO) Antifa and right-wing groups' social media sites and websites often promote videos and imagery of violent clashes, suggesting they believe that using increasingly violent tactics is a successful way of promoting and defending their extremist narratives.

(U) **ADMINISTRATIVE NOTE**

(U) For comments or questions related to the content or dissemination of this document, please contact the STAC at (916)636-2900 or STAC@caloes.ca.gov.

(U) **TRACKED BY**

(U) HSEC 8.1

(U) **STAC KEY INTELLIGENCE QUESTIONS**

(U) KIQ 2.3; KIQ 4.3

(U) **FEEDBACK**

(U) The STAC encourages your feedback using the survey found at https://www.surveymonkey.com/r/G3M2PF6

(U) **ENDNOTES**

[1] (U) Online Newspaper Article; James Queally; Los Angeles Times; "Ku Klux Klan rally in Anaheim erupts in violence; 3 are stabbed and 13 arrested"; 29 February 2016; http://www.latimes.com/local/lanow/la-me-ln-klan-rally-in-anaheim-erupts-in-violence-one-man-stabbed-20160227-story.html

[2] (U) Online Newspaper Article; Joseph Serna; Los Angeles Times; "Neo-Nazis didn't start the violence at state Capitol, police say"; 27 June 2016; http://www.latimes.com/local/lanow/la-me-ln-neo-nazi-event-stabbings-capitol-20160627-snap-story.html

[3] (U) Internet Site; Mac Salvo; Vessel News.;"'Combat Training, Better Equipment, Guns…': Antifa Prepares for War After Berkeley Beat Down"; http://vesselnews.io/combat-training-better-equipment-guns-antifa-prepares-war-berkeley-beat/; accessed on 24 April 2017

[4] (U) Internet Site; Frances Dinkelspiel and Natalie Orenstein; Berkeleyside; 17 April 2017; http://www.berkeleyside.com/2017/04/17/exactly-turned-downtown-berkeley-battlefield-april-15/

[5] (U) Internet Site; Shane Bauer; Mother Jones; "I Went Behind the Front Lines With the Far-Right Agitators Who Invaded Berkeley"; 18 April 2017; http://www.motherjones.com/politics/2017/04/far-right-white-supremacists-berkeley-protests-antifa-trump/

[6] (U) Internet Site; Nixle; Berkely Police Department; 17 April 2017; "Police Release Names of Civic Park Arrestees"; https://local.nixle.com/alert/5908399/?sub_id=1888726

[7] (U) Online Newspaper Article; James Queally; Los Angeles Times; "Ku Klux Klan rally in Anaheim erupts in violence; 3 are stabbed and 13 arrested"; 29 February 2016; http://www.latimes.com/local/lanow/la-me-ln-klan-rally-in-anaheim-erupts-in-violence-one-man-stabbed-20160227-story.html

[8] (U) Online Newspaper Article; James Queally; Los Angeles Times; "Counter-protesters charged with attacking KKK members during bloody Anaheim rally"; 30 June 2016; http://www.latimes.com/local/lanow/la-me-ln-anaheim-kkk-protesters-charged-20160630-snap-story.html

[9] (U) Online Newspaper Article; Anh Do, Richard Winton and Matt Hamilton; Los Angeles Times; "5 KKK members released from jail after brawl in Anaheim"; 28 February 2016; http://www.latimes.com/local/lanow/la-me-ln-anti-kkk-protesters-anaheim-release-jail-20160228-story.html

[10] (U) Online Newspaper Article; James Queally; Los Angeles Times; "Violence in Sacramento shows old and new faces of white extremism"; 27 June 2016; http://www.latimes.com/local/lanow/la-me-ln-california-white-nationalists-sacramento-20160627-snap-story.html

[11] (U) Internet Site; CNN; "'Quite a large fight:' At least 10 injured – some stabbed – at California rally"; 26 June 2016; http://fox6now.com/2016/06/26/quite-a-large-fight-five-taken-to-hospitals-after-violence-broke-out-during-rally-in-sacramento/

[12] (U) Ibid.

[13] (U) Online Newspaper Article; Joseph Serna; Los Angeles Times; "Neo-Nazis didn't start the violence at state Capitol, police say"; 27 June 2016; http://www.latimes.com/local/lanow/la-me-ln-neo-nazi-event-stabbings-capitol-20160627-snap-story.html

---

[14] (U) Online Newspaper Article; Thomas Fuller and Christopher Melee; New York Times; "Berkeley Cancels Milo Yiannopoulos Speech, and Donald Trump Tweets Outrage"; 1 February 2017; https://www.nytimes.com/2017/02/01/us/uc-berkeley-milo-yiannopoulos-protest.html?_r=0

[15] (U) Online Newspaper Article; Amy B Wang; Washington Post; "Pro-Trump rally in Berkeley turns violent as protesters clash with the president's supporters"; 5 March 2017; https://www.washingtonpost.com/news/post-nation/wp/2017/03/05/pro-trump-rally-in-berkeley-turns-violent-as-protesters-clash-with-the-presidents-supporters/?utm_term=.5f0bedbb4659

[16] (U) Online Newspaper Article; Peter H. King and Ruben Vives; Los Angeles Times; "Violence breaks out at pro-Trump rally in Berkeley"; 5 March 2017; http://www.latimes.com/local/lanow/la-me-trump-rally-berkeley-20170304-story.html

[17] (U) Internet Site; Associated Press; "10 Arrested in Berkeley Pro-Trump That Turned Violent"; 4 March 2017; https://www.usnews.com/news/best-states/california/articles/2017-03-04/pro-trump-supporters-counter-protesters-clash-in-berkeley

[18] (U) Internet Site; Shane Bauer; Mother Jones; "I Went Behind the Front Lines With the Far-Right Agitators Who Invaded Berkeley"; 18 April 2017; http://www.motherjones.com/politics/2017/04/far-right-white-supremacists-berkeley-protests-antifa-trump/

[19] (U) Online Newspaper Article; Paige St. John; Los Angeles Times; "21 arrested as hundreds of Trump supporters and counter-protesters clash at Berkeley rally "; 15 April 2017; http://www.latimes.com/local/lanow/la-me-ln-berkeley-trump-rally-20170415-story.html

[20] (U) Internet Site; BAMN; "NO 'FREE SPEECH' FOR FASCISTS! Mass, militant demonstration shuts down Sacramento Neo-Nazi rally"; 26 June 2017;  http://www.bamn.com/social-justice/no-free-speech-for-fascists

[21] (U) Internet Site; Traditionalist Worker Party; "Propaganda"; https://www.tradworker.org/propaganda/; accessed 24 April 2017

[22] (U) Internet Site; Mac Salvo; Vessel News.;"'Combat Training, Better Equipment, Guns…': Antifa Prepares for War After Berkeley Beat Down"; http://vesselnews.io/combat-training-better-equipment-guns-antifa-prepares-war-berkeley-beat/; accessed on 24 April 2017

[23] (U) Internet Site; It's Going Down;  "Forming An Antifa Group: A Manual"; 16 February 2017; https://itsgoingdown.org/forming-an-antifa-group-a-manual/

[24] (U) Internet Site; Mac Salvo; Vessel News.;"'Combat Training, Better Equipment, Guns…': Antifa Prepares for War After Berkeley Beat Down"; http://vesselnews.io/combat-training-better-equipment-guns-antifa-prepares-war-berkeley-beat/; accessed on 24 April 2017