# EXHIBIT V



| About BAMN | Struggles | Affiliates | Defending Affirmative Action | Organizer's Toolkit and Literature | Portal en Español |

| OTHER LANGUAGES | Contact |

# NO "FREE SPEECH" FOR FASCISTS! Mass, militant demonstration shuts down Sacramento Neo-Nazi rally!

You are here: Home / Immigrant Rights / NO "FREE SPEECH" FOR FASCISTS! Mass, militant demonstration shuts down Sacramento Neo-Nazi rally!

## PROTEST THE NAZIS/KKK IN SACRAMENTO!

## No Racist Organizing in California!

## No "Free Speech" for Fascists!

• SMASH FASCISM! NO PLATFORM FOR ORGANIZING RACIST VIOLENCE, MURDER, AND GENOCIDE!
• No Racist Demagogy! No Anti-Muslim Bigotry! No National Chauvinism, Fear Mongering, or Immigrant Scapegoating!
• Latina/o, Black, Native American, Arab, Asian, and White, Immigrants With and Without Papers, We are ALL Californians!
• Open the Borders! Full Citizenship Rights for All Undocumented Immigrants, Refugees, and Asylum-Seekers Now!





Privacy & Cookies Policy

**EXHIBIT V - Page 1 of 5**



# Por Cualquier Medio Necesario

Coalición para Defender la Acción Afirmativa, la Integración y Derechos de Inmigrantes y Luchar por la Igualdad Por Cualquier Medio Necesario

| About BAMN | Struggles | Affiliates | Defending Affirmative Action | Organizer's Toolkit and Literature | Portal en Español |

| OTHER LANGUAGES | Contact |

On Sunday, June 26, the fascist Traditionalist Workers' Party, the Golden State Skinheads, and other neo-Nazi/KKK supporters are planning to hold a public recruitment rally on the West Steps of the State Capitol in Sacramento to launch a campaign of racist terror in California. They are not rallying to merely talk and listen to each other and then go home. They want to use this rally to recruit new members and organize for racist attacks, beatings, murders and genocide. Their immediate aim is to capitalize on the growing political polarization in this nation, most clearly expressed in the presidential campaign of Republican candidate Donald Trump, to turn back the advance of the new civil rights and youth movement that has electrified California and inspired the nation. These racist, would-be murderers have no right to organize their racist violence in California or anywhere. Their rally must be stopped by any means necessary.

Donald Trump's campaign for president on a platform of open racism, xenophobia, and national chauvinism has given a green light to neo-Nazi/KKK political forces. The far-right wing is on the ascension – they feel it, they're emboldened, and they're looking to use Trump's campaign as a pole of attraction and venue to organize their political program of racist violence on a mass scale and to an audience previously unavailable to them. This has led directly to an increase in racist attacks against Latina/o, black, immigrant and Arab communities across the country.

While Trump's openly racist positions on immigration, especially against Latinas/os and Muslims, represent a new and dangerous level of extreme right-wing demagoguery, the Democrats hardly utter a peep in opposition, while carrying out their own national policies against the Latina/o and immigrant communities – not in words, but in practice – with the continued raids and deportations and attacks on public education. Only an organized, mass militant, integrated youth-led movement that is politically independent can mobilize the social forces necessary to defeat the Nazis/KKK, stop the rise of "Trumpism," and finally put this nation on the road to progress once more.

This demonstration will be an opportunity for Latina/o, black, anti-racist white youth and California's strong and proud majority-minority communities to unite to send a loud and clear message to the Nazis/KKK and their supporters: we will not tolerate organizing of racist and bigoted violence. All who oppose racist, anti-immigrant, anti-Muslim, anti-Semitic, anti-gay and other bigoted attacks should mobilize to show their opposition. A determined opposition prepared to assert our collective

Victory to the Palestinian Struggle!



Stop the Imperialists' War Drive! No War for Control of Ukraine! No NATO War

Privacy & Cookies Policy

**EXHIBIT V - Page 2 of 5**

12/5/23, 9:21 AM
Case 2:18-cr-00759-C3C SPEEGH FOR FASCISTS1 Mass, militant demonstration shuts down Sacramento Nazi rally | BAMN
Case 2:18-cr-00759-CJC Document 281-6, Filed 01/15/24 Page 4 of 6 Page ID #:1914

# BAMN
## Coalition to Defend Affirmative Action, Integration and Immigrant Rights and Fight for Equality By Any Means Necessary

# Por Cualquier Medio Necesario
### Coalición para Defender la Acción Afirmativa, la Integración y Derechos de Inmigrantes y Luchar por la Igualdad Por Cualquier Medio Necesario

| About BAMN | Struggles | Affiliates | Defending Affirmative Action | Organizer's Toolkit and Literature | Portal en Español |

Network | Contact | LANGUAGES

genocide. Granting the Nazis a rally permit and providing them with thousands of dollars' worth of police protection only perpetuates the long and sordid history of government officials citing "free speech" to protect racists by prosecuting black, Latina/o, other minority and anti-racist protestors who speak up against racism. It is outrageous and despicable that the City of Sacramento is planning to roll out the red carpet and spend huge sums of taxpayer money to ensure that the Nazis are able to rally while at the same time city and state workers are constantly being threatened with furloughs, layoffs and cut backs. If not for the protection of the Sacramento police and county sheriffs, these murderous scum wouldn't get out of their cars – let alone hold a recruitment rally – when confronted with a massive, militant counter-protest. Whether Governor Brown or Mayor Johnson decide to protect the Nazi/KKK rally or not, we must mobilize in full force to stop their campaign to expand Jim Crow and build a right-wing racist, anti-immigrant movement in the United States.

WHY PROTEST THE NAZI SCUM?

Some people will say: "Ignore them, stay home, they are too small to be a threat, protesting against them will give them the publicity they want", etc. Those encouraging this kind of "do-nothing" strategy are either naive fools or deceitful traitors. Ignoring the Nazis/KKK gives them an open platform to recruit, consolidate their organization and build their campaign. If we do not organize to protest at the same time and same place as the Nazis/KKK, then the only people in attendance will be those who are considering joining their ranks. We must be there to make sure that anyone sympathetic to their message is unable to hear it and has an extremely discouraging day.

By having a massive anti-racist, anti-fascist protest at the State Capitol on June 26, we will make sure that any publicity or news coverage of the day will show thousands of Latina/o, black, Asian, Arab and anti-racist white youth fighting for progress. If we stay home and allow them to have an open platform, any media coverage they receive will portray an unopposed successful event at which a small group of determined, proud racists were able to boldly assert themselves, recruit new members and advance a new campaign for racist terror and ultimately genocide. This is a scenario we cannot allow to happen. Instead, the racists must be sent scurrying for their cars as they are confronted with the strength of California's powerful Latina/o and black communities. That is not the kind of publicity the Nazis want.

BUILD THE INDEPENDENT POWER OF THE NEW CIVIL RIGHTS AND IMMIGRANT RIGHTS MOVEMENT!

The growing polarization and ongoing economic and social crisis will continue to bring new forces into struggle.

In California, more than any other state in the nation, our new civil rights and immigrant rights movement has shown that we have the social power to change everything. Los Angeles had the largest civil rights demonstration in the country's history, 2 million people shutting down business as usual during the 2006 movement for immigrant rights. Black youth led the mass, militant uprising in Ferguson, MO after the police murder of Michael Brown and inspired a wave of demonstrations



"NO UNION WITH FASCISM" = BAMN's statement after the Jan 2021 attempted coup




Program of Action for the New Civil Rights Movement

Theses on the Climate Crisis



Privacy & Cookies Policy

**EXHIBIT V - Page 3 of 5**

# BAMN — Coalition to Defend Affirmative Action, Integration and Immigrant Rights and Fight for Equality By Any Means Necessary

# Por Cualquier Medio Necesario
### Coalición para Defender la Acción Afirmativa, la Integración y Derechos de Inmigrantes y Luchar por la Igualdad Por Cualquier Medio Necesario

| About BAMN | Struggles | Affiliates | Defending Affirmative Action | Organizer's Toolkit and Literature | Portal en Español |

| OTHER LANGUAGES | Contact |

unemployment, poverty and economic insecurity in the U.S. today.

The fascists scapegoat and call for attacks on the immigrant, Latina/o, black, Muslim, Jewish, and LGBT communities and against the trade unions, leftists, and other progressive organizations.

To this torrent of cynical racist lies, our integrated civil rights and immigrant rights movement must counter pose real, working-class solutions to the economic and social

crisis. Latina/o, black, Native American, Arab, Asian, and white, immigrants with and without papers, we are ALL Californians! Open the borders! Full citizenship rights for all undocumented immigrants, refugees, and asylum-seekers now! Build an independent, integrated, mass militant movement of the oppressed to fight racism, sexism, anti-LGBT and all forms of bigotry, national chauvinism, and xenophobia.

Our aim on this day must be to build our new movement. We must take matters into our own hands. Some will want to use this day simply as a means to contribute to the votes of the Democratic Party, whether that be for Hillary Clinton or Bernie Sanders. We cannot be distracted by that. Only the independent power of our movement can defeat the far-right forces of reaction. We need to make clear to every fascist and fascist-sympathizer promoting white supremacy and racist violence that they will face militant, organized, and determined opposition. This is our fight to make and our future to win.

Share on Facebook                                                Tweet

IN IMMIGRANT RIGHTS, SHUT DOWN NEO-FASCISTS AND THE ALT-RIGHT  TAGS BAM, BAMN, FASCIST, KKK, NAZI, NEO-NAZI, RACIST, SACRAMENTO, STABBINGS, YVETTE FELARCA

June 26, 2016

**Yearning to Breathe Free: BAMN Declaration on Immigrant Rights**



**Nov. 2008: "The Obama — Renewal of King's Dr[eam] or a New Jim Crow?"**



Join the BAMN Discord 

> DEFEND YVETTE FELARCA! BRING HER BACK TO HER CLASSROOM NOW! STOP BERKELEY SCHOOL DISTRICT'S POLITICAL WITCH-HUNT AGAINST HER!
>
> STOP GOVERNOR SNYDER AND HIS NEW EMERGENCY MANAGER RHODES FROM POISONING DETROIT'S CHILDREN

Privacy & Cookies Policy

**EXHIBIT V - Page 4 of 5**



  

| About BAMN | Struggles | Affiliates | Defending Affirmative Action | Organizer's Toolkit and Literature | Portal en Español |

| OTHER LANGUAGES | Contact |

Home | Home | Actions | Actions | Events | Events | Voices | Voices | Shop | Shop | Members | Members | News | News | Shortcodes | Shortcodes | Post Types | Post Types

Privacy & Cookies Policy

EXHIBIT V - Page 5 of 5