EXHIBIT Y

FD-1036 (Rev. 10-16-2009)



UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
Import Form

**Form Type:** OTHER                                            **Date:** 02/16/2017

**Title:** (U) Shut Milo Down Poster

**Approved By:** SSA [redacted]                                              b6 -2
                                                                              b7C -2

**Drafted By:** [redacted]

**Case ID #:** [redacted]     (U) [redacted]                                  b6 -1
                              BAMN - BY ANY MEANS NECESSARY;                 b7C -1
                              DT - ANARCHIST EXTREMISM;                      b7E -1, -2
                              [redacted]
                              FULL INVESTIGATION 10/19/2016
                              [redacted]

**Synopsis:** (U) BAMN poster calling to "Shut Down Milo Yiannopoulos" on February 1, 2017.

♦♦

UNCLASSIFIED

EXHIBIT Y - Page 1 of 5                                       Property-427

# SHUT DOWN MILO Yiannopoulos

## No White Supremacist Neo-Fascist at UC Berkeley

## TODAY, Wednesday Feb. 1

**Pauley Ballroom of UC Berkeley's MLK Student Union**
(Telegraph and Bancroft, 10 min. walk from downtown Berkeley BART)

### Arrive early at 5pm (Milo intends to speak at 8 pm)

*Wear a white t-shirt and blue jeans to show solidarity and ensure safety for protesters on our side. Bring something to cover your face and head in case the police try to use tear gas. Look out for Yiannopoulos to come out and assault the protest as he's been known to do. Yiannopoulos' appearance at UC Berkeley poses a direct threat to students and the campus community. He wants to build a proto-fascist youth thug organization at UCB that will, if he's allowed to speak, feel emboldened to openly attack and terrorize immigrant, black, Latina/o, Muslim, women, and trans students. We need to send him a strong loud message that he is NOT welcome at Berkeley. He was shut down at UC Davis two weeks ago. He was forced to cancel at UCLA and will not be allowed to speak at that campus in this tour. UC Berkeley needs to be the place where we make sure that he never feels like he can set foot in California again. If we are determined and united in the course of defending ourselves, we can shut him down.*

The Berkeley College Republicans and UC Berkeley plan to host an event by Milo Yiannopoulos, a racist, misogynistic demagogue whose speaking tour, the "Dangerous Faggot Tour," has incited acts of hate crimes and physical confrontation at numerous universities, and even the shooting of an anti-fascist protester by a Trump supporter at the University of Washington. Protesters at many campuses in the U.S. have cancelled his engagements. Yiannopoulos notoriously riles up a lynch-mob mentality in his audiences, promoting violence, rape, harassment, and repression against minorities, women, and immigrants. His "speeches" are a bombast of racial and sexual slurs, provocations, and cross-laden threats. His various YouTube videos are a catalogue of hate and bigotry. Yiannopoulos is not a stand-up comedian. He is a twisted psychopath and defender of rape who claims that all women who charge men with rape are liars. Now an editor for Breitbart, his career and infamy began through his internet harassment campaign against women and led to his prominence as an "alt-right" personality and news editor who calls Donald Trump "Daddy." Steve Bannon, white supremacist and Milo's other mentor, is likely driving this neo-fascist youth training effort.

If Yiannopoulos is able to go forward with his speech, Chancellor Dirks and his administration will be directly responsible for aiding and allowing this neo-fascist to come and endanger students at UCB, and all the fallout that takes place as a result. It is clearly dangerous for Dirks to be allowed to make the decisions for UCB campus. There is no question that he should leave his post immediately. Presidents of DePaul University, University of Missouri President and Chancellor, Claremont McKenna Dean of Students, Ithaca College President, State University were all forced to resign by anti-racist struggles on their campuses that included student mobilization to shut down Milo.

The Milo Yiannopoulos tour represents an imminent, physical threat to the students and faculty of UCB. By hosting the event, the UCB administration would be giving direct license to the incitement of bigotry and terror across the campus. Hate speech is not free speech—a primary aim of demagogues like Yiannopoulos is to repress and silence the speech of minorities and women, to eradicate them all social life, everything that Yiannopoulos labels as "political correctness." His aim is to create a hostile climate in which free speech becomes impossible, in which the rights and obligations of civil discourse can no longer be upheld because civil discourse itself will cease to exist.

UCB should follow the example of other campuses that have canceled Milo's tour engagements: NYU, University of Miami, Florida Atlantic University, Villanova University, and the University of Maryland. The alternative is the prospect of clashes between white and minority students, anti-fascist and fascist sympathizers as occurred at places like UC Davis, University of Washington, DePaul University, the UC Irvine, Rutgers University and others. Yiannopoulos incited, escalated, and promoted the confrontation, as his audiences chanted "grab her by the pussy!" and other hate speech. This is not an event that any college campus should condone—it threatens the safety and well-being of the students and faculty, and threatens the academic mission to promote learning and leadership. The confrontations will not be confined to the time and place of the event; hate crimes will escalate, and innocent people will suffer verbal or physical abuses. This is the established pattern of the Milo Yiannopoulos tour—that hateful pattern must be broken at UCB.

The faculty of Berkeley have already rightly demanded that Milo be kept off the campus. The faculty understands that this is not a question of abstract free speech; it is a question of the right of immigrant, minority, and women students to attend Berkeley free to live and learn in a safe environment. Dirks' failure to recognize that warrants the faculty to call for his immediate removal now, and not wait until his scheduled departure in June. Students and the Bay Area community must also stand up against the proliferation of hate and the prospect of a lynch-mob, race-riot mentality spreading across campus. The instigator of this phenomenon must be stopped. Milo Yiannopoulos intends to speak at Pauley Ballroom in the MLK Student Union Building at UCB (corner of Telegraph and Bancroft) at 8pm. This event must not go forward on this campus. UCB prides itself as a diverse, international community, with students of many nationalities, ethnicities, religions, and cultures. We must defend the very best of that tradition now, against the threat that Yiannopoulos or other demagogues may raise upon the current political climate of the Trump presidency to build a fascist youth movement in America. The threat is real. Our stand must be clear: no white supremacist neo-fascists at UC Berkeley.

**BAMN Meets Mondays 7pm at 225 Dwinelle Hall, UCB**

Coalition to Defend Affirmative Action, Integration and Immigrant Rights and Fight for Equality
By Any Means Necessary (BAMN)   bamn.com   california@bamn.com   510-502-9072

Property-428

b7E -1

FD-1036 (Rev. 10-16-2009)

UNCLASSIFIED



# FEDERAL BUREAU OF INVESTIGATION
Import Form

**Form Type:** OTHER  **Date:** 02/16/2017

**Title:** (U) Follow on meeting: February 6 and protest February 17, 2017

**Approved By:** SSA [redacted]    b6 -2 / b7C -2

**Drafted By:** [redacted]

**Case ID #:** [redacted]   (U) [redacted]    b6 -1 / b7C -1 / b7E -1, -2
BAMN - BY ANY MEANS NECESSARY;
DT - ANARCHIST EXTREMISM;
[redacted]
FULL INVESTIGATION 10/19/2016
[redacted]

**Synopsis:** (U) Follow on meeting after "Milo Yiannopoulos Shut Down" on February 6, 2017 and a protest to "shutdown schools, universities and workplaces" on February 17, 2017.

**Enclosure(s):** Enclosed are the following items:
1. (U) BAMN Flyer Page 1
2. (U) BAMN Flyer Page 2

♦♦

UNCLASSIFIED

Property-429

# VICTORY! NEO-FASCIST MILO YIANNOPOULOS 'SHUT DOWN'

*The Movement Defeated Milo Yiannopoulos;
The Movement Can Defeat Donald Trump*

## Drawing Lessons and Building on Our Victory to Defeat Donald Trump:
### BAMN MEETING Monday, Feb. 6, 7PM at 225 Dwinelle Hall, UCB

UC-Berkeley students and community members won a tremendous victory against President Trump and his protofascist movement on February 1, 2017 by shutting down neofascist Milo Yiannopoulos. More than 1,500 people stood united at Sproul Plaza, chanting "Shut it down!" as the protest took effective and prompt action stopping Yiannopoulos' racist-recruitment event from going forward. The police's efforts to terrorize the crowd, including firing rubber bullets at students, only cemented the determination of everyone there. Our solidarity and refusal to leave in the face of threatened police violence ensured our safety and the the shutdown of Yiannopoulos' event.

Milo Yiannopoulos, Trump's Chief Strategist Steve Bannon, their Breitbart News organization, and Holocaust-denier and fascist David Horowitz had planned to use UC-Berkeley February 1, 2017 as a stage to launch a national campaign to force universities to abandon their commitments to be sanctuary campuses, to terrorize and crush all resistance to Trump's plan to deport millions of immigrants. Yiannopoulos had planned to expose and name undocumented immigrant students, just as he had consistently outed transgender University of Wisconsin students in December 2016 and to recruit students at UC-Berkeley to carry out violent attacks against them. Because Donald Trump and the fascists now use the racist government police forces to carry out their attacks and experience virtually no opposition to or condemnation of their brutality from the leadership of the Democratic Party, they see local enforcement of their racist, anti-immigrant, anti-Muslim and anti-women agenda of terror and violence as a key part of their plan to consolidate fascism in America...

Property-430

the country who are looking for a way forward that there is a force—the new mass, militant, integrated, student-led civil rights movement—that has the power to confront and defeat Trump and his racist rabble.

Chancellor Dirks bears full responsibility for allowing a neofascist to come to recruit a protofascist racist thug organization and endanger the lives of thousands of Muslim, immigrant, women, and trans students on this campus. His administration's willingness to spend hundreds of thousands of dollars on police, his refusal to defend civil discourse and the academic character of this campus over and against the demands of thousands of students and professors, and his continuing defense of windows over human beings are shameful hypocrisy. Dirks no longer should make further decisions endangering people on this campus and must step down immediately.

BAMN invites all who support building the mass, militant movement that can defeat Donald Trump and win full equality in our society to join BAMN. BAMN organized widely and built and led February 1, 2017 as a mass, militant demonstration. BAMN agrees with Martin Luther King ("The whirlwinds of revolt will continue to shake the foundations of our nation until the bright day of justice emerges") and with Malcolm X ("action on all fronts by whatever means necessary"). We believe that the fight against racism is central to the fight against inequality. We must build a young, integrated, serious collective leadership in which Latina/o, black, Muslim, other minority, immigrant, women, and LGBT people play the leading role, if the movement is to succeed. We must build a radical student organization at UCB who takes seriously studying history to make history, and who speaks the truth and mobilizes the superior power of our movement against its enemies. That organization is BAMN.

## SHUT DOWN SCHOOLS, UNIVERSITIES, WORKPLACES FRIDAY, FEB. 17 - NATIONAL DAY OF ACTION: *TRUMP MUST GO BY ANY MEANS NECESSARY*

- Defend Immigrant Rights
- Stop Trump's Deportations
- Defend DACA and DAPA
- Open the Borders
- Shut Down Immigrant Concentration Camps (Detention Centers)
- Defend Sanctuary Cities and Sanctuary Campuses
- No Wall, No Militarization of the Border with Mexico
- Defend Public Education
- Save Roe v. Wade
- Stop the Creation of a Trump-led Police State
- The people rejected him—Trump must go. The principle of democracy must prevail over the Electoral College
- Build a Mass Movement for Democracy and Equality to Stop Trump's Racist and Misogynist Movement of Hate

*Join BAMN. We will not accept the coming to power of a fascist immigration crackdown.*
*No Trump Tyranny!*

Coalition to Defend Affirmative Action, Integration and Immigrant Rights and
Fight for Equality By Any Means Necessary (BAMN)
letsgetfree.info    letters@bamn.com    510-692-9072

Property-431