# EXHIBIT FF

archive.today webpage capture | Saved from https://www.reddit.com/r/Anarchism/comments/65m67k/the_troubling_implic | search
All snapshots from host www.reddit.com | history ←prior next→
Webpage | Screenshot | share | download .zip

MY SUBREDDITS POPULAR - ALL - RANDOM | ASKREDDIT - FUNNY - WORLDNEWS - TODAYILEARNED - PICS - AWW - VIDEOS - NBA MORE »
Anarchism COMMENTS OTHER DISCUSSIONS (1)
NEW TO ANARCHISM? DEBATE ANARCHISM MODERATION DISCUSSION / META CONFED. OF ANARCHIST SUBREDDITS

49

**Brigade Target** The troubling implications of the conflict in Berkley today. (self.Anarchism)

Submitted 2 hours ago by Evolutionfire anarcho-communist

I have seen quite a bit of media that has come out of Berkeley today, including watching some of a live stream, and it is very troubling.

The right was able to hold their own to a large degree against antifascists, in one of the most radical metropolitan areas in the country. They gave as good as they got, and they were able to keep a presence in the streets for hours.

Everything that we have vocalized about the Trump presidency, that it has mobilized racists and fascists, that it emboldens them, that it allows them to present their bigotry as simply another political opinion, is coming true.

In the aftermath of this event, It is time for some serious reflection. Now is not the time to sugar coat the truth, to revel in the feeling of success of a clean punch to a Nazi's face, but rather to take a step back and ask what organizational steps can take place to stop this from happening again. What tactics can we use to disrupt their events, even when there are similar numbers to our own? What differences must we put down, and alliances we need to create, in the resistance to fascism?

My thoughts are with our comrades in the Bay who were injured today. The highest level of respect to you.

Bash the Fash.

Now more than ever.

108 comments

All 108 comments
Sorted by: best

Trev_N7 20 points 2 hours ago*
Yes, we seemed to have lost today. The alt-right held their ground. If we wanna take action against them, we need to be better organized and better trained. It doesn't help that it's only the far left opposing them, any trump supporter can be radicalized far easier than any liberal.

I hope we learn from today

Drep_Reaper anarchist 12 points an hour ago
"Better trained"

THIS!!!!

A shocking number of our comrades went in there with absolute no combat training. We need to set up seminars or something of the sort.

Trev_N7 4 points 54 minutes ago
We also need better equipment, I know the bandanna and hoodie look is our trade mark, but I saw the right wearing motorcycle helmets, and baseball helmets. A dude wearing a helmet is going to keep going if he get punched, our guys are going down.

Also, what is our opinion on a "leader" someone to rally our troops, direct the flow and keep everything organized?

KramlmarK - bashy-laughing mad 3 points 10 minutes ago
Something people on the ground are gonna have to decide amongst themselves if they want. Affinity groups should absolutely have a trusted person calling the shots within the affinity group, beyond that it's a question of organization vs security

The_Great_Cornlord 1 point 15 minutes ago
I feel that we're going to need a leader, whether we like it or not. Having a leader could immensely improve tactical organization and can prevent the amount of disorganization that happened today. Having someone to help with the commandeering of resources could help us greatly.

Dick_Kickass 2 points 2 minutes ago
LOL anarchists realizing that anarchy is bullshit

what a day

holDEMdownAndMAGA 1 point just now
This is different! People decide if they *want to* listen, you see! It's totally not going against principles of anarchism!

monsantobreath discordian 1 point 9 minutes ago
> combat training

I highly recommend not calling it this in any public domain.

Fgtm8089 0 points 14 minutes ago
> We need to set up seminars or something of the sort.

lmao wat, so your solution to people not knowing how to fight is for them to be trained by people who also do not know how to fight beyond what they've seen in movies, lmao no wonder you loser got btfo

The_Great_Cornlord 0 points 7 minutes ago
> implying literally everyone in the anarchist movement has no idea how to fight

fuck off

XylemUP 1 point 1 minute ago
No, he's right. That's why you little shitstains showed up with fucking M80s and just threw them at anyone and everyone. AND YOU STILL GOT CHASED OUT OF THE EVENT, EVEN WITH THE ADVANTAGE OF HAVING PEOPLE THROWING EXPLOSIVES! WHAT LITTLE PIECES OF SHIT LOOLOLOLOL!

You have absolutely no idea how to fight. That's why you jackasses keep bringing *BOMBS* and *MACE*.

Can't wait to see you losers at the next one. Free speech will always prevail, you will NEVER censor us. You fucking fascists.

skankhunt92 -6 points 41 minutes ago
Don't you mean self defense? Not combat training...

ThePoshCatVanilla 4 points 1 hour ago
> "If we wanna take action against them, we need to be better organized and better trained."

You said it perfectly my friend.

XylemUP 1 point just now
Too bad every 'leader' of your shitty little movement is an impoverished drug addict.

[deleted] 1 hour ago
[removed]

Paragon1972 Anti-fascist 2 points 57 minutes ago
Bye fash

mypersonnalreader individualist anarchist [M] 3 points 53 minutes ago
they're gone

Fgtm8089 -4 points 11 minutes ago
> but no one was willing to fight

hmm, cowardly antifa not realising that real life isn't twitter, colour me surprised.

ThePoshCatVanilla 1 point 3 minutes ago
There were people on both sides. This isn't a "my view vs. your view" issue. This is a human issue. I instinctively don't like violence and I believe that some of my comrades were also like that. I would hold no grudge against the Alt-Righters who didn't engage or want to engage in violence. Some may call that weak but I don't see it as such.

SubjectiveOwl 4 points 1 hour ago
They should have passed out fliers the last week in migrant and non white communities detailing the very real existential threat fascism poses to their communities. It seems like 90% of the protestors were white. Why?

Evolutionfire anarcho-communist [S] 4 points 1 hour ago
I havent lived in the bay for a number of years. When I was there, there was a strong interfaith coalition that mobilized lots of liberals across the area.

immallama 1 point 2 minutes ago
"Fuck, we got humiliated once again. I know, more fliers!"

You faggots are so stupid it hurts.

slapchopsueypark -1 points 1 hour ago
Why indeed.

punchacommunist -1 points 9 minutes ago
> Why?

Because only liberal whiteboys care. No amount of fliers are going to make them come to your rescue.

BashTheAltRight anarcho-communist 3 points 17 minutes ago
remember this, you might have lost this battle, but you haven't lost the war. don't give up.

Neo-man socialist :Socialism or barbarism 2 points 34 minutes ago
The only thing that this shows is that fascism in America exists only as mindless violence and is completely politically impotent, there little more then street gang's.

immallama 1 point 1 minute ago
How many layers of irony is this one fam?

Fgtm8089 -1 points 9 minutes ago
oh sweet irony

Neo-man socialist :Socialism or barbarism 2 points 34 minutes ago
The only thing that this shows is that fascism in America exists only as mindless violence and is completely politically impotent, there little more then street gang's.

Drep_Reaper anarchist 3 points 1 hour ago
I'm really honestly disappointed. Today was supposed to be OUR DAY.

The_Great_Cornlord 1 point 2 minutes ago
So am I, comrade. So am I. But there is always another day, another riot.

immallama 1 point 1 minute ago
IT WAS SUPPOSED TO BE *HER* TURN. REEEEEEEEE

TotesMessenger 6 points 58 minutes ago
I'm a bot, *bleep*, *bloop*. Someone has linked to this thread from another place on reddit:

- [/r/drama] r/anarchism panics after AntiFa gets beat down and run out during Berkeley riot

*If you follow any of the above links, please respect the rules of reddit and don't vote in the other threads. (Info / Contact)*

immallama 1 point 2 minutes ago
wew

dub_tree -14 points 1 hour ago
Scrraming extremism at an extremist on the opposite end of the spectrum will only serve to solidify their intolerance of your views.

The "battleground" today is just a way to get all the idiots on both sides to waste their energy fighting, rather than coming to a consensus about other things upon which they might actually agree.

By fighting at all, you are losing, because when you are angry, you are easier to demonize, easier to predict (you will lash out), and therefore, easier to marginalize and/or control.

Civility, compromise, tolerance, and education are the weapons. Punching a fascist will just fuel them even more, which damages your cause and bolsters their resolve, because it makes you the villain in the eyes of the public, especially those who have no horse in the race.

Moderates may prove to be a strong ally, for whichever side wins them over.

Evolutionfire anarcho-communist [S] 9 points 1 hour ago
What are you even doing in this sub?

dub_tree 1 point 10 minutes ago
I browse r/all, sorted by rising, so that i might voice my opinions of reality in many places and, ideally, be convinced it's wrong by someone wiser than myself.

Acceptance of different perspectives can be enlightening and humbling, which is something we could all, as citizens of the arguably-free world, stand to have more of.

Also, as an American, I take an interest in many facets of our current political climate, because it's something that has gotten a lot of people upset (and hurt) and that's worth looking at.

Also, as humans, we tend to instinctively fear outsiders. So it can be interesting to be an outsider, especially for someone with social anxiety such as myself, just to understand why and how people respond to stuff.

MrDocProfRyan communist but anarchism is still pretty cool 5 points 1 hour ago
> The "battleground" today is just a way to get all the idiots on both sides to waste their energy fighting, rather than coming to a consensus about other things upon which they might actually agree.

This might be the most liberal bullshit I've ever read. What the fuck are we supposed to agree on?

> Punching a fascist will just fuel them even more, which damages your cause and bolsters their resolve

Antifascist tactics aren't about convincing anyone. That's what propoganda, education, etc. are for. Antifa is only there to keep committed fascists from organizing a physical presence.

> because it makes you the villain in the eyes of the public, especially those who have no horse in the race.

Most liberals I've actually talked to seem happy whenever someone attacks a white nationalist, but I admittedly don't know actual public opinion stats here.

> Moderates may prove to be a strong ally, for whichever side wins them over.

Maybe if they stop being fucking moderates.

dub_tree 1 point just now
> This might be the most liberal bullshit I've ever read. What the fuck are we supposed to agree on?

The idea that humanity's actions, and the consequences thereof, should not be detrimental to survival of life on this planet. For starters.

> Antifascist tactics aren't about convincing anyone. That's what propoganda, education, etc. are for. Antifa is only there to keep committed fascists from organizing a physical presence.

What a person intends, and the message they actually communicate, can often be two completely different things. Intentions are much more subjective, and fallible, than outcomes.

> Most liberals I've actually talked to seem happy whenever someone attacks a white nationalist, but I admittedly don't know actual public opinion stats here.

Yes, schadenfreude is very real, especially among adversaries. I was not trying to speak for liberals, as I do not consider myself aligned with the tenets they seem to embody. I was speaking more of the general public, and how most people just want to get on with life without fighting. At least, that's my perception of it, from most people I've met. But this will, of course, vary from person to person.

> Maybe if they stop being fucking moderates.

Their worth is implicit in their identification. Think of politics as a see-saw, with both extremes on either end. When that see-saw breaks, it does so at the very middle, where the fulcrum is. And also, like a see-saw, even a slight change in the position of the fulcrum will drastically alter the balance of the entire contraption.

crsstev anarcho-communist 6 points 1 hour ago
No, "moderates" will continue to do what they've always done: bury their fucking heads in the sand.

SSG_Metal anarchist 0 points 1 hour ago
Moderates by definition support the status quo, but if when faced with the realities of fascism and nazism they still decide to support their ability to propagate, those moderates deserve one fate. And that fate is the same one any fascists deserve.

dub_tree 0 points 20 minutes ago*
Most people cannot relate to extremist behavior. The populace is comprised of a bunch of "most people." edit: and we are supposed to be governed by the many, not the whims of a few extremists

Moderate does not mean inactive. It means not blindly throwing one's self toward a cause based on emotional response. It can mean many things, and to generalize out of lack-of-perspective only closes you off to new ideas.

But it sounds like you're full of gloom, and bent on getting to decide who deserves what.

[deleted] 1 hour ago
[removed]

Sssgth mutualist / solidarity and self-determination 7 points 1 hour ago
Kill yourself, fascist scum.

The_Great_Cornlord 3 points 1 hour ago
> alt left

and then

> DEUS VULT

not sure if liberal or fash

krashnburn200 0 points 1 hour ago
> DEUS VULT.

Allahu Akbar

ftfy

immallama -1 points 4 minutes ago
Man, I feel bad for you guys. Must suck, losing literally all the time.

downonthesecond -10 points 1 hour ago
If some people don't wear masks, they wouldn't have to leave the area if they lose them or they're ripped off, then they could hold their ground better.

about: blog, about, source code, advertise, careers
help: site rules, FAQ, wiki, reddiquette, mod guidelines, contact us
apps & tools: Reddit for iPhone, Reddit for Android, mobile website, buttons
<3: reddit gold, redditgifts




Use of this site constitutes acceptance of our User Agreement and Privacy Policy. © 2017 reddit inc. All rights reserved.
REDDIT and the ALIEN Logo are registered trademarks of reddit inc.




Cookies help us deliver our Services. By using our Services or clicking I agree, you agree to our use of cookies. Learn More I AGREE