# EXHIBIT HH

UNCLASSIFIED//FOR OFFICIAL USE ONLY



# Homeland Security
## Office of Intelligence and Analysis

**HOMELAND INTELLIGENCE TODAY**

9 August 2017

## (U//FOUO) Domestic Terrorist[a] Violence at Lawfully Permitted White Supremacist Rallies Likely to Continue

(U//FOUO) *This article highlights violent confrontations between probable anarchist extremists[b] and probable white supremacist extremists[c], and identifies factors increasing the potential for violence. Our analysis is based primarily on our review of the six incidents since February 2016 where both groups clashed at lawfully permitted white supremacist rallies. This article is intended to alert law enforcement to the potential for violence at future white supremacist rallies, including one planned for 12 August 2017 in Charlottesville, Virginia.*

(U//FOUO) We assess that anarchist extremists' use of violence as a means to oppose racism and white supremacist extremists' preparations to counterattack anarchist extremists are the principal drivers of violence at recent white supremacist rallies. Each of the white supremacist rallies since February 2016 where we observed violence—six in total—were co-organized by prominent white supremacist figures or groups who promoted their rallies online weeks in advance, which we judge provided anarchist extremists and white supremacist extremists with ample time to prepare for and at times explicitly incite violence.[1]

» (U//FOUO) Co-organizers of the rallies included the neo-Nazi group Traditionalist Worker Party[USPER], the Ku Klux Klan[USPER], and Richard Spencer's[USPER] National Policy Institute[USPER], a white supremacist think tank. These groups and individuals associated with them are widely opposed by anarchist extremists, based on our review of anarchist extremist online activity.

» (U//FOUO) Anarchist extremists planned to violently oppose the rallies via social media and flyer campaigns after they were announced by the white supremacist organizers. For example, after the Traditionalist Workers Party announced its June 2016 rally in Sacramento, California[d], anarchist extremists began planning a counter-event, stating "No 'Free Speech' For Fascists!...Their rally must be stopped by any means necessary",

---

[a] (U//FOUO) DHS defines domestic terrorism as any act of unlawful violence that is dangerous to human life, or potentially destructive of critical infrastructure or key resources, committed by a group or individual-based, and operating entirely within the United States or its territories without direction or inspiration from a foreign terrorist group. This act is a violation of the criminal laws of the United States, or of any state or subdivision of the United States, and appears to be intended to intimidate or coerce a civilian population, to influence the policy of a government by intimidation or coercion, or to affect the conduct of a government by mass destruction, assassination, or kidnapping. A domestic terrorist differs from a homegrown violent extremist in that the former is not inspired by, nor takes direction from, a foreign terrorist group or other foreign power.

[b] (U//FOUO) DHS defines anarchist extremists as groups or individuals who facilitate or engage in acts of unlawful violence as a means of changing the government and society in support of the belief that all forms of capitalism and corporate globalization should be opposed and that governing institutions are unnecessary and harmful to society.

[c] (U//FOUO) DHS defines white supremacist extremists as groups or individuals who facilitate or engage in acts of unlawful violence directed at the federal government, ethnic minorities, or Jewish persons in support of their belief that Caucasians are intellectually and morally superior to other races and their perception that the government is controlled by Jewish persons.

[d] (U//FOUO) For more in-depth information on this events and a similar one in Anaheim, CA please see the I&A FAR titled "California; Recent Violent Clashes Suggest Heightened Threat Environment at Lawfully Organized White Supremacist Events" dated 29 SEP 2016.

S22886-17

FY17.HITEX.8.9B    UNCLASSIFIED//FOR OFFICIAL USE ONLY

**EXHIBIT HH - Page 1 of 5**

according to a website sympathetic to anarchist extremism.[2,3] Anarchist extremists followed through on these threats by attacking the white supremacists.[4]

> » (U//FOUO) White supremacist extremists planned to "...defend ourselves viciously if attacked," according to a white supremacist website. The statement was posted after the author became aware of the threatened violent opposition to the June 2016 rally.[5]

(U//FOUO) We assess that a heavily promoted white supremacist rally planned for 12 August 2017 in Charlottesville, Virginia, could be among the most violent to date. Our judgement is based on the planned attendance of numerous prominent white supremacists and on the growing importance of the location for white supremacist extremists and anarchist extremists since two white supremacist rallies were held there this year. The upcoming rally—titled "Unite the Right"—will occur at a park that was renamed in June 2017 from "Robert E. Lee Park" to "Emancipation Park", and will be attended by many of the same white supremacist groups and individuals who attended rallies where violence has occurred since February 2016.[6]

> » (U//FOUO) White supremacist groups and individuals planning to attend the 12 August rally include the Traditionalist Workers Party, Richard Spencer, and white supremacist Jason Kessler[USPER], according to press reporting.[7]

> » (U//FOUO) During a 13 May 2017 rally in Charlottesville organized by Richard Spencer, anarchist extremists attacked white supremacists and several fights broke out. This lead to several arrests, including Jason Kessler, according to press reporting.[8] At a 7 July rally in Charlottesville organized by Ku Klux Klan—held in opposition to the park's renaming—a counter rally planned by self-described anti-racists led to two felony charges of assault and battery, according to press reporting.[9]

> » (U//FOUO) Anarchist extremists and white supremacist extremists online are calling on supporters to be prepared for or to instigate violence at the 12 August rally. For instance, a probable white supremacist posted online a "...call to arms...antifa must be destroyed," according to DHS open source reporting. We judge "antifa" in this context to mean probable anarchist extremists, who often identify as "antifa" or anti-fascists.[10]

---

*(U//FOUO) The Virginia Fusion Center is currently monitoring social media and other online sources for calls to commit criminal activity surrounding the "Unite the Right" rally, scheduled to begin at 1200 on Saturday, 12 August at Emancipation Park in Charlottesville, Virginia. The Virginia Fusion Center and Virginia State Police will be providing support to local law enforcement through the event's conclusion and will provide future situational awareness reports as required, and will take action accordingly.[e]*

---

[e] (U//FOUO) The Virginia Fusion Center (VFC) recognizes that all Americans are afforded the constitutionally-protected right to peacefully assemble as outlined in the First Amendment of the United States Constitution, and will take action accordingly.

> (U) **Source Summary Statement**
>
> (U//FOUO) Reporting in this article was derived from press articles, government press releases, police reports, and DHS Open Source Information Reports.
>
> (U//FOUO) I&A has **medium confidence** in our assessments regarding group affiliations and motivation of attackers. We have some concerns about the quality of information in the media reporting used, as information about actors' motivations and background continues to develop as additional incidents occur. Additional media reporting or information pertaining to investigations that address such developments would strengthen our assessment.
>
> (U//FOUO) I&A has **medium to high confidence** in our assessment that these events will continue because of ongoing event planning observed on social media. Our assessment on the violence that may affect these events would be strengthened by more specific plans being observed online in relation to preparation for violence.
>
> (U//FOUO) I&A has **high confidence** in our assessment that the groups mentioned will be in attendance at the 12 August rally as several sources in the press and in social media have confirmed permits and crowd sized. Additionally, Traditionalist Worker Party, the Ku Klux Klan, Identity Europa, Richard Spencer, and Jason Kessler have all publically declared they will be in attendance.

*Prepared by I&A*
*Coordinated with the Virginia Fusion Center*

---

[1] (U); DHS; Analysis review of compiled spreadsheet; 5 MAY 2017; DOI 01 APR 2010 to 05 MAY 2017; (U); Race related violence; Extracted information UNCLASSIFIED; Overall spreadsheet classification is UNCLASSIFIED.

[2] (U); Multiple Authors; *Los Angeles Times*; "7 stabbed at neo-Nazi event outside Capitol in Sacramento"; 26 JUN 2016; http://www.latimes.com/local/lanow/la-me-neo-nazi-stabbed-20160626-snap-htmlstory.html; accessed on 9 AUG 2017; (U); Online News Source.

[3] (U); *By Any Means Necessary;* "No Free Speech For Fascists!"; 21 JUN 2016; http://www.bamn.com/social-justice/no-free-speech-for-fascists; accessed on 08 AUG 2017; (U); Website sympathetic to anarchist extremism.

[4] (U); Sacramento Bee; "Police Defend Response to Violent Rally at California Capitol"; 27 JUN 2016; http://www.sacbee.com/news/local/crime/article86248757.html; accessed on 26 JUL 2016; (U); Local online newspaper.

[5] (U); *Golden State Skinheads*; "The Mindless Opposition Approaches!"; 22 JUN 2016; http://goldenstateskinheads.org/uncategorized/the-mindless-opposition-approaches/; accessed on 03 AUG 2017; (U); Website sympathetic to white supremacist extremists.

[6] (U); Henry Graff; NBC29; "Charlottesville City Councilors to Hold Closed Door Meeting on Unite The Right Rally; 01 AUG 2017; http://www.nbc29.com/story/36024129/charlottesville-city-councilors-to-hold-closed-door-meeting-on-unite-the-right-rally; accessed on 04 AUG 2017; (U); Internet news source.

[7] (U); Kyle Swenson; Washington Post; "Airbnb boots white nationalists headed to 'Unite the Right' rally in Charlottesville"; https://www.washingtonpost.com/news/morning-mix/wp/2017/08/08/airbnb-boots-white-nationalists-headed-to-unite-the-right-rally-in-charlottesville/?utm_term=.54148ceffdb2; 8 AUG 2017; accessed on 09 AUG 2017; (U); Internet news source.

[8] (U); Lauren Berg; Daily Progress; Three Including Jason Kessler Arrested During Lee Park Counter Protest; 15 MAY 2017; http://www.dailyprogress.com/news/local/three-including-jason-kessler-arrested-during-lee-park-counterprotest/article_a2445258-3988-11e7-bb48-634a1a44cc32.html; accessed on 03 AUG 2017; (U); Internet news source.

[9] (U); Hawes Spencer and Matt Stevens; New York Times; 23 Arrested and Tear Gas Deployed After A K.K.K Rally in Virginia; 08 JUL 2017; https://www.nytimes.com/2017/07/08/us/kkk-rally-charlottesville-robert-e-lee-statue.html; accessed on 03 AUG 2017; (U); Internet news source.

[10] (U//FOUO); OSE; OSIR-04001-0719-17; 26 JUL 2017; DOI 26 JUL 2017; (U//FOUO); Virginia-based militia extremist promotes violence at upcoming free speech event in Charlottesville; Extracted information is (U//FOUO); Overall document classification is (U//FOUO)

UNCLASSIFIED//FOR OFFICIAL USE ONLY

(U//FOUO)  Homeland Intelligence Today (HIT) is a product of the DHS Intelligence Enterprise, prepared by the DHS Office of Intelligence and Analysis (I&A). The HIT is disseminated throughout DHS and to Federal departments and agencies.  The HIT, in whole or in part, is not for dissemination outside of the Federal government and state and local partners without expressed approval from the Chief, Production, Media Services, and Dissemination Branch.  For questions, comments, or requests, please contact HomelandIntelligenceToday@dhs.ic.gov or 202-282-8168.

(U)  This product may contain US person information that has been deemed necessary for the intended recipient to understand, access, or act on the information provided.  It has been highlighted in this document with the label USPER and should be handled in accordance with the recipient's intelligence oversight and/or information handling procedures.

(U//FOUO)  The information in this report may be provided for intelligence purposes only but may be used to develop potential investigative leads.  No information contained in this report, nor any information derived there from, may be used in any proceeding (whether criminal or civil), to include any trial, hearing, or other proceeding before any court, department, agency, regulatory body, or other authority of the United States without the advance approval of the Attorney General and/or the agency or department which originated the information contained in this report.  These restrictions apply to any information extracted from this document and used in derivative publications or briefings.

UNCLASSIFIED//FOR OFFICIAL USE ONLY