CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
JULIA DEIXLER (Bar No. 301954)
(E-Mail: julia_deixler@fd.org)
ERIN M. MURPHY (Bar No. 285087)
(E-Mail: erin_murphy@fd.org.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ROBERT RUNDO

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT RUNDO, <br><br> Defendant. | Case No. CR 18-759-CJC <br><br> **[PROPOSED] ORDERS IN THE ALTERNATIVE** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Defendant Robert Rundo's Ex Parte Application for Acceptance of Oversized Brief is GRANTED.

DATED: January ___, 2024

_____
HONORABLE CORMAC J. CARNEY
United States District Judge

**OR**

NO GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant Robert Rundo's Ex Parte Application for Acceptance of Oversized Brief is DENIED.

DATED: January ___, 2024

_____
HONORABLE CORMAC J. CARNEY
United States District Judge

Presented by:

/s/ Erin M. Murphy
ERIN M. MURPHY
Deputy Federal Public Defender