Erin M. Murphy (Bar No. 285087)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 18-759-CJC-1 |
| v. | |
| ROBERT RUNDO, | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ✓ Filed Lodged:  (**List Documents**)

Unredacted Motion to Dismiss for Selective Prosecution; Exhibits A-R, KK-LL, Exhibits MM-OO (videos); and Exhibit TT to Defendant Robert Rundo's Motion to Dismiss for Selective Prosecution

**Reason:**

☑ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)  **(Exhibits MM, NN, OO)**
☐ Per Court order dated: _____
☐ Other:

01/15/2024
Date

Erin M. Murphy
Attorney Name

Robert Rundo, Defendant
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    **NOTICE OF MANUAL FILING OR LODGING**