Erin M. Murphy (Bar No. 285087)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 18-759-CJC-1 |
| v. | |
| ROBERT RUNDO, | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  (**List Documents**)

Exhibit W to Defendant Robert Rundo's Motion to Dismiss for Selective Prosecution

**Reason:**

[ ] Under Seal
[ ] In Camera
[✓] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

01/15/2024
Date

Erin M. Murphy
Attorney Name

Robert Rundo, Defendant
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                        **NOTICE OF MANUAL FILING OR LODGING**