# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>ROBERT RUNDO,<br><br>      Defendant. | Case No. 2:18-cr-00759-CJC-1<br><br>**ORDERS GRANTING EX PARTE APPLICATION FOR ACCEPTANCE OF OVERSIZED BRIEF [282]** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Defendant Robert Rundo's Ex Parte Application for Acceptance of Oversized Brief is GRANTED.

DATED: January 16, 2024

                                      HONORABLE CORMAC J. CARNEY
                                      United States District Judge

Presented by:

*/s/ Erin M. Murphy*
ERIN M. MURPHY
Deputy Federal Public Defender