THE LAW OFFICE OF PETER SWARTH
PETER SWARTH, SBN 143573
6520 Platt Ave., #557
West Hills, CA 91307
Telephone:     (818) 887-8800
Facsimile:      (323) 843-9232
E-Mail:         pswarth@gmail.com

Attorney for Defendant
Robert Boman

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>                              Plaintiffs, )<br>)<br>                    v. )<br>)<br>ROBERT BOMAN )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO: 8:18-cr-759-CJC-2<br><br>DEFENDANT ROBERT BOMAN'S<br>JOINDER IN DEFENDANT ROBERT<br>RUNDO'S MOTION TO DISMISS FOR<br>SELECTIVE PROSECUTION (DOC. 281).<br><br>DATE: February 26, 2024<br>TIME:  9:00 AM<br>COURT: Courtroom of the Hon.<br>          Cormac J. Carney |

TO THE CLERK OF THE ABOVE ENTITLED COURT, AND TO: UNITED STATES

ATTORNEY E. MARTIN ESTRADA AND ASSISTANT UNITED STATES ATTORNEYS

KATHRYNNE SEIDEN AND SOLOMON KIM:

PLEASE TAKE NOTICE that Defendant ROBERT BOMAN, hereby joins in the

MOTION TO DISMISS FOR SELECTIVE PROSECUTION filed by co-defendant

Robert Rundo (Doc 281).

Dated: January 28, 2024                          Respectfully submitted,


                                              _____
                                                           s/
                                              Peter Swarth
                                              Attorney for Robert Boman