THE LAW OFFICE OF PETER SWARTH
PETER SWARTH, SBN 143573
6520 Platt Ave., #557
West Hills, CA 91307
Telephone:   (818) 887-8800
Facsimile:   (323) 843-9232
E-Mail:      pswarth@gmail.com

Attorney for Defendant
Robert Boman

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO: 8:18-cr-759-CJC-2 |
|---|---|---|
| Plaintiffs, | ) ) ) | DEFENDANT ROBERT BOMAN'S JOINDER IN DEFENDANT ROBERT RUNDO'S MOTION TO STRIKE. |
| v. | ) ) | |
| ROBERT BOMAN | ) ) ) ) ) ) ) ) ) ) ) ) | DATE: February 26, 2024<br>TIME: 9:00 AM<br>COURT: Courtroom of the Hon.<br>          Cormac J. Carney |

TO THE CLERK OF THE ABOVE ENTITLED COURT, AND TO: UNITED STATES ATTORNEY E. MARTIN ESTRADA AND ASSISTANT UNITED STATES ATTORNEYS KATHRYNNE SEIDEN AND SOLOMON KIM:

PLEASE TAKE NOTICE that Defendant ROBERT BOMAN, hereby joins in the MOTION for an order striking portions of the First Superseding Indictment relating to the Charlottesville, Virginia political rally on August 11-12, 2017 under Federal Rule of Criminal Procedure 7, filed by co-defendant Robert Rundo (Doc 287).

Dated: January 27, 2024                          Respectfully submitted,


                                                 _____s/_____
                                                 Peter Swarth
                                                 Attorney for Robert Boman

**DECLARATION OF DESHAY LEWANN KING**

I, Deshay Lewann King, declare and state:

1.      I am a defendant in the within action. I make this declaration under the authority of Simmons v. United States. 390 U.S. 377 (1968) with the understanding that nothing I disclose in this declaration will be used against me or submitted into evidence in the government's case-in-chief at trial.

2.      I am part owner of two businesses which were located at 1041 S. Prairie Ave., Unit 8, Inglewood, CA 90301: Inglewood Street Legend Entertainment and Stop & Shop. (See, Doc 458-3, filed as Exhibit C to the Motion filed by Glen Love, Doc. 458.)3.      In addition to being part owner of those two business, I resided in the shop.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this___day of March, 2020 in Los Angeles, California.

_____
Deshay Lewann King