CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
JULIA DEIXLER (Bar No. 301954)
(E-Mail: julia_deixler@fd.org)
ERIN M. MURPHY (Bar No. 285087)
(E-Mail: erin_murphy@fd.org.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ROBERT RUNDO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 18-759-CJC-1 |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT ROBERT RUNDO'S *EX PARTE* APPLICATION REQUESTING STATUS CONFERENCE** |
| v. | |
| ROBERT RUNDO, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that a status conference regarding the matters addressed in Defendant Robert Rundo's *Ex Parte* Application Requesting a Status Conference representation is set for February 2, 2024 at 10:00 a.m.

DATED:

_____
HONORABLE CORMAC J. CARNEY
United States District Judge

Presented by:

*/s/ Erin M. Murphy*
Deputy Federal Public Defender