NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>1) ROBERT PAUL RUNDO;<br>2) ROBERT BOMAN,<br><br>　　　　Defendant. | Case No. CR 18-759-CJC-1-2<br><br>**ORDER GRANTING DEFENDANT ROBERT RUNDO'S *EX PARTE* APPLICATION REQUESTING STATUS CONFERENCE [299]** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that a status conference regarding the matters addressed in Defendant Robert Rundo's *Ex Parte* Application Requesting a Status Conference representation is set for **February 2, 2024 at 10:00 a.m.** Counsel, defendants Robert Paul Rundo and Robert Boman are ordered to be present in-person for this hearing.

DATED: February 1, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Presented by:

*/s/ Erin M. Murphy*
Deputy Federal Public Defender