```
E. MARTIN ESTRADA
United States Attorney
CAMERON L. SCHROEDER
Assistant United States Attorney
Chief, National Security Division
KATHRYNNE N. SEIDEN (Cal. Bar No. 310902)
SOLOMON KIM (Cal. Bar No.
Assistant United States Attorney
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0631/2450
     Facsimile: (213) 894-2979
     E-mail:    kathrynne.seiden@usdoj.gov
                solomon.kim@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:18-759(A)-CJC |
|---|---|
| Plaintiff, | **GOVERNMENT'S NOTICE OF ERRATA RE: DECLARATION OF KATHRYNNE N. SEIDEN ISO GOVERNMENT'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR SELECTIVE PROSECUTION** |
| v. | |
| ROBERT RUNDO, and ROBERT BOMAN, | |
| Defendants. | Hearing Date: February 21, 2024<br>Hearing Time: 9:00 a.m.<br>Location:    Courtroom of the<br>             Hon. Cormac J.<br>             Carney |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Kathrynne N. Seiden and Solomon Kim, hereby files its Notice of Errata re: the Declaration of Kathrynne N. Seiden in Support of the Government's Opposition to Defendants' Motion to Dismiss for Selective Prosecution, which was filed at ECF No. 307-1.  The version of the

declaration which was filed at ECF No. 307-1 was not signed.  The government will re-file a signed version of the declaration under a new docket number.

Dated: February 6, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

CAMERON L. SCHROEDER
Assistant United States Attorney
Chief, National Security Division

/s/ Kathrynne N. Seiden
---
KATHRYNNE N. SEIDEN
SOLOMON KIM
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA