CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
JULIA DEIXLER (Bar No. 301954)
(E-Mail: julia_deixler@fd.org)
ERIN M. MURPHY (Bar No. 285087)
(E-Mail: erin_murphy@fd.org.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ROBERT RUNDO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT RUNDO,<br><br>　　　　　Defendant. | Case No. CR 18-759-CJC<br><br>**UNOPPOSED *EX PARTE* APPLICATION TO FILE UNDER SEAL EXHIBITS A AND B TO REPLY IN SUPPORT OF DEFENDANT ROBERT RUNDO'S REPLY MOTION TO DISMISS FOR SELECTIVE PROSECUTION; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF COUNSEL** |

Robert Rundo, through his counsel of record, Deputy Federal Public Defenders Julia Deixler and Erin M. Murphy, hereby applies *ex parte* to this Court for an order that "Exhibits A and B to the Reply in Support of Defendant Robert Rundo's Motion to Dismiss for Selective Prosecution," which are lodged herewith, be filed <u>under seal</u>.

                                              Respectfully submitted,

                                              CUAUHTEMOC ORTEGA
                                              Federal Public Defender

DATED: February 12, 2024      By  */s/ Erin M. Murphy*
                                              ERIN M. MURPHY
                                              JULIA DEIXLER
                                              Deputy Federal Public Defenders
                                              Attorneys for ROBERT RUNDO

**MEMORANDUM OF POINTS AND AUTHORITIES**

A court has supervisory powers over its records and files to seal documents under appropriate circumstances. *See United States v. Mann*, 829 F.2d 849, 853 (9th Cir. 1987). Federal Rule of Criminal Procedure 49.1 provides that a party may request that documents be filed under seal.

Mr. Rundo is seeking to file exhibits to his Reply in support of the Motion to Dismiss for Selective Prosecution ("Reply") under seal. The exhibits contain materials that are subject to the protective order, which restricts the filing of those materials, and any reference to those materials in pleadings. (*See* Prot. Order, ECF No. 75 at 5, ¶5.) Accordingly, Mr. Rundo seeks to present Exhibits A and B to the Reply in Support of Defendant Robert Rundo's Motion to Dismiss for Selective Prosecution this Court under seal.

The government does not oppose this request.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: February 12, 2024    By  /s/ Erin M. Murphy
ERIN M. MURPHY
JULIA DEIXLER
Deputy Federal Public Defenders
Attorneys for ROBERT RUNDO

2

**DECLARATION OF ERIN MURPHY**

I, Erin Murphy, hereby state and declare as follows:

1. I am an attorney in the Office of the Federal Public Defender in the Central District of California appointed to represent defendant Robert Rundo in *United States v. Robert Rundo, et al.*, 18-CR-759-CJC.

2. The documents lodged herewith, Exhibits A and B to Reply in Support of Defendant Robert Rundo's Motion to Dismiss for Selective Prosecution ("Reply") contain materials produced in discovery that are subject to the protective order entered in this case. Accordingly, I seek to file these exhibits <u>under seal</u>.

3. The government has no opposition to this *ex parte* application.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: February 12, 2024         */s/ Erin M. Murphy*
                                 ERIN M. MURPHY
                                 Deputy Federal Public Defender