```
CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
JULIA DEIXLER (Bar No. 301954)
(E-Mail: julia_deixler@fd.org)
ERIN M. MURPHY (Bar No. 285087)
(E-Mail: erin_murphy@fd.org.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ROBERT RUNDO
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT RUNDO,<br><br>　　　　Defendant. | Case No. CR 18-759-CJC<br><br>**[PROPOSED] ORDERS IN THE ALTERNATIVE** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the following document entitled: "Exhibits A and B to Reply in Support of Defendant Robert Rundo's Motion to Dismiss for Selective Prosecution" shall be filed under seal.

DATED: February ___, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　United States District Judge

**OR**

NO GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the document entitled: "Exhibits A and B to Reply in Support of Defendant Robert Rundo's Motion to Dismiss for Selective Prosecution" is not to be filed. The Clerk is directed to return such document to defense counsel.

DATED: February ___, 2024

HONORABLE CORMAC J. CARNEY
United States District Judge

Presented by:

*/s/ Erin M. Murphy*
ERIN M. MURPHY
Deputy Federal Public Defender