# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-759-CJC |
| Plaintiff, | **ORDER GRANTING UNOPPOSED EX PARTE APPLICATION TO FILE UNDER SEAL EXHIBITS A AND B [322]** |
| v. | |
| ROBERT RUNDO, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the following document entitled: "Exhibits A and B to Reply in Support of Defendant Robert Rundo's Motion to Dismiss for Selective Prosecution" shall be filed under seal.

DATED: February 13, 2024

_____
HONORABLE CORMAC J. CARNEY
United States District Judge

Presented by:

*/s/ Erin M. Murphy*
ERIN M. MURPHY
Deputy Federal Public Defender