# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF, | No. CR 18-759-CJC |
| v. | |
| ROBERT PAUL RUNDO, | **WARRANT FOR ARREST** |
| DEFENDANT(S) | |

To:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **ROBERT PAUL RUNDO,** and bring him/her forthwith to the nearest Magistrate Judge to answer an Indictment charging him/her with Conspiracy and Riots, in violation of Title 18, United States Code, Sections 371, 2101.

| Brian D. Karth | | February 22, 2024    Los Angeles, CA |
|---|---|---|
| NAME OF ISSUING OFFICER | | |
| Clerk of Court | | DATE AND LOCATION OF ISSUANCE |
| TITLE OF ISSUING OFFICER | | |
| /s/ Connie Chung | By: | [signature] |
| SIGNATURE OF DEPUTY CLERK | | HON. STEVE KIM |
| | | U.S. MAGISTRATE JUDGE |
| | | NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| **DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO** | SIGNATURE OF ARRESTING OFFICER |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　PLAINTIFF,<br>　　　　　v.<br>ROBERT PAUL RUNDO,<br>　　　　　　　　　　DEFENDANT(S) | CASE NUMBER:<br>No. CR 18-759-CJC<br><br>**WARRANT FOR ARREST** |

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: |
|---|---|---|---|---|---|---|
| | | | | | | |

| YEAR OF BIRTH:<br>**1990** | PLACE OF BIRTH: | SOCIAL SECURITY NO.: | DRIVER'S LICENSE NO. | ISSUING STATE |
|---|---|---|---|---|

| ALIASES: | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: |
|---|---|

| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | AUTO COLOR: | AUTO LICENSE NO.: | ISSUING STATE |
|---|---|---|---|---|---|

| LAST KNOWN RESIDENCE: | LAST KNOWN EMPLOYMENT: |
|---|---|

FBI NUMBER:

ADDITIONAL INFORMATION:

| INVESTIGATIVE AGENCY NAME:<br>**FBI** | INVESTIGATIVE AGENCY ADDRESS: |
|---|---|

NOTES: