**FILED**

FEB 22 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 24-932 |
|---|---|
| Plaintiff - Appellant, | D.C. No. 2:18-cr-00759-CJC Central District of California, Los Angeles |
| v. | |
| ROBERT RUNDO and ROBERT BOMAN, | ORDER |
| Defendants - Appellees. | |

Before: CLIFTON, CALLAHAN, and H.A. THOMAS, Circuit Judges.

The district court's February 21, 2024 judgment of discharge authorizing appellee Robert Rundo's immediate release is temporarily stayed pending resolution of appellant's motion to stay release pending appeal. *See Doe #1 v. Trump*, 944 F.3d 1222, 1223 (9th Cir. 2019).

The schedule for the motion to stay will be set by separate order.