FILED

FEB 23 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff - Appellant,<br><br>v.<br><br>ROBERT RUNDO and ROBERT BOMAN,<br><br>   Defendants - Appellees. | No. 24-932<br><br>D.C. Nos.<br>2:18-cr-00759-CJC<br>2:18-cr-00759-CJC-1<br>2:18-cr-00759-CJC-2<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before:  PAEZ, Circuit Judge, and TIGAR, District Judge.*

The court is in receipt of the parties' status reports.  By 4:00 p.m. today, February 23, 2024, appellant must respond to appellee Rundo's status report.  The report should include all information pertinent to appellant's second emergency motion in this court (Docket Entry No. 6), including whether Rundo has been returned to custody and what relief, if any, appellant is still requesting of this court prior to its resolution of appellant's motion to stay Rundo's release pending appeal.

---

   *   The Honorable Jon S. Tigar, United States District Judge for the Northern District of California, sitting by designation.