# TRANSCRIPT ORDER FORM

**UNITED STATES DISTRICT COURT — CENTRAL DISTRICT OF CALIFORNIA**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY — DUE DATE:**

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Jessica Ruvalcaba |
| 2a. Contact Phone Number | (213) 894-3650 |
| 3a. Contact E-mail Address | jessica_ruvalcaba@fd.org |
| 1b. Attorney Name (if different) | Erin Murphy |
| 2b. Attorney Phone Number | (213) 894-5310 |
| 3b. Attorney E-mail Address | erin_murphy@fd.org |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
FEDERAL PUBLIC DEFENDER'S OFFICE
Central District of California
321 East Second Street
Los Angeles, California 90012

**5. Name & Role of Party Represented:** Robert Rundo, Defendant
**6. Case Name:** US v. Rundo, et al.
**7a. District Court Case Number:** 2:18-cr-00759-CJC
**7b. Appeals Court Case Number:** 24-932

**8. INDICATE WHETHER PROCEEDING WAS** (choose only one per form):
[X] DIGITALLY RECORDED
[ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: ____

**9. THIS TRANSCRIPT ORDER IS FOR:** [X] Appeal  [ ] Non-Appeal   [X] Criminal  [ ] Civil   [ ] CJA  [ ] USA  [X] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| Hearing Date | Minute Order Docket# | Judge | Proceeding Type / Portion | PDF | TEXT/ASCII | PAPER | CONDENSED | CM/ECF ACCESS | WORD INDEXING | Release of Trans. Restriction Date | Delivery Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/22/2024 | 346 | Kim | Hearing re issuance of arrest warrant | | | | | ● | | None | DAILY (Next day) |
| 02/23/2024 | NYD | Kim | Status Conference | | | | | ● | | None | DAILY (Next day) |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

Please send this request to a transcription company that can accommodate a rushed request. Both proceedings were ordered unsealed on the record 2/23/2024.

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 02/23/2024   Signature: /s/ Erin Murphy

G-120 (06/18)