CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
JULIA DEIXLER (Bar No. 301954)
(E-Mail: julia_deixler@fd.org)
ERIN M. MURPHY (Bar No. 285087)
(E-Mail: erin_murphy@fd.org.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ROBERT RUNDO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ROBERT RUNDO,<br><br>          Defendant. | Case No. CR 18-759-CJC-1<br><br>**DEFENDANT ROBERT RUNDO'S *EX PARTE* APPLICATION FOR ORDER UNSEALING APPLICATION FOR ISSUANCE OF ARREST WARRANT AND ORDER** |

Defendant Robert Rundo, by and through his attorneys of record, Deputy Federal Public Defenders Julia Deixler and Erin M. Murphy, hereby applies *ex parte* for an order unsealing the government's February 22, 2024 arrest warrant application and order signed by the Honorable Steve Kim, United States Magistrate Judge. This application is based on the attached declaration of counsel.

The government does not oppose this application.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: February 26, 2024    By  */s/ Erin M. Murphy*
ERIN M. MURPHY
JULIA DEIXLER
Deputy Federal Public Defenders
Attorneys for ROBERT RUNDO

2

**DECLARATION OF ERIN M. MURPHY**

I, Erin M. Murphy, declare:

1. I am an attorney at the Office of the Federal Public Defender in the Central District of California appointed to represent defendant Robert Rundo in *United States v. Robert Rundo, et al.*, 18-CR-759-CJC.

2. Mr. Rundo was released from custody on February 21, 2024 after the district court dismissed the charges against him. *See* Order re: Mots. to Dismiss, ECF No. 333; *see also* Gov't's Emergency Mot. to Authorize Def. Rundo's Arrest and Return To Custody, Ninth Circuit Case No. 24-932, Docket No. 6. Shortly thereafter, the government filed an emergency motion in the Ninth Circuit requesting a stay of Mr. Rundo's release. Government's Emergency Mot. to Stay Def. Rundo's Release and Continue his Detention Pending Appeal, Ninth Circuit Case No. 24-932, Docket No. 3.

3. The Ninth Circuit granted a temporary stay of Mr. Rundo's release on February 22, 2024 (Ninth Circuit Case No. 24-932, Docket No. 5) and the government sought an arrest warrant that morning. Soon after, defense counsel and the government appeared before the Honorable Steve Kim, United States Magistrate Judge. The arrest warrant application was granted later that day. Mr. Rundo was arrested without incident within hours, while defense counsel was arranging his self-surrender with government counsel. The defense understands that both the arrest warrant and the application for the arrest warrant remain <u>under seal</u>.[1]

4. The defense intends to file a Motion to Lift the Administrative Stay for Immediate Release with the Ninth Circuit. That filing will be based on the proceedings referenced above, as well as the hearing before Magistrate Judge Kim on February 23, 2024. An argument in support of that relief will point to the unlawful nature of the arrest warrant, and the representations the government made in order to obtain it. Accordingly, the defense may wish to attach the arrest warrant and application to the

---

[1] The defense was provided with copies of the arrest warrant and application.

3

Motion to Lift the Administrative Stay for Immediate Release with the Ninth Circuit. To do so, the arrest warrant and application must first be unsealed.

5. On February 25, 2024, I contacted government counsel for their position on this request. On February 26, 2024, government counsel informed me the government does not object.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on February 26, 2024, at Los Angeles, California.

/s/ Erin M. Murphy
ERIN MURPHY
Deputy Federal Public Defender