**UNITED STATES COURT OF APPEALS**

FOR THE NINTH CIRCUIT

**FILED**

FEB 23 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> ROBERT RUNDO and ROBERT BOMAN, <br><br> Defendants - Appellees. | No. 24-932 <br><br> D.C. Nos. <br> 2:18-cr-00759-CJC <br> 2:18-cr-00759-CJC-1 <br> 2:18-cr-00759-CJC-2 <br> Central District of California, Los Angeles <br><br> ORDER |

Before: PAEZ and M. SMITH, Circuit Judges, and TIGAR, District Judge.[*]

The court is in receipt of the parties' status reports confirming that Defendant-Appellee Robert Rundo has been arrested. Rundo is to remain in custody pending resolution of appellant's motion to stay release pending appeal. No lower court may order his release absent further order of this Court.

The government's emergency motion (Docket Entry No. 6) to authorize Rundo's arrest is denied as moot.

All other pending motions will be decided by separate order.

---

[*] The Honorable Jon S. Tigar, United States District Judge for the Northern District of California, sitting by designation.