**Exhibit A**

| | |
|---|---|
| **From:** | Connie Chung |
| **To:** | Kim, Solomon (USACAC); Boylan, Anna (USACAC); Deixler, Julia (FD); Platt, Caroline (FD); Murphy, Erin (FD) |
| **Subject:** | RE: 18cr759 Robert Paul Rundo |
| **Date:** | Thursday, February 22, 2024 2:42:36 PM |
| **Attachments:** | image001.png |
| | 3. LA18CR00759-SK-Warrant.pdf |

**From:** Kim, Solomon (USACAC) <Solomon.Kim@usdoj.gov>
**Sent:** Thursday, February 22, 2024 2:39 PM
**To:** Connie Chung <Connie_Chung@cacd.uscourts.gov>; Boylan, Anna (USACAC) <Anna.Boylan@usdoj.gov>; Deixler, Julia (FD) <Julia_Deixler@fd.org>; Platt, Caroline (FD) <Caroline_Platt@fd.org>; Murphy, Erin (FD) <Erin_Murphy@fd.org>
**Subject:** Re: 18cr759 Robert Paul Rundo

**CAUTION - EXTERNAL:**

Hi Connie,

Thank you very much. I don't believe the attachments include the signed warrant. Can you please send that as well? Thank you.

**Solomon Kim | Assistant United States Attorney**
United States Attorney's Office | Central District of California
312 North Spring Street, Suite 1500 | Los Angeles, California 90012
T: 213.894.2450 | F: 213.894.0141 | Solomon.Kim@usdoj.gov

**From:** Connie Chung <Connie_Chung@cacd.uscourts.gov>
**Sent:** Thursday, February 22, 2024 2:34:26 PM
**To:** Boylan, Anna (USACAC) <ABoylan@usa.doj.gov>; Kim, Solomon (USACAC) <SKim7@usa.doj.gov>; Deixler, Julia (FD) <Julia_Deixler@fd.org>; Platt, Caroline (FD) <Caroline_Platt@fd.org>; Murphy, Erin (FD) <Erin_Murphy@fd.org>
**Subject:** 18cr759 Robert Paul Rundo

Counsel,

Please see attached order granting application for arrest warrant.



CONNIE CHUNG
COURTROOM DEPUTY TO MAGISTRATE JUDGE STEVE KIM
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
255 E. Temple Street, Suite 1200
Los Angeles CA, 90012
Office: (213) 894-4436

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution

when opening attachments or clicking on links.