STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
(for filings only)
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310) 452-3200

Attorneys, *pro bono*, for Robert Paul Rundo

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT PAUL RUNDO,<br><br>Defendants. | 18-cr-00759-CJC<br><br>**[Proposed] ORDER**<br><br>**ON ROBERT RUNDO'S *EX PARTE* APPLICATION FOR ORDER THAT ANONYMOUS ATTORNEY BE PERMITTED TO VISIT HIM AT MDCLA**<br><br>Judge Cormac J. Carney |
|---|---|

Defendant Robert Rundo's *ex parte* for an order that an anonymous attorney be permitted to visit him at MDCLA is granted, and MDCLA is **ORDERED** to admit to is facility an anonymous attorney, without that attorney being required to identify himself.

Dated: July ___, 2024.   _____
UNITED STATES DISTRICT JUDGE

1