# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| USA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | 2:18-cr-00759-CJC-1 |
| v. | |
| Robert Paul Rundo | NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY |
| DEFENDANT(S). | OF JUDICIAL OFFICER |

To:   All Counsel Appearing of Record

The Judge/Magistrate Judge to whom the above-entitled case was previously assigned is no longer available.

YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U.S. District Judge/Magistrate Judge and in accordance with the rules of this Court, the above-entitled case has been returned to the Clerk for ☑ random ☐ direct reassignment.

Accordingly, this case has been reassigned to:
☑ Hon. Josephine L. Staton, U.S. District Judge for all further proceedings.
☐ Hon. _____, Magistrate Judge for:
   ☐ any discovery and/or post-judgment matters that may be referred.
   ☐ for all proceedings in accordance with General Order 05-07.

Please substitute the initials of the newly assigned Judge/Magistrate Judge so that the new case number will read: 2:18-cr-00759-JLS-1. This is very important because documents are routed by the initials.

Clerk U.S. District Court

07/29/2024
Date

By: D. Velazquez
Deputy Clerk