# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES – GENERAL

Case No.  2:18-cr-00759-JLS                                                  Date:  August 22, 2024

Present:  **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Interpreter     NONE

| Charles Rojas | NONE | NOT PRESENT |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Robert Paul Rundo (1) | NOT | X | | JULIA DEIXLER | No | X | |
| | NOT | | | CAROLINE SWIFT PLATT | No | X | |
| | | | | ERIN M. MURPHY | No | X | |
| Robert Boman (2) | | | X | PETER C. SWARTH | No | X | |

**PROCEEDINGS:**   **(IN CHAMBERS) ORDER STRIKING DOC. 417; ORDER REQUIRING STATUS REPORT; ORDER DENYING EX PARTE APPLICATION (DOC. 423)**

   Due to the unavailability of the previously assigned district judge, this matter was transferred to this Court's docket.  (*See* Doc. 424.)  The Ninth Circuit has now issued the Mandate and the case has been remanded.  (*See* Doc. 425, 427, 429).

   The docket in this case reflects a Notice of Appearance of Mr. Stephen Yagman as counsel for defendant Rundo. (Doc. 417.)  The Federal Public Defender (FPD) is currently counsel of record for defendant Rundo, having been appointed by the Court.  The FPD does not agree to proceed as co-counsel with Mr. Yagman (*see* Doc. 415), and the Court does not intend to require them to do so.  Accordingly, if defendant Rundo seeks to have Mr. Yagman substitute in as counsel in place of the FPD, he must file the appropriate signed forms reflecting that the FPD is seeking to withdraw as counsel, that Mr. Yagman seeks to substitute in as counsel, and that defendant Rundo consents.  Mr. Yagman must also file a proposed order for the Court's approval.  Until then, Mr. Yagman's appearance as counsel on the docket (Doc. 417), shall be stricken.

   The Court DENIES the ex parte application filed by Mr. Yagman for an order that an "anonymous attorney" be permitted to visit defendant Rundo at MDCLA without providing identification.  (Doc. 423.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

| | |
|---|---|
| Case No.  2:18-cr-00759-JLS | Date:  August 22, 2024 |

Current counsel of record are directed to file a joint status report within seven days of the entry of this Order.

**IT IS SO ORDERED.**

Initials of Deputy Clerk: cr