# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. CR 18-0759-JLS | Date September 13, 2024 |

Present: The Honorable **JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Interpreter

| Yolanda Skipper | Myra Ponce | Anna Boylan/Kathrynne N. Seiden |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| ROBERT PAUL RUNDO | X | | X | Erin M. Murphy, DFP | X | | X |

**PROCEEDINGS: CHANGE OF PLEA**

X   Defendant moves to change plea to the Indictment/Information. Waiver of Indictment previously filed; Court enters findings and accepts the Waiver as filed.

X   Defendant sworn, and states true name as charged.

X   Defendant enters new and different plea of GUILTY to Count(s) 1 (ONE) of the First Superseding Indictment.

X   The Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid, and further FINDS the plea is knowledgeable and voluntarily made. The Court ORDERS the plea accepted and entered.

X   The Court further ORDERS the Plea Agreement incorporated into this proceeding.

X   The Court refers the defendant to the Probation Office for investigation and pre-sentencing report, and the matter is continued to **DECEMBER 13, 2024** at 8:30 a.m. for sentencing. Further, sentencing position papers are to be filed with the Court no later than two (2) weeks before the date of sentencing, including service on the assigned U.S. Probation Officer.

X   The Status Conference and Jury Trial dates are ordered VACATED.

: 31

Initials of Deputy Clerk   ys