**Exhibit 2**





NEW YORK STATE
DEPARTMENT OF CORRECTIONAL SERVICES
GREENE CORRECTIONAL FACILITY
COXSACKIE, NEW YORK

## Free Will Statement

I, Robert Rundo, D.I.N. 10A1614, do hereby state that I give this statement of my own free will and I have not been threatened or coerced to do so, nor have any promises of favors or leniency been made to me in any way. I also acknowledge that false statements made herein are punishable as a Class A misdemeanor pursuant to section 210.45 of the Penal Law of the State of New York. I further state that I have read and understand the preceding text. My statement is as follows:

I Robert Rundo has 2 unauthorized tattoo's 1 number 8 on each shoulder for the symbols of white pride. I got them here at Greene facility a few weeks ago.

Signed: Rob Rundo   D.I.N: 10A1614   Date: 11/5/10

Witnessed: Sgt Besley   Title: Sgt   Date: 10/5/10

RUNDO_00000207