# Exhibit 4

FD-302 (Rev. 5-8-10)

- 1 of 2 -

UNCLASSIFIED//LES



## FEDERAL BUREAU OF INVESTIGATION

Date of entry    05/21/2019

Sergeant ▇▇▇▇▇▇, S-2, with approximately 19 years as an Officer with the Berkeley Police Department (BPD), 2100 Martin Luther King Jr. Way, Berkeley, CA 94704, telephone number ▇▇▇▇▇▇, was interviewed at BPD Headquarters (HQ). Also present were AUSA's David Ryan and George Pence. After being advised of the identity of the interviewers and the nature of the interview, ▇▇▇▇▇▇ provided the following information:

On 04/15/2017, ▇▇▇▇▇▇ was leading the intelligence team within the BPD HQ. ▇▇▇▇▇▇ detailed "real-time" intelligence via live video streams and visual observation in order to distribute information to the Officers in the field for operational planning. The footage was obtained primarily through the filming of open source news outlets and live feeds from BPD. The live-streaming was coming in from social media sites such as YouTube, Twitter, 4Chan, and Indybay. ▇▇▇▇▇▇ would occasionally authenticate the live footage in person by observing the events from BPD HQ.

▇▇▇▇▇▇ knew to anticipate violence due to several open source news and media outlets reporting on the violence from previous similar events, along with controversial social media blogs and antagonizing posts regarding the upcoming 04/15/2017 event. ▇▇▇▇▇▇ knew there was a "high likelihood" of violence from both sides due to this 04/15/2017 event being the 3rd or 4th of these types of recent events.

Throughout the day, ▇▇▇▇▇▇ observed a group of young white males, some wearing skull masks, later identified as RAM (Rise Above Movement), making their presence known, and engaging in several acts of violence on the grass of Martin Luther King Jr. Civic Center Park (MLK Park) and then up Center Street afterwards. During the entire event, ▇▇▇▇▇▇ observed RAM on the frontline of the Right-side instigating the violence against the Left-side. Rafferty did not see the RAM group near or attempting to defend speakers who were back by the fountain trying to get their message out.

UNCLASSIFIED//LES

Investigation on   05/01/2019   at   Berkeley, California, United States (In Person)

File # ▇▇▇▇▇▇                                                            Date drafted   05/07/2019

by   Henry R. Waldheim

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

USA_00201282

1

FD-302a (Rev. 5-8-10)

**UNCLASSIFIED//LES**

(U//LES) Interview of Berkeley PD Sergeant

Continuation of FD-302 of ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ , On 05/01/2019 , Page 2 of 2

▉▉▉▉▉▉▉ would notify Officers as the violence was taking place. ▉▉▉▉▉▉▉ tracked the violence up Center Street, via live-streaming, as the Right-side, including the RAM group, was aggressively pursing the Left-side as they fled up Center Street.

▉▉▉▉▉▉▉ stated that to his knowledge, no person or group saught a permit for the 04/15/2017 event, nor was a permit given for the 04/15/2017 event. The rally/riot was not allowed and was an un-permitted event.

(Administrative Note: a signed declaration from the City of Berkeley states that no permit was applied for, nor given out for the free speech event that occurred in Berkeley's MLK Park on 04/15/2017 and is attached as a 1A to this report.)

FD-302 (Rev. 5-8-10)

- 1 of 2 -

UNCLASSIFIED//LES

FEDERAL BUREAU OF INVESTIGATION



Date of entry: 05/17/2019

    Officer ▮▮▮▮▮▮▮▮▮, ▮▮▮▮, a former United States Marine with three years on the Berkeley Police Department (BPD), 2100 Martin Luther King Jr. Way, Berkeley, CA 94704, telephone number ▮▮▮▮▮▮▮▮, was interviewed at BPD Headquarters (HQ). Also present were AUSA's David Ryan and George Pence. After being advised of the identity of the interviewers and the nature of the interview, ▮▮▮▮▮▮ provided the following information:

    On 04/15/2017, ▮▮▮▮▮▮ was assigned to monitor the Berkeley rally/riot as a "floater" in a car. He was to act as mobile response and initially stationed himself at incident command at BPD HQ which was located adjacent to the North West corner of Martin Luther King Jr. Civic Center Park (MLK Park) where the event was occurring. Leading up to the event, prior events and intelligence briefings, along with open source information and reporting, led ▮▮▮▮▮▮ to have an expectation of violence and to anticipate that the right-wing and left-wing groups were planning to engage in violence at the rally/riot that day.

    ▮▮▮▮▮▮ was initially roaming around at an entry control/casualty collection check point near the BPD HQ when he noticed groups of people breaking through the established orange snow fence barriers. The snow fence was set up in the middle of MLK Park to divide the right-wing group from the left-wing group and to establish a corridor where the BPD officers could operate out of and attempt to keep the peace.

    ▮▮▮▮▮▮ then stationed himself at the North East corner of MLK Park to watch the "flank" of the Special Response Team's (SRT) located inside the park. ▮▮▮▮▮▮ noticed among the right-wing side groups that contained the "true believers" of the "troll culture" with their "frog flags" who appeared "battle ready", including some with helmets on, which told ▮▮▮▮▮▮ that people were definitely "coming to fight" and "here to fight." ▮▮▮▮▮▮ noticed ANTIFA among the left-wing side in their "all black" clad

UNCLASSIFIED//LES

Investigation on 05/01/2019 at Berkeley, California, United States (In Person)

File # ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    Date drafted 05/06/2019

by Henry R. Waldheim

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

USA_00201279

FD-302a (Rev. 5-8-10)

**UNCLASSIFIED//LES**

▓▓▓▓▓▓▓▓

(U//LES) Interview of Berkeley PD Officer
Continuation of FD-302 of Semir Muratovic                                      , On 05/01/2019 , Page 2 of 2

clothing.

▓▓▓▓▓▓▓▓ recognized significant elements on both sides that were prepared for violence. ▓▓▓▓▓▓▓▓ remembers seeing the "Defend America" banner as it was being moved forward in the crowd by an organized group of young white males, later identified as RAM (Rise Above Movement). ▓▓▓▓▓▓▓▓ observed several of the young white males holding the "Defend America" banner wearing similar clothing such as tight grey shirts with skull masks, mechanics gloves, their hands taped-up, mouth guards, and goggles. The mouth guards could clearly be seen under the tight clothing because they formed a little "u" outline in the clothing. Throughout the day, the RAM group would antagonize and then fight with counter-protestors. On multiple occassions, they would pick a person and then go after the person as a group, pulling the person out, isolate them, and then attacking them.

After several fights in and around MLK Park, a large group of counter-protestors began backing up and retreating East up Center Street and ▓▓▓▓▓▓▓▓ could see the RAM group pursuing and engaging them in fighting. ▓▓▓▓▓▓▓▓ recalled seeing a blond haired individual, whom he later identified as Ben DALEY, who appeared to be leading the group of young white males. More counter-protestors came out to support the retreating group and the crowd seemed to dissipate from there at the end of Center Street near the Shattuck Avenue. At some point during the fighting, ▓▓▓▓▓▓▓▓ arrested a guy throwing eggs, took him into custody and left the scene.