# **Exhibit 5**





