**Exhibit 6**

✈   **21:05**   16 % 🔋 ⚡

‹ Сообщения  **~Robtheroman**   Править

🔍   Мультимедиа

понедельник, 8 окт. 2018 г.

21:59 👁   Hail

I use my different nr for Threema   21:59 👁

21:59 👁   To make sure



USA_00201340

1



**21:05**

16 % 

 Сообщения  **~Robtheroman**  Править

Ha ok

I think this is a better place to talk

21:59   Make same



22:01   Ok. At least the mood is fine )

Ha yeah just about to repack and get ready for tomorrow

  ▇▇▇▇▇▇▇▇  USA_00201341 

2

 21:05 16 % 

< Сообщения **~Robtheroman** Править

> Do it man.
> Bob said (if tomorrow doesn't work out) you should fly out of Mexico

22:02 

Yeah i was thinking that

It might be even better to just do that the first time because if they keep seeing me trying to leave they'll say I am trying to escape etc

> See to it that u got all cleaned up - cell, computer, hard drives...

22:04 👁

They took all my old ones but yes I bought a new phone and laptop that I will bring and set up there

> What about money? Cards/ cash ?
> We will take care of u here, no worries, but what if your accounts will get frozen?

22:07 👁

 USA_00204342 

3

 **21:05** 16 % 

< Сообщения  **~Robtheroman** Править

I pulled out a few thousand in cash I will go buy some prepaid cards also so they don't see me traveling with so much

Ok, get as much ready as you can.
As I said - once you are here we'll take care of you, just see to it that you get your white terror ass here.

22:10 👁

Ok am just worried that Germany will do the same thing as the U.K. To me and just send me back

Then u fly to Dubai out of Mexico or Cancun

22:11 👁

And from there to Kiev.

22:11 👁

Yeah will look into it now

Or to Zürich. But Dubai is better.

22:12 👁

Ok I will check it out I also

 

USA_00201343



**21:06**                    16 % ⚡

‹ Сообщения  **~Robtheroman**        Править

Ok I will check it out I also might be able to fly to NYC then just get a direct flight to Kiev

22:36   Even better.

ASOV guys are willing to help and if you need we'll raise this whole topic on the internet
22:36 

Yeah I would appreciate that and I found a good ticket direct flight to Kiev from nyc lands on the 10th

I think I will take that the less layovers the better

Ok.
If there is any problems at the airport here we will take of that. But it is very unlikely... anyway, we got our guys at border control.
22:39 👁

That's why I like Ukraine so much :)



USA_00201344

 21:06    16 % 

< Сообщения   **~Robtheroman**    Править

> Well then get prepared as much as you can.
> For the border control guys Robert Rundo ?
> Born : ... ?

22:53 

04/28/92

United States

Robert Paul rundo

What else u need

Tell them very good looking guy will be hard to miss him

> I'll forward it to the guys. But we do not need too many good looking guys here🤔

22:55 

Lol

> ) do it my friend, do all you can and get out of the freaking US.
>
> I met up with the guy who fled US

23:23 

 ▬▬▬▬▬▬ 

USA_00201345

6

21:06    16 % ⚡

< Сообщения   **~Robtheroman**   Править

I thought he was crazy. Now I see he was right about everything.

23:23 👁

Ok I feel like shit over missing the event though I'm almost thinking of just trying to fly to Germany

Or should I just take that other flight straight to Kiev

Or should u fly out of Mexico, which sounds the safest ?

23:30 👁

It's all a gamble I think I will but the flight from nyc to Kiev i like that it is direct with no layover

Then go for it.
I have forwarded your data

23:48 👁

вторник, 9 окт. 2018 г.

Tickets booked

Ok. You arrive when exactly!

10:18 👁

USA_00204346

7



✈ **21:06** 17 % ⚡

‹ Сообщения  **~Robtheroman**  Править

10:18 👁 ?



ooo T-Mobile 🛜 12:18 AM ⚹ 33% 🔋

Kiev, Ukraine (KBP) | Nonstop

Ukraine Intl Airl
Flight 232
*Terminal 7*

| 12:30am | Wed. Oct 10 | New York, NY (JFK) |
| 4:20pm | Wed. Oct 10 | Kiev (KBP) |
|  |  | Economy |

Total Trip
Time: **8h 50m** | **Change Flights**

See Baggage Allowance Details

### RECEIPTS

| Date | Receipt # | Details | Amount |
|------|-----------|---------|--------|
| October 8, 2018 | #109092 441 | View Receipt | $447.84 USD |

Total: $447.84 USD

10:24 👁  Holding fingers crossed.

Yeah just got to make it threw nyc airport

10:33 👁  Forwarded it to the guys.

It's practically tonight u r supposed to arrive. And what

+ [                    ] 🎙

USA_00201347

8

✈️   21:06   17 % 🔋 ⚡

< Сообщения   **~Robtheroman**   Править

It's practically tonight u r supposed to arrive. And what about Cali to NYC?

10:33 👁

Shit it got mixed up

10:50 👁   What?

😅 all fixed



Correct flight info

USA_00201348

9

✈️    21:06    17 % 🔋 ⚡

< Сообщения  **~Robtheroman**    Править

Correct flight info

If I wouldn't have asked u would have missed it ))

15:38 👁

●○○○ T-Mobile  LTE   5:38 AM    🌓 ⚹ 100% 🔋 ▸

< 48    ⓘ

359-22

Text Message
Today 5:37 AM

Flight AA2626 from SNA to DFW on Oct9 at 8:12AM has been canceled. We're working to rebook you and will send an update soon.

> │ Text Message    ⬆

Q W E R T Y U I O P
A S D F G H J K L
⬆ Z X C V B N M ⌫
123 🌐 🎤    space    return

🤔

16:37 👁

What do u think it means?

16:37 👁

+    [ ▮▮▮▮▮▮▮ ]    🎤

USA_00201349



10

21:06

17 % ⚡

‹ Сообщения  **~Robtheroman**    Править

What if feds just fuck around
with your cell?
Call the company.

16:37

I did it was canceled I just re
booked a different flight

Fuckin weird stuff

🤔

16:38

16:38  Coincidence?

I don't believe in Coincidence
anymore

I'm not allowed to fly

18:58  What reason?

Fuck

They banned me from flying

They are probably going to
arrest me soon




USA_00201350

11



**21:07**

17 % ⚡

< Сообщения  **~Robtheroman**    Править

Will u be able to cross Mexican border?

18:59 👁

That is what I will try

If that don't work I'm fucked

Should we gather money for you? Anything that would help?

19:00 👁

I don't know what to do at the moment I will try n speak to my lawyer

But this is unreal

Step 1
Step 2 - speak to Bob , I am sure he know how people who "got into trouble" left the US via Mexican border

19:08 👁

And try your best not to get caught

19:08 👁

Yes will do I think I will ditch my phone

USA_00204351

12

 **21:07** 17 % 

< Сообщения  **~Robtheroman** Править

Yes will do I think I will ditch my phone

среда, 10 окт. 2018 г.

I'm going to go to South America

Do you have anyone down there?

They are putting out the most insane articles on us

https://amp.cnn.com/cnn/2018/10/09/us/ram-rise-above-movement-california-hate-group-charlottesville/index.html

http://www.latimes.com/opinion/op-ed/la-oe-picciolini-white-supremacists-20181007-story.html?outputType=amp

My government takes these articles at face value

 

USA_00201352

13

✈                              **21:07**                    17 % 🔋 ⚡

‹ Сообщения  **~robtheroman**              Править

~r

🔍                      Мультимедиа

среда, 10 окт. 2018 г.

Ok I'm in one step free from the USA

Make step2
I am not sure about any connections is South America. Got some guys in Chilie and Brazil
08:50 👁

But I do not know them personally
08:50 👁

Keep me informed
08:50 👁

I will fly from South America to Ethiopia to Dubai to iev

That sounds like one fantastic trip to me!
09:01 👁

)
09:01 👁

USA_00204353

14



21:07   17 % 

< Сообщения **~robtheroman**   Править

09:01 👁 **We'll manage it Amigo.**

Haha

Might stay a few days in Ethiopia

Find a wife



09:04 👁 Hmm 🤔 Or two

Well brother I will see u in a few days

Do not forget - I am away from 12 to 15tg

09:14 👁

But we have forwarded your data to our border guys

09:14 👁

Ok no worries I meet with bob

Alyona will stay in touch with me about border

09:31 👁



 21:07 17 % 

 Сообщения  **~robtheroman**  Править

Alyona will stay in touch with me about border

09:31 



Have u thought of a one way ticket scenario?

10:35 

If you know when exactly u arrive - let me know

10:35 

At this point I only think of a one way ticket I got guys on stand by back home to sell my car and a few other things

10:37  Ок

I will figure everything out once I'm in a safe spot to think things out

But at the moment my whole thing is just to get away

What do u think about a 2 hour layover in Italy do u think

  

USA_00204355

16



21:07

17 % 

 Сообщения   **~robtheroman**

Править

What do u think about a 2 hour layover in Italy do u think I should avoid all eu countries

It is just going to be very expensive and hard to get around eu countries

22:19    Avoid EU.

Ok

Dubai, Moldova, Belarus - possible.

22:19 

Will keep looking I'll either leave today or tomorrow

22:29    U r not in USA anymore?

I'm in Mexico

Ок. Well, does it feel like at home for diaboli blanco?

23:19 

I will have to go to Brazil and there is a direct flight from Brazil to dubia





USA_00204356

 21:07 17 % 

‹ Сообщения  **~robtheroman**  Править

> Take notes
> Perhaps u will write a book 1 day

23:19 

Yeah so this is the plan I'm going to go to Cuba

Then Cuba to switerzland

Zurich

Then Zurich to iev

> Careful with Zurich
> I mean it is no eu but who knows...

23:21 

That is true

You think Dubai or Istanbul would be best

It just not many flights from South America out

> Yeah. Istumbul better - not eu, many people from the Orient come and go, besides you want to go Eastward-less

USA_00201357

 21:08   18 % 

 **Сообщения  ~robtheroman**   Править

> Yeah. Istumbul better - not eu, many people from the Orient come and go, besides you want to go Eastward–less control
>
> 23:24 👁

Ok I'll keep looking

How about Cuba to Moscow

> U need a visa for Moscow
>
> 23:59 👁

Only to leave the airport

I had a layover there before

**четверг, 11 окт. 2018 г.**

> A, Moscow has transit zone ☝🏼 perhaps a good Idea 👍🏼
>
> 00:01 👁

Ok there's a direct flight on Monday from Havana to Moscow

I will book it

And head to Cuba today

 ▬▬▬▬▬ 

USA_00204358

19



21:08  18 % 🔋 ⚡

‹ Сообщения  **~robtheroman**  Править

Yeah. Istumbul better - not eu, many people from the Orient come and go, besides you want to go Eastward-less control

23:24 👁

Ok I'll keep looking

How about Cuba to Moscow

23:59 👁  U need a visa for Moscow

Only to leave the airport

I had a layover there before

четверг, 11 окт. 2018 г.

A, Moscow has transit zone ☝🏼 perhaps a good Idea 👍🏼

00:01 👁

Ok there's a direct flight on Monday from Havana to Moscow

I will book it

And head to Cuba today

➕

  

USA_00204359

20

 21:08    18 % 

< Сообщения  **~robtheroman**    Править

00:02     The Traveller boi

Ha sad that it has to be like this

Do not forget-to get to Kiev from Moscow u will fly via Minsk

00:02 

I was very excited to come out to Germany and things were going really good in the states

Ok

A short trip but does not work other way

00:03 

Rob, u can do whatever as long as U r free. From behind the bars u r fucked. Imagine guys get 10 years

00:06 

A friend just got free after staying 11 years. For killing Muslim back in 2008.

00:06 

00:06     It's crazy.

 

21:08   18 % ⚡

< Сообщения  **~robtheroman**   Править

> There will be tournaments for u

00:06 👁

Yeah true ok I am booking tickets now see you in a few days

**воскресенье, 14 окт. 2018 г.**

19:42 👁  How are u?

Ok in Cuba look forward to being in Kiev

How did the event go?

15.10.2018 , 00:51 👁  Was ok. I lost on points in a fucking slugfest )

**вторник, 16 окт. 2018 г.**

Ah slugfest the best type of fest lol

17:40 👁  ))
How are u?

Ah ok can't wait to head out of here

USA_00201361

22

21:08  18 % ⚡

‹ Сообщения  **~robtheroman**  Править

There will be tournaments for u

00:06 👁

Yeah true ok I am booking tickets now see you in a few days

**воскресенье, 14 окт. 2018 г.**

19:42 👁  How are u?

Ok in Cuba look forward to being in Kiev

How did the event go?

15.10.2018 , 00:51 👁  Was ok. I lost on points in a fucking slugfest )

**вторник, 16 окт. 2018 г.**

Ah slugfest the best type of fest lol

17:40 👁  ))
How are u?

Ah ok can't wait to head out of here


USA_00201362

23

21:08    18 % ⚡

‹ Сообщения  **~robtheroman**    Править

There will be tournaments for u

00:06 👁

Yeah true ok I am booking tickets now see you in a few days

**воскресенье, 14 окт. 2018 г.**

19:42 👁    How are u?

Ok in Cuba look forward to being in Kiev

How did the event go?

15.10.2018 , 00:51 👁    Was ok. I lost on points in a fucking slugfest )

**вторник, 16 окт. 2018 г.**

Ah slugfest the best type of fest lol

17:40 👁    ))
How are u?

Ah ok can't wait to head out of here



USA_00204363

24



✈

21:08

18 % ⚡

‹ Сообщения  **~robtheroman**

Править

Ah ok can't wait to head out of here

I herd police have been to my place since I left asking about me

They can have some dick now
17:45 👁

What is your situation now? When are we meeting up?
17:45 👁

Haha

I leave to Moscow tomorrow it it was one of the few direct flights without going to eu country

So I think flight is 11 hours I will get my ticket to Kiev in a few and send u info

Ok. Hell of a travel.
17:46 👁

U ok so far?
17:46 👁

Fuckkk



USA_00201364

21:08                                    18 % ⚡



‹ Сообщения  **~robtheroman**        Править

Yeah I little down with everything but no worries I think things can work out

Ben and guys? Any news from them?

17:47 

Nothing good from what I have herd they all are being denied bale and Ben and another guy can't even be found in the system yet to write to or send money

17:50 👁  They handle em like terrorists

I think they will be sent to Charlottesville this week

Yeah that what they are pushing for

When I was arrest in uk they were calling me that

17:51   Seriously?!

Swear these two British fbi

  _____  USA_00204365



21:08

18 %



< Сообщения  **~robtheroman**

Править

Swear these two British fbi type came to the room i was detained in with a bunch of news articles one being the one that talks about the trip to Ukraine and said that they would not allow me to network and start terroist cells in Europe

Fuckin retarded

That is crazy as fuck.
I really wonder how much fear they have for sheer white boys.

17:54 

Unreal this whole thing

It's crazy because we really did nothing wrong it is only for our political stance

But we will speak more when I get there not much WiFi here

Sure.
You are very welcome here

USA_00204366

 21:08    18 % 

< Сообщения  **~robtheroman**  Править

Sure.
You are very welcome here and once u arrive we will decide for all the upcoming stuff.

20:46 

среда, 17 окт. 2018 г.

They won't let me fly

Fuckkkk

I don't know what to do

And more arrest have been made in us

I might have to try flying three Spain

20:13   Wait

20:13   Who ?

They wouldn't let me fly because of visa issue

20:13   Russia?



USA_00201367

28

✈                           21:08                    18 %

‹ Сообщения   **~robtheroman**              Править

Sure.
You are very welcome here and once u arrive we will decide for all the upcoming stuff.

20:46 👁

среда, 17 окт. 2018 г.

They won't let me fly

Fuckkkk

I don't know what to do

And more arrest have been made in us

I might have to try flying three Spain

20:13 👁  Wait

20:13 👁  Who ?

They wouldn't let me fly because of visa issue

20:13 👁  Russia?

USA_00201368

29

 21:08 19 % 

 Сообщения **~robtheroman** Править

Yeah even though I had a ticket to Dubai

Look for flights direct to Kiev
20:14 

Via Moldova
20:14 

Or Istanbul
20:14 

They won't let they won't let me fly to Moscow

They said I need a visa even to transfer

Even though I have done that in the past

Transit visa is normally no problem
20:15 

How to get

Direct to Ukraine?
20:15 

No from Havana to Moscow to transfer to Dubai

Aeroflot won't let me check in

 
USA_00204369

30

 21:09 19 % 

 Сообщения **~robtheroman** Править

Aeroflot won't let me check in without visa

He said even just to change flights I need a visa

20:17  U are in Cuba now?

Yeah

At the airport

I know it is happening- tension between US and Russia

20:18 👁

Yeah they won't even refund me

I think maybe fly into Madrid

Than Kiev

I was able to fly into Iceland when the uk banned me

Maybe it was just uk

I think I will try to Madrid

  USA_00204370

31

21:09

19 % ⚡

< Сообщения  **~robtheroman**    Править

Hmm    20:36 👁

We'll give it a go...
what if u just stay in Dubai    20:36 👁

And fly from there to Kiev?    20:36 👁

I can't get to Dubai without going to a eu country

Wait a sec, I check some options    20:37 👁

Ok

Ok I think I'm going to just go back to Mexico now I need to get out of Cuba the no WiFi thing means I can't do anything and I need to be speak with lawyers erx

Hmm... and then?    20:44 👁

Idk I can't tell you how much this is costing me but freedom is a higher price

USA_00201371

32

✈ 21:09 19 % 🔋 ⚡

‹ Сообщения **~robtheroman** Править

Oh yes 20:45 👁

Maybe do the other thing go to Brazil then to Ethiopia then Istanbul than Kiev

Idk I don't want to stay in these shit country's to hide out without any contacts

Well, get some sort of prepaid cards or something.
Take a longer route, check out Ukrainian AI for direct flights 20:47 👁

From Argentina 20:47 👁

Yeah

Ok I'm going to go to Mexico and take it from there

Ok . Keep me informed 18.10.2018 , 07:31 👁

When are u fucking coming here man :-( I am pretty nervous coz of this whole shit. 18.10.2018 , 07:31 👁

USA_00201372

33



21:09                                        19 % 

< Сообщения   **~robtheroman**            Править

20:45    **Oh yes**

Maybe do the other thing go
to Brazil then to Ethiopia then
Istanbul than Kiev

Idk I don't want to stay in
these shit country's to hide
out without any contacts

Well, get some sort of prepaid
cards or something.
Take a longer route, check out
Ukrainian AI for direct flights

20:47 

From Argentina

20:47 

Yeah

Ok I'm going to go to Mexico
and take it from there

18.10.2018
, 07:31    Ok . Keep me informed

When are u fucking coming
here man :-( I am pretty
nervous coz of this whole shit.

18.10.2018
, 07:31 

+                                         
USA_00204373

34

 21:09 19 % 

< Сообщения  **~robtheroman**          Править

Made it back to Mexico got четверг, 18 окт. 2018 г.
hundred emails and texts
people think I have a case
against propublica and want
me to sue



I been looking up if you can
transfer flights in Moscow and
everything said I can I just
think the dumb nigger didn't
know what he was talking

 

USA_00201374

21:09     19 % ⚡

‹ Сообщения  **~robtheroman**     Править

I been looking up if you can transfer flights in Moscow and everything said I can I just think the dumb nigger didn't know what he was talking about I want to call Aeroflot they should give me tickets or full refund because this is crazy

08:39 👁   Ask Russian embassy

08:39 👁   It is the best

I think I'm shit outta luck yet again

18:19 👁   What u mean?

Do not get desperate, Rob. And do not do anything stupid.
If u are getting out of money – let me know, we'll send u some over to get your ass here.
Do not forget, that your number 1 aim now is to stay

USA_00201375

36




21:09                                        19 % ⚡

< Сообщения  **~robtheroman**        Править

Do not get desperate, Rob.
And do not do anything
stupid.
If u are getting out of money –
let me know, we'll send u
some over to get your ass
here.
Do not forget, that your
number 1 aim now is to stay
18:19  👁  free.



 


USA_00204376
37

21:09    19 % ⚡

‹ Сообщения  **~robtheroman**    Править

There are direct flights from San Paulo Brazil to Dubai
18:19 👁

What is your status?
19:56 👁

Think I found a way for the 21st direct flight from el Salvador to Istanbul

That will give me a few days to talk to lawyers get some things set up

Do it.
20:16 👁

Ok

Buying now

Will hold my fingers crossed for u amigo
20:45 👁

Ask your lawyer if feds are looking for u via Interpol etc... Perhaps it will make sense to ask for political refuge here?
20:45 👁

Ok tickets booked I will speak to my lawyer just spoke to one

\+

USA_00204377

38

 **21:09**  19 % 

 Сообщения  **~robtheroman**          Править

Ok tickets booked I will speak to my lawyer just spoke to one of the guys lawyers said things don't look so good at the moment

They are being brought to Virginia and I guess they found ammunition in one of the guys houses that he legally has a right to own but there making it like Aryana terror brigade

21:11           Fak

Ok all set should be in Kiev on the 23

21:47            00:13

Haha

Yeah I hope it works out this time around

Best regards from Swedish giant Marcus ! We are having a very gay



USA_00204378

 21:10 

< Сообщения  **~robtheroman**  Править

Best regards from Swedish giant Marcus !
We are having a very gay evening in a fancy restaurant ❤️

21:48 

Ha enjoy



21:49 

Oossh looks a bit like a pirate eyepatch lol

21:50  ))

22:16 How are u?

🎤 01:05

🎤 00:30
22:56

+ 

USA_00201379

40