**Exhibit 7**



1

