## **Exhibit 8**

