**Exhibit 9**

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

# UNITED STATES OF AMERICA

PASSPORT / PASSEPORT / PASAPORTE

Type / Type / Tipo: **P**
Code / Code / Código: **USA**
Passport No. / No. du Passeport / No. de Pasaporte: **833523915**

Surname / Nom / Apellidos
**PAVIC**

Given Names / Prénoms / Nombres
**ROBERT LAZAR**

Nationality / Nationalité / Nacionalidad
**UNITED STATES OF AMERICA**

Date of birth / Date de naissance / Fecha de nacimiento
**28 Apr 1994**

Place of birth / Lieu de naissance / Lugar de nacimiento
**NEW YORK, U.S.A.**

Sex / Sexe / Sexo
**M**

Date of issue / Date de délivrance / Fecha de expedición
**31 Oct 2013**

Date of expiration / Date d'expiration / Fecha de caducidad
**30 Oct 2023**

Authority / Autorité / Autoridad
**United States Department of State**

Endorsements / Mentions Spéciales / Anotaciones
**SEE PAGE 27**

```
P<USAPAVIC<<ROBERT<LAZAR<<<<<<<<<<<<<<<<<<<<<<
8335239151USA9404285M2310308759621048<754858
```

1