# **Exhibit 10**

| POLICE DEPARTMENT CA0361000 SAN BERNARDINO, CALIFORNIA | CR2 | CASE NUMBER |
|---|---|---|
| CODE SECTION (S) VANDALISM | | REPORT TYPE NARRATIVE |
| VICTIM'S NAME/ FIRMSNAME (LAST, FIRST, MIDDLE) UNKNOWN | RESIDENTIAL ADDRESS       CITY       STATE | TELEPHONE NUMBER |

ASSIGNMENT:
On 06/10/17, I was assigned to work intelligence at the ACT for America anti-sharia law protest being held at the corner of Waterman Avenue and Orange Show Road. I had reached out to some of the organizers of the event and would maintain communication with them throughout the event. The coordinator of ACT for America was ███████████████. She would call me throughout the event to notify me of individuals on either side of the protest who were being violent.

The demonstrators took up positions on the northeast, southeast and southwest corners of the intersection. The counter protestors took up a position on the northwest corner, to the front of the Shell Gas Station located at 1194 S Waterman Ave, San Bernardino, CA 92408. The demonstrators parked their vehicles in commercial parking lots east of this location and along Parkcenter Circle. The counter protestors largely parked on Ennis Street, along the north side of the Shell Gas Station.

INVESTIGATION:
At one point, ██████ called to notify me that a small group of individuals was walking around the ACT for America crowd and appeared to be acting aggressively toward the counter protestors. ██████ wanted me to know that this group was not part of the larger ACT group and that she (██████) believed they were white supremacists.

I also observed this group of individuals. They were easily identifiable as the vast majority of them were all wearing black face masks with white skulls printed on them. There were also a few wearing American flag bandanas but in total, there were approximately 13 individuals that were a part of this group. This group was observed on several occasions, walking aggressively toward the counter protestors in an apparent attempt to provoke and intimidate them. At one point, I overheard members of this group identify themselves as "Rise Above".

On another occasion, near the end of the event, this group again walked aggressively toward the counter protestors and into the Shell gas station. They stood near the entrance for several minutes before again walking back to the south west corner of the intersection. I was contacted by an unnamed counter protestor who said that her group was preparing to walk to their vehicles. She was concerned that the demonstrators might try to attack them on their to the cars. At this time, Officer PALUZZI and I moved to the north end of the Shell Gas Station parking lot. As the counter protestors began walking west on Ennis Street toward their vehicles, I observed several individuals from the aggressive group walking west on the south side of Orange Show Road. As I observed the individuals on the south west corner begin walking to the west, Officer PALUZZI and I began walking west on Ennis in the event any of the protestors intended to engage in physical altercations.

As Officer PALUZZI and I walked near 269 E Ennis Street, we observed several individuals from the aggressive group running north onto Ennis through a vacant lot located west of this location. The individuals began chasing counter protestors to their vehicles. There were two SUVs attempting to leave the area and the suspects began

| REPORTING OFFICER (S) Rogers | IDENTIFICATION NUMBER (S) 50706 | DATE: 06/13/2017 | RECORDS BARCODING ONLY |
|---|---|---|---|
| REVIEWED BY: Murray, Scott | DATE: 10/18/2017 | FURTHER ACTION: Y - YES | RECORDS PROCESSING BY: |

| POLICE DEPARTMENT CA0361000 SAN BERNARDINO, CALIFORNIA | CR2 | CASE NUMBER |
|---|---|---|
| CODE SECTION (S) **VANDALISM** | | REPORT TYPE **NARRATIVE** |
| VICTIM'S NAME/ FIRMSNAME (LAST, FIRST, MIDDLE) **UNKNOWN** | RESIDENTIAL ADDRESS    CITY    STATE | TELEPHONE NUMBER |

hitting their vehicles with flag poles. Suspect #2 hit the tailgate of the white SUV twice with his flag pole and suspect #1 shattered the back window of the gray SUV with his flag pole. Suspect #3 assisted by chasing other counter protestors on foot in an aggressive manner. Officer PALUZZI and I began chasing the suspects. All three suspects fled west on Ennis Street and north on Lincoln Avenue. Suspects# 1 and 3 stopped approximately 250 feet north of Ennis on the east side of Lincoln Avenue and put their hands up. I ordered both individuals to the ground and placed them into handcuffs. Suspect #2 was detained by Officer KELLY approximately 50 feet north of my location. Each of the suspects' actions was committed in my presence. The suspects were still wearing their black face masks with printed white skulls on them. I immediately recognized suspect #2 and #3 as previously walking around with the aggressive group earlier in the event.

SUSPECTS:
Suspect #1 was identified as D███████ K███████ KOEFOOT was issued citation# 0981261 for violating PC 415(1), Disturbing the Peace and PC 594, Vandalism. Suspect #2 was identified as R████ S████████. S██████ was issued citation# 098160 for violating PC 415(1), Disturbing the Peace. Suspect #3 was identified as J███ K████████ K██████ was issued citation #0981259 for violating PC 415(1), Disturbing the Peace.

Officer RETAMOZA responded to the scene of the arrest with the jail van and transported the suspects to the Central Detention Center where they were booked. All three subjects were booked for fear they could return to the scene of the protest and conduct further disturbances.
I obtained statements from the suspects. For further information, see attached suspect statements.

EVIDENCE:
I took several photographs of the suspects along with the items they had in their possession as the crimes were committed. I checked with Police Dispatch in order to make contact with the victim of the vandalism but was advised that no one had come forward to report the incident. I also took photographs of the shattered glass left on the ground as a result of the vandalism from suspect #1. The photograph was taken on E Ennis Street, east of Lincoln Avenue, facing to the east. For further information, see attached photos.
The flags used by K██████ and S██████ were tagged into evidence under evidence tag# 2017-6034.
The incident was also captured on Officer PALUZZI's body camera. For further information, see his camera recording.

RECOMMENDATIONS:
Although the victim of the vandalism left the area and did not contact law enforcement, the suspects were observed acting aggressively throughout the day. They appeared intent on provoking a physical altercation through their actions. Their decision to wear aggressive face masks also appeared to be part of their intent to intimidate the counter protestors. Eventually, the individuals in that group ran across Orange Show Road, chasing and attempting to assault counter protestors. These actions even resulted in a vehicle being damaged. It

| REPORTING OFFICER (S) **Rogers** | IDENTIFICATION NUMBER (S) **50706** | DATE: **06/13/2017** | RECORDS BARCODING ONLY |
|---|---|---|---|
| REVIEWED BY: **Murray, Scott** | DATE: **10/18/2017** | FURTHER ACTION: **Y - YES** | RECORDS PROCESSING BY: |

| POLICE DEPARTMENT CA0361000 SAN BERNARDINO, CALIFORNIA | CR2 | | CASE NUMBER ▉ |
|---|---|---|---|
| CODE SECTION (S) **VANDALISM** | | | REPORT TYPE **NARRATIVE** |
| VICTIM'S NAME/ FIRMSNAME (LAST, FIRST, MIDDLE) **UNKNOWN** | RESIDENTIAL ADDRESS | CITY    STATE | TELEPHONE NUMBER |

is recommended that all three suspects be charged with violating PC 415(1), disturbing the Peace and that K▉ be charged with violating PC 549, Vandalism.

K▉ STATEMENT:

On 06/10/17, at approximately 1350 hours, while at the Central Detention Center, I advised K▉ of his Miranda rights per my department issued Miranda advisement card. When I asked if K▉ understood his rights, he said, "Yes." When I asked if he wanted to answer my questions, he said, "sure, I'll answer them."

K▉ told me that he went to the ACT anti sharia law protest because he believes that sharia law is a bad thing for the country. His intention was to educate people on this topic. K▉ told me that while at the protest, he was given the black face mask with the white skull print on it by a group of protestors. There was no discussion about assaulting anyone at the protest but toward the end, several members of this unknown group began running north from Orange Show Road through a vacant field. K▉ told me that he just saw people running and started following them but did not know what their intentions were. K▉ told me that he didn't hit anyone or damage any property.

| REPORTING OFFICER (S) **Rogers** | IDENTIFICATION NUMBER (S) **50706** | DATE: **06/13/2017** | RECORDS BARCODING ONLY |
|---|---|---|---|
| REVIEWED BY: **Murray, Scott** | DATE: **10/18/2017** | FURTHER ACTION: **Y - YES** | RECORDS PROCESSING BY: |

| POLICE DEPARTMENT CA0361000 SAN BERNARDINO, CALIFORNIA | CR2 | CASE NUMBER ▮ |
|---|---|---|
| CODE SECTION (S) **VANDALISM** | | REPORT TYPE **NARRATIVE** |
| VICTIM'S NAME/ FIRMSNAME (LAST, FIRST, MIDDLE) **UNKNOWN** | RESIDENTIAL ADDRESS       CITY       STATE | TELEPHONE NUMBER |

S▮ STATEMENT:
On 06/10/17, at approximately 1402 hours, while at the Central Detention Center, I advised S▮ of his Miranda rights per my department issued Miranda advisement card. When I asked if S▮ understood his rights, he said "Yes." When I asked if he wanted to answer my questions, he said, "No."

| REPORTING OFFICER (S) **Rogers** | IDENTIFICATION NUMBER (S) **50706** | DATE: **06/13/2017** | RECORDS BARCODING ONLY |
|---|---|---|---|
| REVIEWED BY: **Murray, Scott** | DATE: **10/18/2017** | FURTHER ACTION: **Y - YES** | RECORDS PROCESSING BY: |

| POLICE DEPARTMENT CA0361000 SAN BERNARDINO, CALIFORNIA | CR2 | | CASE NUMBER ▮ |
|---|---|---|---|
| CODE SECTION (S) **VANDALISM** | | | REPORT TYPE **NARRATIVE** |
| VICTIM'S NAME/ FIRMSNAME (LAST, FIRST, MIDDLE) **UNKNOWN** | RESIDENTIAL ADDRESS | CITY     STATE | TELEPHONE NUMBER |

K▮ STATEEMENT:

On 06/10/17, at approximately 1414 hours, while at the Central Detention Center, I advised K▮ of his Miranda rights per my department issued Miranda advisement card. When I asked if K▮ understood his rights, he said "Yes." When I asked if he wanted to answer my questions, he said, "I can answer some of them."

K▮ told me that he went to the anti-sharia law protest along with other individuals. While at the protest, he and other members of his group were yelling back and forth at the counter protests. He told me that he doesn't have clear recollection of all the events that occurred that day. He told me that at one part of the event, the counter protestors began walking back to their vehicles. K▮ and several other protestors began running toward the counter protestors as they got into their vehicles. K▮ told me that the intention was to taunt the counter protestors because they were leaving the area first. Once K▮ got to the counter protestors, his memory gets "fuzzy" and he can't remember everything that transpired after that. I asked K▮ if he remembered hitting the SUV with his flag pole and he said that he didn't remember and that he couldn't answer that question.

He then said that one of the protestors pointed a gun at him so he and several other individuals began running from the area. Later, he looked back and realized he was actually being chased by the Police. K▮ then stopped and obeyed orders because he believes in following the law and respecting Law Enforcement.



| REPORTING OFFICER (S) **Rogers** | IDENTIFICATION NUMBER (S) **50706** | | DATE: **06/13/2017** | RECORDS BARCODING ONLY |
|---|---|---|---|---|
| REVIEWED BY: **Murray, Scott** | DATE: **10/18/2017** | FURTHER ACTION: **Y - YES** | RECORDS PROCESSING BY: | |