**Exhibit 11**





rise_above_mvnt #altright #nationalist

kania_built That was a fun day...

denis_whiterex_nikitin Where was it made?

rise_above_mvnt @denis_whiterex_nikitin a protest in California fighting antifa

denis_whiterex_nikitin @rise_above_mvnt you look very determined – that is very important in every fight.

39 likes

DECEMBER 11, 2017

Log in to like or comment.





