CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
ERIN MURPHY (Bar No. 285087)
(E-Mail: Erin_Murphy@fd.org)
JULIA DEIXLER (Bar No. 301954)
(E-Mail: Julia_Deixler@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-7550
Facsimile: (213) 894-0081

Attorneys for Defendant
ROBERT PAUL RUNDO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT PAUL RUNDO, <br><br> Defendant. | Case No. 2:18-CR-00759-JLS <br><br> **UNOPPOSED *EX PARTE* APPLICATION TO FILE DOCUMENTS UNDER SEAL; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF COUNSEL** |

Robert Paul Rundo, by and through the undersigned counsel, applies to this Court for an order that defendant's Sentencing Memorandum with Exhibits, lodged herewith, be filed under seal. This application is based upon the attached memorandum of points and authorities and the declaration of counsel.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: November 27, 2024     By  /s/ *Julia Deixler*
                                 JULIA DEIXLER
                                 ERIN MURPHY
                                 Deputy Federal Public Defenders
                                 Attorneys for ROBERT PAUL RUNDO

## MEMORANDUM OF POINTS AND AUTHORITIES

The Office of the Federal Public Defender represents Robert Paul Rundo. Counsel requests that Mr. Rundo's Sentencing Memorandum and supporting exhibits be filed under seal because they contain highly sensitive information of a personal nature regarding Mr. Rundo's childhood, medical information of Mr. Rundo and his family members, and the personally identifiable information of several individuals who are not parties to this case. Some of the exhibits to the sentencing memorandum also must be filed under seal pursuant to the Protective Order previously issued in this case.

This Court is empowered to seal documents under these circumstances. *See United States v. Mann*, 829 F.2d 849, 853 (9th Cir. 1987); Central District of California Local Rule 79-5.1. Counsel respectfully submits that it is appropriate that the Court order these pleadings be filed under seal. The government has no objection to this application.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: November 27, 2024   By  /s/ *Julia Deixler*
JULIA DEIXLER
Deputy Federal Public Defenders
Attorneys for ROBERT PAUL RUNDO

# **DECLARATION OF COUNSEL**

I, Julia Deixler, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California assigned to represent Robert Paul Rundo in the above-titled action.

2. Counsel for Mr. Rundo requested that the sentencing memorandum and exhibits be filed under seal because they contain confidential, private, and sensitive information that are of little public interest and not easily redacted.

3. The sentencing memorandum cites heavily to the Presentence Report, which is itself a confidential document. The memorandum and several exhibits also discuss and include private health information of Mr. Rundo and his family members, as well as sensitive information regarding Mr. Rundo's childhood.

4. The sentencing memorandum and several exhibits also include personally identifiable information of several individuals who are not a party to this case, including full names, dates of birth, addresses, and other similar information.

5. Additionally, some of the exhibits to the sentencing memorandum were produced in discovery pursuant to the Protective Order issued at Docket No. 75, which requires such documents to be filed under seal.

6. On November 26, 2024, I contacted government counsel by email regarding this application. AUSA Kathrynne Seiden informed me that the government has no objection to the application to file Mr. Rundo's sentencing memorandum and exhibits under seal.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: November 27, 2024     By  /s/ *Julia Deixler*
                                                         JULIA DEIXLER

3