CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
ERIN MURPHY (Bar No. 285087)
(E-Mail: Erin_Murphy@fd.org)
JULIA DEIXLER (Bar No. 301954)
(E-Mail: Julia_Deixler@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ROBERT PAUL RUNDO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-00759-JLS |
| Plaintiff, | |
| v. | **SENTENCING MEMORANDUM; EXHIBITS** |
| ROBERT PAUL RUNDO, | |
| Defendant. | |

By and through his counsel of record, Deputy Federal Public Defenders Erin Murphy and Julia Deixler, Robert Rundo hereby submits his sentencing memorandum for the Court's consideration.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: November 27, 2024    By  */s/ Julia Deixler*
                            ERIN MURPHY
                            JULIA DEIXLER
                            Deputy Federal Public Defenders
                            Attorneys for ROBERT PAUL RUNDO

# TABLE OF CONTENTS

Pages

I. INTRODUCTION ..................................................................................................1

II. THE APPROPRIATE SENTENCE .......................................................................2

    A.    Mr. Rundo's Personal History and Characteristics ....................................2

        1.    Growing up in Flushing Queens, NY with single mom who loved him, █████████████ █████ .............................................................2

        2.    Moving to Long Island, NY with a father █████████ ███████████████ .............4

        3.    Returning to Queens, where racial violence was inescapable ...........4

        4.    Getting kicked out of mom's house and relying more on friends on increasingly violent streets ................................................5

        5.    Trying to start fresh in Southern California.....................................6

    B.    The Nature and Circumstances of the Offense ..........................................8

        1.    Huntington Beach Rally....................................................................9

        2.    Berkeley Rally ................................................................................10

        3.    San Bernardino Rally ......................................................................10

    C.    The Need to Avoid Sentencing Disparities...............................................12

        1.    Other rioters at Huntington Beach and Berkeley............................12

        2.    Other Antiriot Act cases .................................................................13

        3.    January 6 cases ................................................................................14

    D.    Just Punishment and Deterrence ...............................................................14

        1.    Mr. Rundo spent grueling time in foreign custody.........................15

        2.    The Government engaged in extraordinary tactics to arrest Mr. Rundo in this case. ...................................................................16

        3.    Mr. Rundo will continue to be plagued by this case well beyond any custodial sentence. ...................................................18

III. CONCLUSION...................................................................................................20

i

# TABLE OF AUTHORITIES

Page(s)

**Federal Cases**

*United States v. Javon Hardy,*
    6:20-cr-06172-CJS (W.D.N.Y) ..................................................................... 13

*United States v. Mackenzie Dreschler,*
    6:21-cr-06064-DGL (W.D.N.Y.) ................................................................. 13

*United States v. Rundo,*
    24-932 (9th Cir.) ........................................................................................ 16

*United States v. Shakell Sanks,*
    6:21-cr-06065-DGL (W.D.N.Y.) ................................................................. 13

*United States v. Stephen Ruffin,*
    2:17-cr-00129-LA (E.D. Wi.) ..................................................................... 13

*United States v. Tindale,*
    6:21-cr-06038-CJS (W.D.N.Y.) ................................................................. 13

**Federal Statutes**

18 U.S.C. § 2101 ................................................................................... 8, 12, 13

U.S. Constitution First Amendment ............................................................... 14

**State Statutes**

Cal. PC § 242 ................................................................................................ 12

Cal. PC § 404.6 ............................................................................................. 12

Cal. PC § 22810(g)(1) ................................................................................... 12

**Other Authorities**

13 Cong. Rec. 19,363-64 (statement of Rep. Cramer),
    https://tinyurl.com/y8w7c95n .................................................................... 8

Joe Nelson, *San Bernardino anti-Islamic law rally and counter-protests
    trigger violence*, ORANGE COUNTY REGISTER (June 10, 2017) ................. 11

## TABLE OF AUTHORITIES

Page(s)

NY Times, *Tributes and Tears for 15-Year-Old Shot Dead on a Queens
Street* (Dec. 25, 2006), *available at*
https://www.nytimes.com/2006/12/25/nyregion/tributes-and-tears-for-
15yearold-shot-dead-on-a-queens-street.html;............................................... 5

*Seattle*, Fox 13 Seattle (June 10, 2017), http://tinyurl.com/5y9cuwd3 ......................... 11

U.S. Dept. of Justice Press Release (Jan 22. 2010), *available at*
https://www.justice.gov/archive/usao/nye/pr/2010/2010jan22.html........................... 5

iii

# TABLE OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| A | Letter of Robert Rundo |
| B | Letter of ██████████ |
| C | Long Beach Police Department Report, January 2004 |
| D | Long Beach Police Department Report, October 2003 |
| E | Long Beach Police Department Report, March 2001 |
| F | Long Beach Police Department Report, November 2004 |
| G | ████████████████████ |
| H | New York Dept. of Corrections Educational Records |
| I | Arrest Report of J.F., March 2017 |
| J | Letter of ████████ |
| K | Letter of ████████ |
| L | Arrest Report of J.A., March 2017 |
| M | It's Going Down Pamphlet |
| N | Letter of On Point HVAC Corp. |
| O | Arrest Report of J.M.A., March 2017 |
| P | Chart of January 6 Cases (Created by Defense Team) |
| Q | Letter of ███████ |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# I. INTRODUCTION

With this case hanging over his and his family's head for over seven years, Robert Rundo, now 34 years old, is ready to move forward. He plans to relocate to Florida and live with his mother, who is now more financially stable with a steady job, ██████████████████████████████ *See* Exs. A, B. Both Mr. Rundo and his mother hope to support one another and use the end of this long and winding case as an opportunity to start anew. This case and its incredible and reverberating aftermath have already deterred Mr. Rundo from committing any new offenses. Indeed, in the last seven years, he has not reoffended or committed any further acts of violence.

This is an unusual case in almost every respect. A great deal has been said about Mr. Rundo and his controversial beliefs, as well as the politically charged nature of this case. But Mr. Rundo is simply not the one-dimensional character that his offense and the media stories about him might suggest. He is the sum part of his upbringing, his environment, and choices made when he often did not have much of a choice at all. In other words, like any other human being, Mr. Rundo is not just one thing. He is a person who, seven years ago, engaged in condemnable violence for which he takes full responsibility. He is a person who has held political beliefs that many find distasteful and offensive, but which are not criminal. He is also a son who is utterly devoted to his mother, ██████████████████████████████ ██. He is an older brother who he feels he must protect his younger sister from the negative fallout from this case and his reputation. He is a friend who has watched in agony as young men like himself died or were brutalized either from gang violence or addiction. He is now a 34-year-old man who wants to atone for his mistakes from over seven years ago, and move on.

1

By the time of sentencing, Mr. Rundo he will have already spent nearly two years in federal custody, in addition to more than four months in foreign custody.[1]  A time-served sentence is appropriate and sufficient to achieve the goals of sentencing.

## II. THE APPROPRIATE SENTENCE

**A.    Mr. Rundo's Personal History and Characteristics**

**1.    Growing up in Flushing Queens, NY with single mom who loved him, but who struggled with profound mental health issues**

Mr. Rundo was born in Queens, New York in 1990 and grew up there for most of his life.  PSR ¶¶ 74-75.  He was named after his maternal grandfather, Robert ███████, a Korean War veteran (U.S. Army) who worked as a police captain in the Bronx.  Mr. Rundo was very close with his maternal grandparents, both of whom passed away while he has been in custody for this case.  *Id*. ¶¶ 75, 94, Ex. B.

Mr. Rundo's parents, ██████████ and ███████, married a few years before he was born, but separated when he was just 10 months old.  PSR ¶ 74.  Ms. ████████ was in her 20s and worked as a floral arranger, and eventually a stenographer.  *Id*. ¶¶ 74-75.  Mr. Rundo's father was an artist, but had also boxed in the past.

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████████████.

When they split, ██████████ became the primary parent, with Mr. Rundo seeing his father occasionally on the weekends in Long Island.  *Id*. ¶ 74. ██████

---

[1] This includes the 7 months and 13 days he was in custody in this matter from his Oct. 21, 2018 arrest to the first dismissal of the indictment and release order on June 3, 2019.

2



worked all the time, making the grueling commute into Manhattan while Mr. Rundo went to daycare and school. Without family nearby to help, Mr. Rundo was often on his own. *Id.* ¶ 75.



2.    **Moving to Long Island, NY with a father**

3.    **Returning to Queens, where racial violence was inescapable**

██████████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████

### 4. Getting kicked out of mom's house and relying more on friends on increasingly violent streets

Things did not improve after returning home with his mom.  Having spent years now with not much guidance or male role models, but with poor social influences and even worse coping skills, Mr. Rundo's rebellion continued.  Now in 9th grade, he went to a public high school that was massively overcrowded and very rough.  There was an influx of gangs in the neighborhood as well as rampant violence, often drawn on racial lines.  Fights broke out all the time, even in the middle of class.

████████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████  Meanwhile, things in the neighborhood had grown even more violent as gang activities ramped up, especially with the influx of MS-13 gang members in the neighborhood.  Mr. Rundo was 16 when another local teenager was murdered by an MS-13 gang member.[2]  He witnessed similar violence firsthand.  In one instance, he was with his friend ███████ when a group of men came up to them and shot bullets at their feet.  PSR ¶ 86.  ███████ was shot twice in his legs.  *Id*.  Mr. Rundo carried him with blood squirting out onto the street.  *Id*.  He dragged ███████ to a nearby home and banged on the door to get help.  *Id*.

Mr. Rundo wanted to escape this violence.  His maternal grandfather was an Army veteran who Mr. Rundo deeply admired growing up.  *Id*. ¶ 88.  He always

---

[2] *See* NY Times, *Tributes and Tears for 15-Year-Old Shot Dead on a Queens Street* (Dec. 25, 2006), *available at* https://www.nytimes.com/2006/12/25/nyregion/tributes-and-tears-for-15yearold-shot-dead-on-a-queens-street.html; U.S. Dept. of Justice Press Release (Jan 22. 2010), *available at* https://www.justice.gov/archive/usao/nye/pr/2010/2010jan22.html.

thought about joining the military. At 17, through the local National Guard office, he took the Armed Services Vocational Aptitude Battery ("ASVAB") test, which measures for occupational success in the military, and passed. *Id*.

But unfortunately, Mr. Rundo's environment and living situation made it hard to escape. He stayed at dangerous places where friends or acquaintances kept hard drugs and guns. He briefly lived in his friend ██████ basement with a dog no one else would clean up after. While Mr. Rundo was living there, ██████ house was shot at. *Id*. Later, two of Mr. Rundo's close friends, brothers from El Salvador who refused attempts by MS-13 to recruit them, were shot at and stabbed by gang members. *See* Ex. B. It was in this violent milieu that Mr. Rundo, at just 19 years old, sustained his first (and until this case only) felony conviction, for assault with a deadly weapon. He was sentenced to two years in prison and completed parole without any violations. PSR ¶ 68.

### 5. Trying to start fresh in Southern California

Mr. Rundo was 21 years old when he was released from prison. While in custody, he earned his high school diploma and took several HVAC vocational training courses. Ex. H. On parole, he continued to study for a trade job in HVAC. PSR ¶ 89. He was working, living with his mom, and sustaining a calm life for the first time ever. *Id*. Even though things in the neighborhood were still rough, he managed to stay out of trouble. He got a job with the HVAC union, Ex. N, and traveled abroad for the first time with his girlfriend, ██████, who he met when they were much younger and who had stayed with him through his time in custody. ███████████████████████████ ██████████████████████████████████████████████████.

Eventually, Mr. Rundo and ██████ became engaged and planned to marry. *Id*. They wanted to move away from New York. It was expensive, the quality of life was exhausting, and the social scene revolved too much around going out and partying. They wanted to get away and start something new. ██████ had family in Southern California, so they chose to go there.

6

1    The couple moved to Southern California in 2016, living first with ███ aunt
2    and uncle in San Juan Capistrano.  *Id.*  Mr. Rundo was able to transfer his union books
3    to work in the local HVAC union there.  *Id.*  In New York, Mr. Rundo was extremely
4    proud to have a union job.  In his working class neighborhood in Queens, a union job
5    was the dream because it came with stable pay and benefits.  Unfortunately, the
6    Southern California union pay was not as good as the New York union pay.  *Id.*  But
7    the work was just as strenuous and demanding, often requiring Mr. Rundo to sleep on
8    job sites.

9    Meanwhile, Mr. Rundo did not have much of a social circle in Southern
10   California, and he struggled to adjust to his new environment.  *Id.* ¶ 91.  He developed
11   a bond with ███ uncle ███, who was a retired Marine.  *Id.*  Mr. Rundo looked
12   up to Randy in the way he had hoped to look up to his own father.  *Id.*

13   ███ was a supporter of Donald Trump, who had then been elected as president
14   for the first time.  While Mr. Rundo and ███ were living with him, ███ went to a
15   Trump event in Orange County, where he was attacked by counter protestors who
16   threw eggs at him and other Trump supporters.  *Id.* ¶ 92.  Mr. Rundo did not feel this
17   was right; ███ had served his country in the military and was an older man at a
18   political event being physically harassed, ostensibly because of his beliefs.  *Id.*

19   Around the same time, Mr. Rundo met a friend at a gym who was into the "alt
20   right."  *Id.*  Mr. Rundo became more interested in politics, including spending more
21   time on the internet and social media than he ever had before.  *Id.*  Through all of this,
22   he started to have a community with what felt like some kind of purpose.  *Id.*

23   Things were still challenging for his family back home in New York.  ███
24   ███████████████████████████████████████████
25   ███████████████████████████████████████████
26   ███████████████████████████████████████
27   ████████████████████████████████████████████
28   ███████████████████████████████████  Mr. Rundo

7

1  returned to California, where he had found new community among members of the "alt

2  right."

3  **B.      The Nature and Circumstances of the Offense**

4          Mr. Rundo was charged with a rarely used statute, the Anti-Riot Act, 18 U.S.C. §

5  2101 ("ARA"), in connection with three conservative political events in 2017.  Without

6  minimizing the seriousness of Mr. Rundo's misconduct, it should be viewed in the

7  broader context of that moment—profound political division stoked by various political

8  stakeholders, pervasive political misinformation campaigns that spread irrepressibly

9  across social media, conspiracy theories, and violence at political protests that

10  ordinarily were unremarkably peaceful.

11         Mr. Rundo was part of a group of young men in Orange County who attended

12  these protests, and they were loosely affiliated under the "Rise Above Movement,"

13  which Mr. Rundo co-founded.  While their views would be described as militant, white

14  nationalist, racist, and "alt right," it should be remembered that Mr. Rundo is not

15  charged with a hate crime.  He is not charged with a civil rights violation.  In fact, the

16  ARA was created to curb protesting during the Civil Rights Movement in the 1960s. 13

17  Cong. Rec. 19,363-64 (statement of Rep. Cramer), https://tinyurl.com/y8w7c95n.  Until

18  this matter was first charged in 2018, not a single ARA case was filed in the Ninth

19  Circuit, let alone in this district, since PACER started keeping track.  After this case,

20  charges under the ARA proliferated, especially against people who protested during the

21  aftermath of George Floyd's death in 2020.

22         This case arose from three right-wing political rallies that occurred over seven

23  years ago in 2017.  These rallies took place against the backdrop of rising rancor and

24  violence in American politics.  Mr. Rundo was personally motivated towards the

25  offense conduct after learning firsthand, from the man that he was living with and

26  whom he respected, that left-wing activists had attacked him simply because he was

27  supporting President Trump.  *See* PSR ¶ 92.  He was also reading media

28  sensationalizing Antifa-led violence against peaceful protestors.  *See* Ex. A at 3 ("I was

8

1  deluded by sensational headlines about "Antifa Attacking Free Speech" or scrolling

2  through video clips of previous events and clashes which spurred me on believing

3  Antifa were "the bad guys."). Mr. Rundo engaged in fistfights and boasted about those

4  fights on social media after the fact. But he never used weapons or inflicted significant

5  injury, despite the utter chaos that arose at all three rallies.

6        **1.    Huntington Beach Rally**

7        The Huntington Beach rally occurred in March 2017 and was the first political

8  event that Mr. Rundo ever attended. He and his co-defendants were not the only ones

9  anticipating violence from counter protestors at the rally that day. According to one

10  police report, "[p]rior to the event, officers were warned that protestors may try to stop

11  the event, and may use violence or riotous techniques to top the event." Ex. I at 3. At

12  the event, officers witnessed that these counter protestors "appeared to want to agitate

13  and annoy the participants of the march." *Id*. Police learned "that a crowbar and

14  hammer had been recovered near the protesters." *Id*. When "a large fight broke out on

15  the beach between protesters and participant of the march," the officer learned "that

16  protesters were spraying pepper spray on the crowd." *Id*. Others hit people "with a

17  metal flag pole." Ex. L at 5.

18        As one pro-Trump rally attendee described it, she and her husband were

19  marching down the beach with flags when they were "stopped by a wall of people

20  dressed in black." Ex. J. After witnessing another woman be hit by black-clad

21  protestors, she herself was sprayed in the face with pepper spray, which caused her to

22  struggle to see and breathe. *Id*.; *see also* Ex. K; Ex. I at 3, 4. In the ensuing chaos,

23  people reacted to this attack and tried to find the person who pepper sprayed her.

24  Several skirmishes erupted as the factions moved along the beach. *See* Ex. L at 4 ("A

25  large group of 30-40 people were engaged in a physical altercation that began to spill

26  onto the sand. As we watched the crowd, Officer Dippel identified an anti-Trump

27  protestor as one of the primary combatants that incited the riotous situation."). In one

28

of those skirmishes, Mr. Rundo fought with a black-clad protestor.  After hitting him several times, Mr. Rundo was pepper sprayed in the face and pulled away.

### 2.    Berkeley Rally

A few weeks later, a free speech rally was planned for April 15, 2017, again at Martin Luther King Jr. Civic Center Park in Berkeley, where a conservative event that occurred two months earlier was shut down by violent activists.  *See* ECF 333 at 7. Several leftist activist groups called for counter protestors to descend on the right-wing rally on April 15 to shut down the event.  One group, Anti-Fascist News, shared links including a pamphlet from It's Going Down[3] called "Message in a bottle; a quick tip pamphlet for street based resistance," which depicted an apparent Molotov cocktail on the front page.  Ex. M.

On April 15, 2017, many protestors showed up to the Civic Center Park, as directed.  Some carried things like pepper spray, boxes of full soda cans that were launched into the opposing crowd, fireworks or "homemade bombs" thrown at police officers while handcuffing another demonstrator, eggs that were thrown at the opposing crowd, a wrench and pocket blade, a knife, helmets and shields, metal bike locks, and homemade explosive devices.  ECF 333 at 12.  In contrast, Mr. Rundo and his co-defendants did not bring or use any weapons.

At various points, the Berkeley rally erupted into arguing, fighting, and even outright brawling between the protestors.  Mr. Rundo participated in the riot by punching and kicking people.  By the end of the rally, which had spilled into the nearby streets, 20 people were arrested, including Mr. Rundo.  *Id*. at 13.

### 3.    San Bernardino Rally

About two months later, on June 10, 2017, Mr. Rundo and other alleged RAM members attended a protest against Sharia law in San Bernardino.  Across the country,

---

[3] It's Going Down describes itself as "a digital community center for anarchist, anti-fascist, autonomous anti-capitalist and anti-colonial movements."  *See* https://itsgoingdown.org/.

similar protests occurred that day where violence erupted.[4]  Mr. Rundo and some of his
co-defendants confronted and pursued counter-protestors at the rally.  According to one
police account, there was "a bit of shoving" that occurred between protestors that
officers broke up "pretty quickly" without making any arrests.[5]  Three people were
arrested in connection with the protest for vandalism, but those did not include Mr.
Rundo or his co-defendants.[6]

*          *          *

        None of the actions by other protestors change the fact that Mr. Rundo himself
engaged in violence and participated in riots at these political rallies.  It was wrong of
him to do so, and he accepts responsibility for his own misconduct.  As Mr. Rundo
writes in his letter to the Court, he ended up engaging in the same type of violence that
wanted to believe he was trying to stop.  He was driven by what he now recognizes are
trivial and destructive motivations -- "petty pride; to act a tough guy; to get even at
some random dudes in masks over something as trivial as personal political
preference."  Ex. A at 3.  Leading up to those rallies, Mr. Rundo told himself a story in
his head about "good guys" and "bad guys."  *Id.*  But as he now clearly recognizes, the
violence of others does not excuse his own violence.  Mr. Rundo accepts that he should
be punished for his conduct.  But his actions should be considered in the context in
which they occurred—highly charged, conservative political rallies at which counter
protestors showed up with the intention of agitating right-wing demonstrators.  A
sentence of time served is sufficient in light of the nature and circumstances of Mr.
Rundo's offense.

---

    [4] *Rallies against Islamic law draw counter-protests, some arrested in Seattle*, Fox 13 Seattle
(June 10, 2017), http://tinyurl.com/5y9cuwd3.

    [5] Joe Nelson, *San Bernardino anti-Islamic law rally and counter-protests trigger violence*,
ORANGE COUNTY REGISTER (June 10, 2017), http://tinyurl.com/485ejadp.

    [6] *Id.*

11

## C.    The Need to Avoid Sentencing Disparities

To avoid unjust sentencing disparities, the Court should consider Mr. Rundo's conduct not just in relation to the many other protestors at the same rallies who eluded federal charges, but also against the sentences imposed in other federal cases with similar offenses.  An examination of those cases is not offered to suggest that Mr. Rundo is not responsible for his own misconduct.  No person has the right to commit violence in the name of their beliefs.  But when it comes to imposing a criminal sentence, the outcome of similar cases should be considered.  While no case is the same, it is instructive here that in other instances of politically charged riots or disruption, there are many instances where people were sentenced to similar or substantially lesser sentences than what the defense recommends here.

### 1.    Other rioters at Huntington Beach and Berkeley

At the Huntington Beach rally on March 25, 2017, at least three people were arrested on state charges of inciting a riot (Cal. PC § 404.6), battery (Cal. PC § 242), and illegal use of tear gas (Cal. PC § 22810(g)(1)).  Ex. I at 5; Ex. L at 5; Ex. O at 3. One, J.M.A., "assaulted multiple victims with his fists, legs, and a metal flag pole" and "pepper sprayed multiple Trump supporters during the physical altercation."  Ex. O at 3.  J.F. was arrested after admitting to spraying pepper spray on numerous individuals. And J.A. was arrested after pepper spraying multiple Trump supporters and punching at least one person in the face.  Ex. L at 4-5.  To the defense's knowledge, none of these individuals were criminally charged for this conduct, in either state or federal court.

At the Berkeley rally on April 15, 2017, Mr. Rundo and his co-defendants were the only people to be charged under the ARA of the twenty people arrested that day. As one example, E.C., who violently struck at least seven people in the head with a metal bike lock at the rally, was initially charged in state court with four counts of

12

felony assault with a deadly weapon, causing great bodily injury.[7]  He pleaded guilty to

a misdemeanor and was sentenced to three years of probation.[8]

### 2.    Other Antiriot Act cases

After this case was filed in 2018, there was a proliferation of other ARA cases

filed in connection with political protests.  In particular, the ARA was used as a federal

charging tool against defendants in connection with the Black Lives Matter riots in

2020.  In several of those cases, the defendants set fires to police vehicles and

buildings, causing substantial risk of harm to those nearby.  In at least five of those

cases, the defendants received sentences ranging from 0 to 12 months.[9]  Mr. Rundo's

misconduct, although serious, did not rise to the level of lighting fire to police cars or

buildings.  Although he got into physical altercations with people, it is clear that those

altercations were mutually violent, and the damage was limited to minor injuries of

---

[7] https://www.berkeleyside.org/2018/08/08/eric-clanton-takes-3-year-probation-deal-in-berkeley-rally-bike-lock-assault-case;  https://www.sfgate.com/crime/article/Eric-Clanton-takes-3-year-probation-deal-in-13142123.php

[8] *Id.*

[9] *United States v. Tindale*, 6:21-cr-06038-CJS (W.D.N.Y.) (24 month sentence) (During a protest on May 30, 2020, Mr. Tindale set fire to a police car.  (Compl. Aff., ECF 1 at 2–3.)  He used Facebook Live and his cell phone to communicate with people with riotous intent.  (Plea Agmt., ECF 29, ¶4e.)); *United States v. Shakell Sanks*, 6:21-cr-06065-DGL (W.D.N.Y.) (5 month sentence) (Mr. Sanks participated in a public protest in response to the death of George Floyd on May 30, 2020. (Compl. Aff., ECF 1 at ¶5.)  A Facebook Live video shows him setting fire to a government vehicle. (Id. at ¶¶5–8.)  This conduct was initially charged as arson (Id.) with a superseding information (with the plea agreement to18 U.S.C. § 2101)); *United States v. Stephen Ruffin*, 2:17-cr-00129-LA (E.D. Wi.) (zero months) (There were widespread protests in Milwaukee after the-officer-involved shooting of Sylvelle Smith in August 2016. (Compl. Aff., ECF 1, ¶6.)  Amidst those protests, Mr. Ruffin was one of several people who set a fire outside a liquor store. (Id. at ¶¶10–19.)  The morning of the arson, he sent a text saying, "I'm rioting with them." (Id. at ¶21)); *United States v. Javon Hardy*, 6:20-cr-06172-CJS (W.D.N.Y.) (12 months) (After the death of George Floyd, Mr. Hardy participated in a public protest on May 30, 2020, in Rochester. He was caught on Facebook live video setting fire to a mobile office with a substance in milk jug and stating, "let that bitch burn". (Compl. Aff., ECF 1, ¶¶7–8).  This conduct was initially charged as arson with a superseding information and plea agreement to 18 U.S.C. § 2101. (ECF 18, Info.; ECF 19, Plea Agmt); *United States v. Mackenzie Dreschler*, 6:21-cr-06064-DGL (W.D.N.Y.) (12 months) (Prompted by the death of George Floyd, Ms. Dreschler participated in a public protest on May 30, 2020, in Rochester.  Photos show her setting fire to two government vehicles (Dkt 1, Compl. Aff., ¶¶5–7.)  This conduct was initially charged as arson with a superseding information (with the plea agreement to 18 U.S.C. § 2101. (Id. at 8; see ECF 26, Plea Agmt.)).

13

specific individuals.  This is in contrast to lighting fire to a public building, or a police car, where any number of people could have been injured.

### 3.    January 6 cases

Sadly, this era of politically charged violence portended even worse events to come.  On January 6, 2021, after years of non-stop political turmoil, about 2,500 people descended upon the Capitol Building in Washington D.C. to try to stop or protest the certification of the 2020 Presidential election.  People were assaulted, the building was looted, and some people were tragically killed.  Many were charged, and still are being charged, for their role.  Yet about 44 percent of all defendants charged with assault in connection with the January 6 attack on the U.S. Capitol have received a sentence of 24 months or less.  *See* Ex. P.

Of course, every case is different.  However, these are people who assaulted others during what has been called an insurrection against our country.  In contrast, Mr. Rundo attended conservative political rallies where attendants were being attacked by counter-protestors.  He brought no weapons and he certainly did not try to violently roadblock democracy or the peaceful transfer of power.  If a sentence of 24 months or less is appropriate for a person who committed assault during an insurrection, then anything longer for Mr. Rundo would be far harsher than necessary to punish him.

## D.    Just Punishment and Deterrence

This case is extremely unusual.  The offense conduct occurred more than seven years ago and has hung over Mr. Rundo like a dark cloud ever since.  After spending about seven months in federal custody in 2018-2019, Mr. Rundo was suddenly released after the case was dismissed for First Amendment violations.  But he was hardly free. He spent the next four years being hounded by journalists, surveilled by U.S. and foreign governments, and detained numerous times, even while no charges were pending against him.  This illusion of freedom culminated in a partial reversal of the order dismissing his case, which led to a harrowing time in foreign custody awaiting extradition.  Upon his return, Mr. Rundo spent another six months in federal custody

14

1    before his case was dismissed again, upon a finding that the government had violated

2    due process in selectively prosecuting Mr. Rundo and his co-defendants.  This time his

3    bout of freedom was much shorter.  He was released on bond, only to be arrested the

4    next day under highly unorthodox means that were condemned by two separate judges

5    within this district.  In short, Mr. Rundo has already been punished in unique ways that

6    extend well beyond his actual time spent in federal custody.  These experiences, and the

7    continued scrutiny and challenges that he will face upon his release, will also deter him

8    from reoffending.

9        **1.    Mr. Rundo spent grueling time in foreign custody.**

10        By the time of sentencing, Mr. Rundo will have already spent nearly two

11   years in federal custody.  In crafting an appropriate sentence, the Court should also

12   consider the additional time that Mr. Rundo spent in foreign custody in relation to this

13   case.  First, in 2021, when no charges were actually pending in the United States, Mr.

14   Rundo was arrested in Serbia after his Visa was unexpectedly cut short.  Mr. Rundo

15   writes briefly of his time in this custody, where he was kept in solitary confinement for

16   24 hours per day without toothpaste or toilet paper.  Ex. A at 2.

17       Then in 2023, Mr. Rundo was detained for over four months in a Romanian

18   prison pending his extradition to the United States to appear on the FSI in this case.

19   Prisons in Romania are notoriously harsh, even by Eastern European standards.

20   Conditions in those prisons have been the subject of much criticism from human rights

21   organizations.  Just last summer, which was when Mr. Rundo was in custody there, the

22   United Nations Human Rights Committee Against Torture reported on Romania's

23   efforts to improve the prisons.[10]  While there were some noted improvements, "[t]he

24   prison system still suffered from grave over-crowding, with persons often offered only

25   two square metres of space each, conditions being poor, cells lacking equipment,

26   _____

27       [10] https://www.ohchr.org/en/news/2023/07/experts-committee-against-torture-commend-
romanias-interaction-human-rights-mechanisms#:~:text=and%20resulting%20prosecutions%3F-
28   ,The%20prison%20system%20still%20suffered%20from%20grave%20over%2Dcrowding%2C%20w
ith,and%20ventilation%20being%20non%2Dexistent.

mattresses being infested by bedbugs and other insects, and ventilation being non-existent."  As for basic amenities, "[t]here were reports of lack of hot water and heating in winter, and prisoners not being provided with adequate amounts of hygiene and cleaning products."  In addition, there had been credible reports that the police and gendarmes arbitrarily abused persons deprived of their liberty with excessive force, including physical abuse.  The U.S. State department found similar problems when it issued its own report in 2023.[11]

None of these conditions would be tolerated in even the highest security prisons in the United States.  That Mr. Rundo was detained in these conditions for four months, in a place where he did not speak the language, and therefore, could not fully grasp what was happening in his case, should also be considered by the Court.

### 2.    The Government engaged in extraordinary tactics to arrest Mr. Rundo in this case.

A time-served sentence is also a just one here in light of the unorthodox lengths that the government went to rearrest Mr. Rundo after he was released on bond.  On February 21, 2024, the Court dismissed the FSI and ordered Mr. Rundo released, denying the government's request to stay the release order.  ECF Nos. 335, 336.  Hours later, Mr. Rundo was released and picked up by a close friend from San Diego.

The government appealed to the Ninth Circuit minutes after the Court's dismissal and release order. ECF No. 334.  It also filed an emergency request "to stay the Court's release order pending appeal."  ECF No. 342 at ¶ 4.  The next day, on February 22, the Ninth Circuit issued an order granting a temporary stay of Mr. Rundo's release.  *United States v. Rundo*, 24-932, ECF No. 5 (9th Cir.).  But by that time, Mr. Rundo had already been released.  *Id.* ¶ 2.  The Ninth Circuit's order was therefore moot.  The problem, though, was the government never told the Ninth Circuit that Mr. Rundo had already been released.

---

[11] https://www.state.gov/reports/2023-country-reports-on-human-rights-practices/romania/

Rather than apprising the Ninth Circuit of Mr. Rundo's release, the government applied to the magistrate judge on duty, Magistrate Judge Steve Kim, *ex parte* under seal, for the issuance of an arrest warrant based on the Ninth Circuit's administrative stay of his release (a release which had already taken place).  ECF No. 342.  The application cited no legal authority.  ECF No. 366 at 17 (government's warrant application had "barely any analysis of any kind and without explaining to [the Court] what authority and processes that [the Court had] in order to do what you were doing").

Given the unusual nature of the government's application, Magistrate Judge Kim declined to decide the matter *ex parte*, and instead called a Zoom hearing with counsel for both parties.  *See* ECF No. 346.  Over defense counsel's strenuous objections, Magistrate Judge Kim issued a warrant for Mr. Rundo's arrest.  ECF No. 345.  Magistrate Judge Kim later explained that his analysis in issuing the warrant "was without any confidence . . . that [he] was correct."  ECF No. 366 at 15.  He also stated that he issued the warrant, in part, based on the government's representation that Mr. Rundo would receive some process, such as the ability to challenge his detention.  *Id*. at 18.  But after arresting Mr. Rundo, the government made a complete about face, asking the Ninth Circuit to issue an order that would *deny* Mr. Rundo that process.

In light of this turn of events, Magistrate Judge Kim held a second hearing where he laid out his grave concerns with how the government conducted itself after this Court ordered Mr. Rundo released.  *See generally id*.  Magistrate Judge Kim was, to put it mildly, uncomfortable with the government's shifting positions and lack of legal authority to justify its request.  He was also troubled by how the government went about seeking an arrest warrant—treating it as a "routine duty matter" rather than the extraordinary request that it was—and doing it *ex parte* without the involvement of Mr. Rundo's counsel.  *Id*. at 17.  Most shocking were what Magistrate Judge Kim described as "flat out misrepresentations," which "rang[e] from at one end of the spectrum, they exude a level of condescension and contempt for the Court, and at the other side of the spectrum it actually shows an abuse of power."  *Id.* at 17-18.  Magistrate Judge Kim

17

was stunned by the government's the-ends-justify-the-means attitude even though "the difference between what we do in this country and what other countries do is we don't just arrest people because it seems like it's the right thing to do." *Id.* at 71.

District Judge Carney, after holding his own status conference regarding Mr. Rundo's rearrest, wrote that he was also troubled by the government's conduct. "To put it in Magistrate Judge Kim's words, the United States Attorney must be above 'think[ing] that the end justifies any means.' The United States Attorney's Office is not just another litigant. It wields an awesome power—it can deprive people of their liberty on behalf of the United States of America. . . . [T]he Court is disappointed that the government's zeal to detain Mr. Rundo and its apparent frustration with the Court's ruling led it to proceed in a manner less than befitting of the United States Attorney's Office." ECF No. 363 at 7.

This turn of events was extraordinary. Mr. Rundo was released for the second time after a federal judge found these charges unconstitutional. And the government took inconsistent positions to secure his detention on an indictment that had already been dismissed. Mr. Rundo tasted freedom again for fewer than 24 hours. When the arrest warrant was issued, he called his mother through tears to explain why he had to go back into custody for a charge that was already dismissed. For months, he remained in jail, waiting for the government's appeal to conclude. As soon as it did, Mr. Rundo took responsibility and pleaded guilty.

**3.    Mr. Rundo will continue to be plagued by this case well beyond any custodial sentence.**

In the more than seven years since the offense conduct took place, Mr. Rundo's life has been upended in ways that are not captured solely by his time spent in custody. Mr. Rundo's loved ones have also already suffered from their mere association with him. He lost his fiancée. PSR ¶ 93. ███████████████████████████ ███████████████████████████████████ ██████████████████████ All of Mr. Rundo's bank accounts were closed. *Id.* He

1   is on a no-fly list.  *Id*.  For anyone getting out of custody, putting their lives back

2   together is a struggle.  For Mr. Rundo, it will be much, much harder.

3          It would be easy to say that Mr. Rundo brought this upon himself because of his

4   own actions.  But the interest of certain journalists in Mr. Rundo is especially unique.

5   Some traveled to Europe to track Mr. Rundo, going so far as visiting a café where Mr.

6   Rundo went and sitting in his usual chair, hoping he would come.  Others have sent him

7   taunting and unprofessional messages over social media.  Many have written to him in

8   jail.  And the stories and social media posts made about him will live in some form on

9   the internet forever, regardless of their myriad inaccuracies.

10         Mr. Rundo is now tasked with moving forward, despite the unique impact this

11  case has had on him, his family, and anyone around him.  He is motivated to do so.  As

12  he states in his letter to the Court, he has spent several years reflecting on how his own

13  actions have hurt others and caused him to lose the things that really matter in his life.

14  In particular, Mr. Rundo continues to live with the guilt of the pain he has caused his

15  mother, already tormented by serious mental illness, through his own reckless conduct.

16  He feels that he now has an opportunity to finally support her and help them both create

17  a better life.  ██████████  current employer already has a job lined up for Mr.

18  Rundo.  Ex. Q.  Mr. Rundo also intends to resume his career with the HVAC union that

19  he worked so hard to earn.

20         Most importantly, Mr. Rundo has recognized the destruction that his use of

21  violence has caused, and is determined to correct it.  He has removed several tattoos

22  and intends to remove more upon his release.[12]  While living in Europe, he raised

23  money and volunteered for impoverished children and other causes.  The government

24  continues to condemn Mr. Rundo for his ideology, and assert that because he has not

25  reformed his views, he remains a criminal threat.  The Court should reject this false

26

27

28         [12] The government repeatedly cites to a particular tattoo that Mr. Rundo obtained when he was
    19 years old while in custody on his first offense, *see* ECF No. 442 at 3, which he had covered up
    several years ago.

premise and evaluate Mr. Rundo's conduct, rather than his beliefs.  He has not engaged in violence in over seven years, and is determined to remain on a non-violent path. After nearly two years in federal custody, Mr. Rundo should be now be given the opportunity to reshape his life for the better.

### III. CONCLUSION

For the foregoing reasons, Mr. Rundo respectfully requests that the Court impose a sentence of time served.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED:  November 27, 2024          By  */s/ Julia Deixler*
                                    ERIN MURPHY
                                    JULIA DEIXLER
                                    Deputy Federal Public Defenders
                                    Attorneys for ROBERT PAUL RUNDO

20

# EXHIBIT A

Pg1

Over these last 7 years I've had a lot of time to reflect on
this case and it's lead up. Foolishly when this first happened in
2017 I did not want to accept responsibilty. I brushed it off
as a small fist fight between foes, regretably I even though
antifa was soley to blame because of their use of weapons and
they assualted people before my arrival that some how my own
vulger actions were justifiable. Clearly it wasn't, and I would
have this relization through my own harsh experiences. After this
case was dismissed the first time I had ambitions to start life
over in a new country and leave everything behind. Naively I thought
I could just move on without paying.

   It was sometime in winter when I was going out for grocerys,
All of a sudden I was grabbed by a few agents in balaclaves,
cuff's slapped on and I was hastily loaded into a van (my
visa had unexepectedly been cancled after faulty media reported I
had an active warrent) We rode in dead silence till my blindfold
was lifted and watched as we arrived at the gates of
some yugoslavian war era facilty. I was then instructed
I was to be deported from Serbia back to the US. to
face a lengthy sentance of 25 years or this was at
least what the masked agent tried to convey with
his broken english and harsh accent.

Pg 2

I would Spend the next Few weeks ConFined to a drafty Cell in Solitude 24 hours a day. Without luxeries to distruct me Such as TV, Books, Phonecalls even items like toilet paper and toothbrush were absent From the Cell. This gave me ample time to think over my decisions That lead me to Such a point in my life.

Bundeld up in Canvas blankets Sitting on my bunk I thought oF All the people I had hurt and offenend, not Just the guys from antiFa but also all those I loved and whose lives I have Completley Shatterd. All because I allowed myself to get rallied up by the media and my own hate towards antifa, For these pointless things I destroyed what was real in my life, I threw away my engament to my Childhood Sweatheart, leaving her to pick up the pieces after 13 years of promis of love of Family of Safety. I forsaked my Career in the SteamFiters Union, the Countless hours of night Class's and Paying my dves all For nothing. My Thoughts drifted in despair as Cold nights passed into Silent mornings. Thoughts OF my mother Came to mind in those twilight hours, ███████████
████████████████████████████████████████████████████████
████████████████████████████████████████ I thought to mySelf, I wasnt there for her I was making things Worse I Can only imagine her reading all the articles about her "Far right thug" Son ██████████████. In that Cell I pictured all their Faces, the Countless friends who turned their backs on me, my Fiancé with eyeliner dripping down her Soft Cheeks.

So much pain have I brought about to their lives, to my own life.
All for what? Petty pride? to act a tough guy? to get even at some
random dudes in masks, over something trivel as personal political preference?

At the time of the rallies I was ~~chasing them~~ deluded by "on Sensational Headlines
~~ab~~ about "Antifa Attacking free Speech" or Scrolling through video clips
of previos events and Clashes which Spurred me on beliving antifa were
the "bad guys".
~~When in truth~~ I had it all wrong. I was the Bad guy all
along. By the time I finally got releksed from Jail in Serbia my world
had been turned upside down I for the first time relized I was the
Villian in a movie. I Came to terms with it and over the last
few years have aimed to Correct it.

I'm proud to ~~Say report~~ Since 2017 I have not ~~fou~~ attened anymore
of those rallies, nor got into any ~~mo~~ other Scuffels or Fights.
In an attempt to Change my image and Strive for Something more
postive ~~i~~ ~~I~~ I worked to help raise money for medical Supplies
For those wounded on the front when the war against Ukraine
broke out and democracy Came under attack.

Pg 4

I also did Charity work For impovrished Kids in wastern Kosovo where I personaly got to go and brings 100's of bays of Candy to kids in these villages for orthodox New years. I also Covered up Some of the tattoos from when I was 19 that were mentioned and look to get more removed when out. In my more recent time in Prison I have Continued to Change my thinking, I was 27 at the time of the Rallies and now Im 34, the radical views in my youth have disapated over the harsh years. Today in Prison I Spend my time openning up to New Cultures For example I have been learning Spainsh from Class's by the Hispanich inmates. In addition I have Completed the only program offered here in Pretrial, "Breaking the Cycle" a program designed to break the thinking behind bad Choices. In Prison there is a lot of hate and is one of the most violent enviroments one can find himself espacialy when walking around Currying the labels I do it is not easy. Yet every single day Im here I do my best to Navigate away from trouble and so far I have been Sucessful with my new change of mind.

Whenever this ordeal is over I will keep on the path of non violence but I am determined to rise to the Challange and overcome all obstacles ser before me and once again become a Productive member of Society. I will also fulfill my duty as a Son

████████████████████████████████████████████████ This will be a fresh at life that I will not Squander I will Continue working at a better future for myself and keep an open mind For whatever the future holds.

At your mercy
— Rando

# EXHIBIT B

Dear Judge Stanton,

I am writing this letter on behalf of my son, Robert Rundo.  I want to state first that in no way am I taking the charge against him lightly. I understand the seriousness of his crime and I can assure you that with all of this time Rob has served, he expressed so much remorse and regret over his actions. I am asking you to give us both a chance to start over. Rob has asked me to look into getting his tattoos removed, he wants to put his past mistakes behind him. He doesn't want to be associated with them. He would be so grateful to go back to college and pursue a different career path while he goes to  work .

As Rob's mom only I know what Rob has lived through. He was born into circumstances beyond his control. I am not making excuses for his behavior,

When he moved back home, he was more withdrawn and quiet. I had to sign him into the local high school starting in the middle of the year, he went from a school of 350 students to 3,000.  He started hanging out a different crowd of boys, mostly cutting school, drinking and getting into mischief but nothing that serious. Our neighborhood at that time had a lot of gangs with different ethnicities. Rob was very good friends with two brothers from El Salvador. He was spending a lot of time with them. Both brothers refused to join a certain gang so the gang went after them. Rob feeling protective of his friends took their side. One brother was stabbed and one was shot. The gang saw Rob with them and they were after him as well.

This all led to a fight were Rob was arrested just a couple of months after Rob's 19th birthday.  He went to prison and completed his parole successfully. This incident defined his future and practically destroyed us both.

During Rob's sentence he got his GED and learned a trade. He had a job lined up from day four out of prison and worked very hard and stayed out of trouble and spent most of his time with his girlfriend who later became his finance. They decided to relocate to California and were both working and living there and  Rob was in school to become a foreman. They were looking forward to a bright future.

Then he went to the political rallies that led to this case.  I know and read all the press and stories surrounding my son and his case and I know he was wrong. He NEVER should have engaged in violence. That was a huge mistake that he has paid for ever since. But it breaks my heart to read some of the stories about Rob that reduce him to something he is not. Rob has had friends from every walk of

life. He is so good natured, generous, protective and caring with the people in his life.

He is also the best brother to my daughter. They are 13 years apart with two different fathers but the two of them together are spectacular. He used to love to take her museums and parks, movies, they would work out together, they were always joking around and in the summers they would spend together with my parents in the country.

Since this case began in 2018 he has learned a lot and during his time he has lost everything. My parents have since passed and he was especially close to my dad, his finance left him, he lost his job.

Over the last two years Rob and I have consistently talked every week. And he has expressed that he would like to move forward with his life, going back to school and putting all of this behind him. For the first time in both of our lives I will be able to be here for him and get him the help he needs, he can stay with me and work with me while he goes back to school. Please give us a chance.

My most sincere respect,







EXHIBIT B - Page 6 of 8





# EXHIBIT C

Printed: 09/12/2024 1110     **LONG BEACH POLICE DEPARTMENT**     Page: 1

**1 WEST CHESTER STREET**

**LONG BEACH, NEW YORK 11561**

| Entry/CC#: 04-00199 | Date: 01/04/2004 | Time: 1808 | Tour: |
|---|---|---|---|

| Call Type ██████████ | Priority: | How Received: PERSON |
|---|---|---|

Caller:

Caller Address:

Caller Phone Number:

Location Name:

Location Address: ████████████████████

Cross Street:

Description: █████████

Disposition:     CLOSED VIA MIGRATION

| Post: | Dispatch Date: 01/04/2004 | Dispatch Time: |
|---|---|---|

| Call Taker: | Call Taker Supervisor: |
|---|---|

### PERSONS INVOLVED

Name: ████████████████

Role: █████████

Date of Birth: ████████

Sex: ████████████

Race: ██████

Address: ████████████████████

Phone Number: █████████     Phone Type:     Main

### PERSONNEL INVOLVED

Name:    **MCCORMACK, JAMES**

Serial #:               Rank:

Officer Role:

Name:    **LARSON, JAMES**

Serial #: 1090          Rank:

Officer Role:

Name:    **WALSH, CHRISTOPHER**

Serial #: 1104          Rank:

Officer Role:

### UNITS INVOLVED

| Unit: **473** | Agency: | Officers: |
|---|---|---|
| Dispatched: 1811 | Acknowledged: | Arrived: 1816 | Completed: 1847 |
| Dispatch to Completion: 36 minutes | Received to Completion: 3 minutes | |

EXHIBIT C - Page 1 of 2

Printed: 09/12/2024 1110     **LONG BEACH POLICE DEPARTMENT**     Page: 2
**1 WEST CHESTER STREET**
**LONG BEACH, NEW YORK 11561**

| Unit: **474** | Agency: | Officers: | |
|---|---|---|---|
| Dispatched: 1811 | Acknowledged: | Arrived: 1816 | Completed: 1847 |
| Dispatch to Completion: 36 minutes | Received to Completion: 3 minutes | | |

────────────────── **NARRATIVES** ──────────────────

EXHIBIT C - Page 2 of 2

# EXHIBIT D

Printed: 09/12/2024 1111

# LONG BEACH POLICE DEPARTMENT
## 1 WEST CHESTER STREET
### LONG BEACH, NEW YORK 11561

Page: 1

---

| Entry/CC#: 03-16668 | Date: 10/11/2003 | Time: 2108 | Tour: |
|---|---|---|---|

| Call Type █████████ | Priority: | How Received: TELEPHONE |
|---|---|---|

Caller: █████████
Caller Address: █████████
Caller Phone Number: █████████

Location Name: █████████
Location Address: █████████
Cross Street:
Description: █████████
Disposition:     CLOSED VIA MIGRATION

---

Post: | Dispatch Date: 10/11/2003 | Dispatch Time:

Call Taker: | Call Taker Supervisor:

---

## PERSONS INVOLVED

Name: █████████
Role:
Date of Birth: █████████
Sex: █████████
Race: █████████
Address: █████████
Phone Number: █████████     Phone Type:     Main

---

## PERSONNEL INVOLVED

Name:   **TAYNE, BENJAMIN**
Serial #:                     Rank:
Officer Role:
Name:   **DODGE, WILLIAM**
Serial #: 1022                Rank:
Officer Role:

---

## UNITS INVOLVED

Unit: **473**     Agency:          Officers:

Dispatched:  2109     Acknowledged:          Arrived:  2115     Completed:  2206

Dispatch to Completion:  57 minutes     Received to Completion:  1 minutes

---

## NARRATIVES

EXHIBIT D - Page 1 of 2

**LONG BEACH POLICE DEPARTMENT**

**1 WEST CHESTER STREET**

**LONG BEACH, NEW YORK 11561**

# EXHIBIT E

Printed: 09/12/2024 1114       **LONG BEACH POLICE DEPARTMENT**       Page: 1

**1 WEST CHESTER STREET**

**LONG BEACH, NEW YORK 11561**

---

| Entry/CC#: 01-03821 | Date: 03/04/2001 | Time: 1458 | Tour: |
|---|---|---|---|

| Call Type: OTHER SERVICE CALL | Priority: | How Received: TELEPHONE |
|---|---|---|

Caller: ███████████

Caller Address: ████████████████████████

Caller Phone Number:

---

Location Name:

Location Address: ██████████████████

Cross Street:

Description:     OTHER SERVICE CALL

Disposition:     CLOSED VIA MIGRATION

---

Post:     Dispatch Date: 03/04/2001     Dispatch Time:

Call Taker:     Call Taker Supervisor:

---

## PERSONS INVOLVED

Name: ████████████

Role: █████

Date of Birth:

Sex:

Race:

Address: ████████████████████████

---

## PERSONNEL INVOLVED

Name:   **SHARPE, FRANK**

Serial #:     Rank:

Officer Role:

Name:   **BERGEN, RICHARD**

Serial #: 1089     Rank:

Officer Role:

---

## UNITS INVOLVED

Unit: **466**     Agency:     Officers:

Dispatched: 1502     Acknowledged:     Arrived: 1514     Completed: 1515

Dispatch to Completion: 13 minutes     Received to Completion: 4 minutes

---

## NARRATIVES

**LONG BEACH POLICE DEPARTMENT**
**1 WEST CHESTER STREET**
**LONG BEACH, NEW YORK 11561**



# EXHIBIT F

Printed: 09/12/2024 1038

# LONG BEACH POLICE DEPARTMENT
## 1 WEST CHESTER STREET
## LONG BEACH, NEW YORK 11561

Page: 1

| Entry/CC#: 04-20938 | Date: 11/19/2004 | Time: 1510 | Tour: |
|---|---|---|---|

| Call Type: ███████ | Priority: | How Received: TELEPHONE |
|---|---|---|

Caller: ████████

Caller Address: ██████████████

Caller Phone Number: ███████

Location Name:

Location Address: ██████████

Cross Street:

Description: ████████

Disposition:          CLOSED VIA MIGRATION

Post:          Dispatch Date: 11/19/2004          Dispatch Time:

Call Taker:          Call Taker Supervisor:

---

### PERSONS INVOLVED

Name: ██████████

Role: ███████

Date of Birth:

Sex: ███

Race: █

Address: ██████████████

Phone Number: ████████          Phone Type:          Main

Name: ██████████

Role: ████████

Date of Birth: ██████████

Sex:

Race: ███████

Address:

---

### PERSONNEL INVOLVED

Name:  **RYAN, EDWARD**

Serial #:          Rank:

Officer Role:

Name:  **MUOIO, ALFRED**

Serial #: 1048          Rank:

Officer Role:

EXHIBIT F - Page 1 of 2

Printed: 09/12/2024 1038                                                                        Page: 2

## LONG BEACH POLICE DEPARTMENT
## 1 WEST CHESTER STREET
## LONG BEACH, NEW YORK 11561

Name:   **CREGEEN, ERIC**

Serial #: 1077                      Rank:

Officer Role:

Name:   **BURKE, DEAN**

Serial #: 1091                      Rank:

Officer Role:

───────────────────────── **UNITS INVOLVED** ─────────────────────────

Unit:   **455**          Agency:              Officers:

Dispatched:   1511       Acknowledged:           Arrived: 1511        Completed: 1522

Dispatch to Completion:   11 minutes    Received to Completion:   1 minutes

Unit:   **469**          Agency:              Officers:

Dispatched:   1511       Acknowledged:           Arrived: 1511        Completed: 1522

Dispatch to Completion:   11 minutes    Received to Completion:   1 minutes

Unit:   **474**          Agency:              Officers:

Dispatched:   1511       Acknowledged:           Arrived: 1511        Completed: 1522

Dispatch to Completion:   11 minutes    Received to Completion:   1 minutes

───────────────────────── **NARRATIVES** ─────────────────────────

███████████████████████████████████

███████████████████████████████████████████████

# EXHIBIT G

This information has been disclosed to you from records protected by Federal Confidentiality Rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

EXHIBIT G

# EXHIBIT H

| DI     ████████ BUNDO, ROBERT |  | RECP DEGREE | | | | | | |
| DC     ████████ |  | DOCS DEGREE | HS EQUIV. DIP | 02/11 | | | | |

                LATEST TEST                      HSE
TAB D   READ V      C 10.8 T 10.8 CUM            480 550 570 520 440 2560    PASS
10/10   MATH C 08.4 P 12.1 T 10.3 LATE 02/11 IE 480 550 570 520 440 2560

        LATEST          LANG DOMINANCE ENGLISH        ESL  N    BEST PLUS NA

COUNTY OF RESIDENCE QUEENS          ADMISSION DATE 04/06/2010

|  | PROG | FAC | FROM DATE | TO DATE | HRS ATTEND |
|---|---|---|---|---|---|
| HSE ALL CONT | | 670 | 10/29/10 | 04/01/11 | 0115 |
| ████████ THR | | 670 | 06/04/10 | 10/22/10 | 0105 |

09/12/24    SOCC001      OCCUPATIONAL TRAINING SYSTEM      *FPMS*      PAGE 004
            VOCATIONAL EDUCATION POTENTIAL AREAS OF EMPLOYMENT

           DIN: ███████      NAME: RUNDO, ROBERT
                 OWNING FACILITY:  GREENE

| JOB CODE | JOB TITLE | DATE | FACILITY | ENTRY DIN |
|---|---|---|---|---|
| 203 | TOOL CRIB ATTENDANT | 06 / 11 | GREENE | |
| 211 | REFRIGERATION MECHANIC | 07 / 11 | GREENE | |
| 212 | REFRIG MECH HELPER | 04 / 11 | GREENE | |
| 214 | AIR COND MECHANIC HELP | 04 / 11 | GREENE | |
| 215 | AIR COND SERVICE HELP | 04 / 11 | GREENE | |
| 216 | AIR COND INSTALLER | 01 / 11 | GREENE | |

CURRENT FACILITY: 670 - GREENE

DIN:                    NAME: RUNDO, ROBERT

TITLE UNKNOWN                              ITEM 041614    FAC GREENE
  SHOP UNEMPLOYED/UNASSIGNED (1)      FROM 11/14/11 TO 12/01/11 EVENING $  .0750
END REASON: AUTO CLOSED BY INMATE ACCOUNTS                              MTWTFSS
                                                                        YYYYY___

TITLE PHASE III TS ADV ASSESSMENT     ITEM 692218    FAC GREENE
  SHOP PHASE III TS ADV ASSESSMENT    FROM 10/24/11 TO 12/01/11  A.M.   $  .0000
END REASON: AUTO CLOSED BY INMATE ACCOUNTS                              MTWTFSS
                                                                        YYYYY___

TITLE PARTICIPANT II                   ITEM 794209    FAC GREENE
  SHOP AGGRESSION REPLC TRNG          FROM 10/10/11 TO 11/13/11 EVENING $ .1583
END REASON: SUCCESSFULLY COMPLETED PROGRAM                              MTWTFSS
                                                                        YYYYY___

TITLE PARTICIPANT II                   ITEM 794209    FAC GREENE
  SHOP AGGRESSION REPLC TRNG          FROM 09/12/11 TO 10/09/11 EVENING $ .0000
END REASON: LATERAL PROGRAM CHANGE                                      MTWTFSS
                                                                        YYYYY___

TITLE                                  ITEM 850208    FAC GREENE
  SHOP                                  FROM 06/13/11 TO 10/09/11  A.M.  $ .1583
END REASON: SUCCESSFULLY COMPLETED PROGRAM                              MTWTFSS
                                                                        YYYYY___

TITLE                                  ITEM 850228    FAC GREENE
  SHOP                                  FROM 06/06/11 TO 06/12/11  A.M.  $ .1583
END REASON: ADMINISTRATIVE ERROR                                        MTWTFSS
                                                                        YYYYY___

TITLE                                  ITEM 852252    FAC GREENE
  SHOP                                  FROM 04/11/11 TO 06/05/11 LATE EV $ .1583
END REASON: ADMINISTRATIVE ERROR                                        MTWTFSS
                                                                        YYYYY___

TITLE STUDENT                          ITEM 566215    FAC GREENE
  SHOP HIGH SCHOOL EQUIVALENCY (5)    FROM 04/04/11 TO 04/10/11 EVENING $ .1583
END REASON: SUCCESSFULLY COMPLETED PROGRAM                              MTWTFSS
                                                                        YYYYY___

TITLE                                  ITEM 852252    FAC GREENE
  SHOP                                  FROM 04/04/11 TO 04/10/11 EVENING $ .0000
END REASON: LATERAL PROGRAM CHANGE                                      MTWTFSS
                                                                        YYYYY___

TITLE                                  ITEM 852218    FAC GREENE
  SHOP                                  FROM 03/21/11 TO 04/03/11 EVENING $ .0000
END REASON: LATERAL PROGRAM CHANGE                                      MTWTFSS
                                                                        YYYYY___

TITLE                                  ITEM 798249    FAC GREENE
  SHOP                                  FROM 11/22/10 TO 12/12/10 EVENING $ .0000
END REASON: REMOVED                                                     MTWTFSS
                                                                        YYYYY___

CURRENT FACILITY: 670 - GREENE

DIN:              NAME: RUNDO, ROBERT

TITLE STUDENT                                ITEM 562206    FAC GREENE
  SHOP HIGH SCHOOL EQUIVALENCY (1)   FROM 11/08/10 TO 04/03/11  A.M.    $ .1583
END REASON: LATERAL PROGRAM CHANGE                                             MTWTFSS
                                                                               YYYYY___

TITLE STUDENT                                ITEM 415227    FAC GREENE
  SHOP AIR COND & REFRIG            FROM 09/13/10 TO 12/01/11  P.M.    $ .1750
END REASON: AUTO CLOSED BY INMATE ACCOUNTS                                     MTWTFSS
                                                                               YYYYY___

TITLE STUDENT                                ITEM 357233    FAC GREENE
  SHOP SPECIAL EDUCATION (PHSE)     FROM 06/07/10 TO 11/07/10 LATE EV $ .1583
END REASON: PROMOTED                                                           MTWTFSS
                                                                               YYYYY___

TITLE PORTER I                               ITEM 108912    FAC GREENE
  SHOP A BLOCK (2)                  FROM 05/31/10 TO 06/06/10  P.M.    $ .1000
END REASON: REACHED ON WAITING LIST                                            MTWTFSS
                                                                               YYYYY___

TITLE RECREATION AIDE                        ITEM 606203    FAC GREENE
  SHOP RECREATION (2)               FROM 05/31/10 TO 09/12/10  A.M.    $ .1583
END REASON: REACHED ON WAITING LIST                                            MTWTFSS
                                                                               YYYYY___

TITLE PHASE I TS                             ITEM 690944    FAC GREENE
  SHOP PHASE I TS                   FROM 05/10/10 TO 05/30/10 AM/PM    $ .1000
END REASON: SUCCESSFULLY COMPLETED PROGRAM                                     MTWTFSS
                                                                               YYYYY___

10/10/24                                                                                                          PAGE     1 OF     7
OCCPROFP                      NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
                                             DIVISION OF VOCATIONAL EDUCATION

                                 TRAINING ACHIEVEMENT & POTENTIAL EMPLOYABILITY REPORT

DIN:            RUNDO, ROBERT
                --------------------------------

I.   EMPLOYABILITY PROFILE REPORT OF VOCATIONAL TRAINING


     15.00.00 AIR COND, REFRIG & HEATING


     15.02.00 BASIC ELECTRICITY
              .01 CONSTRUCT SERIES CIRCUIT                                                  11/10      GREENE
              .02 CONSTRUCT PARALLEL CIRCUIT                                                11/10      GREENE
              .03 CONSTRUCT CONTROL CIRCUIT                                                 11/10      GREENE
              .04 CONSTRUCT WIRING SCHEMATIC OF COMB HEAT/COOL SYSTEM                        11/10      GREENE
              .05 USE METERS TO MEASURE VOLTAGES                                            11/10      GREENE
              .06 USE METERS TO MEASURE OHMS                                                11/10      GREENE
              .07 USE METERS TO MEASURE AMPS                                                11/10      GREENE
              .08 USE METERS TO MEASURE WATTS                                               11/10      GREENE
              .09 CUT & SPLICE DIFFERENT TYPES OF WIRE                                      11/10      GREENE
              .10 TEST & CHECK FUSES IN 3 PHASE WIRING SYSTEM                               11/10      GREENE
              .11 TEST & CHECK FUSES IN SINGLE PHASE WIRING SYSTEM                          11/10      GREENE
              .12 CHECK VOLTAGE TO DETERMINE IF SYSTEM IS SINGLE OR 3 PHASE                 11/10      GREENE

     15.04.00 THERMOSTATS - LOW VOLTAGE
              .04 ADJUST HEAT ANTICIPATION                                                  01/11      GREENE
              .06 MEASURE AMPERAGE TO SET HEAT ANTICIPATION                                 01/11      GREENE
              .07 WIRE HEATING THERMOSTAT TO APPROPRIATE HEATING UNIT                       01/11      GREENE
              .08 WIRE COOLING THERMOSTAT TO APPROPRIATE COOLING UNIT                       01/11      GREENE
              .09 WIRE HEATING/COOLING THERM TO APPROP HEAT/COOL UNIT                       01/11      GREENE
              .10 WIRE 2 STAGE HEAT/COOL THERM TO APPROP HEAT/COOL UNIT                     01/11      GREENE
              .11 WIRE & PROGRAM PROGRAMMABLE THERM TO APPROP HEAT/COOL UNIT                01/11      GREENE

     15.05.00 GAS FURNACES - MAINTENANCE
              .09 CHECK LIMIT                                                               09/11      GREENE
              .10 CHECK BELT TENSION                                                        09/11      GREENE
              .11 CHECK TEMPERATURE RISE AND ADJUST                                         09/11      GREENE
              .12 SET FAN CONTROL                                                           09/11      GREENE
              .13 CHECK BURNERS                                                             09/11      GREENE
              .14 CLEAN BURNERS                                                             09/11      GREENE
              .15 ADJUST BURNER FLAME                                                       09/11      GREENE
              .16 CHECK PILOT                                                               09/11      GREENE
              .17 CLEAN PILOT                                                               09/11      GREENE
              .18 ADJUST PILOT FLAME                                                        09/11      GREENE
              .19 CHECK HEAT EXCHANGER                                                      09/11      GREENE
              .20 CLEAN HEAT EXCHANGER                                                      09/11      GREENE
              .21 USE PRESSURE GAUGE                                                        09/11      GREENE
              .22 ADJUST GAS PRESSURE                                                       09/11      GREENE
              .23 USE MILLIVOLTMETER                                                        09/11      GREENE
              .24 CHECK MILLIVOLTS                                                          09/11      GREENE
              .25 CHECK DRAFT DIVERTER                                                      09/11      GREENE
              .26 REGULATE PRIMARY AIR                                                      09/11      GREENE
              .27 CHECK OPERATION OF ELECTRONIC IGNITION SYSTEM                             09/11      GREENE
              .28 CHECK OPERATION OF GLOW COIL SYSTEM                                       09/11      GREENE

10/10/24
OCCPROFP                            NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
DIVISION OF VOCATIONAL EDUCATION                 PAGE   2 OF   7

TRAINING ACHIEVEMENT & POTENTIAL EMPLOYABILITY REPORT

DIN:        RUNDO, ROBERT
          --------------------------------

| | | | |
|---|---|---|---|
| 15.05.00 GAS FURNACES - MAINTENANCE | (CONTINUED) | | |
| .29 CHECK & CLEAN OPERATION OF INDUCTION BLOWER SYSTEM | 09/11 | GREENE | |
| .30 CHECK PRESSURE SWITCHES | 09/11 | GREENE | |
| .31 CHECK & CLEAN CONDENSATE DRAINS | 09/11 | GREENE | |
| .32 PERFORM COMBUSTION ANALYSIS & EVALUATE RESULTS | 09/11 | GREENE | |
| | | | |
| 15.06.00 OIL FURNACES - MAINTENANCE | | | |
| .09 CHECK LIMIT | 09/11 | GREENE | |
| .11 CHECK TEMPERATURE RISE AND ADJUST | 09/11 | GREENE | |
| .12 SET FAN CONTROL | 09/11 | GREENE | |
| .14 TAKE CO2 MEASUREMENT | 09/11 | GREENE | |
| .16 TAKE FLUE DRAFT MEASUREMENT | 09/11 | GREENE | |
| .17 TAKE OVER-THE-FIRE DRAFT MEASUREMENT | 09/11 | GREENE | |
| .19 TAKE STACK "TEMPERATURE MEASUREMENT" | 09/11 | GREENE | |
| .21 TAKE SMOKE TEST | 09/11 | GREENE | |
| .23 CALCULATE COMBINATION EFFICIENCY WITH SLIDE CALCULATOR | 09/11 | GREENE | |
| .24 CHECK CAD CELL | 09/11 | GREENE | |
| .25 SERVICE BURNER | 09/11 | GREENE | |
| .26 CHECK HEAT EXCHANGER | 09/11 | GREENE | |
| .27 CHECK OIL FILTER | 09/11 | GREENE | |
| .29 REGULATE COMBUSTION AIR | 09/11 | GREENE | |
| | | | |
| 15.07.00 ELECTRIC HEAT - MAINTENANCE | | | |
| .09 CHECK SUPPLY VOLTAGE | 10/11 | GREENE | |
| .10 TAKE EACH ELEMENT AMP-DRAW MEASUREMENT | 10/11 | GREENE | |
| .11 CHECK ELEMENT SEQUENCE | 10/11 | GREENE | |
| .12 TAKE TOTAL UNIT AMP-DRAW | 10/11 | GREENE | |
| .13 CHECK TEMPERATURE RISE AND ADJUST | 10/11 | GREENE | |
| | | | |
| 15.08.00 COOLING - MAINTENANCE | | | |
| .09 CHECK AND CLEAN EVAPORATOR | 01/11 | GREENE | |
| .10 CHECK AND CLEAN CONDENSATE DRAIN | 01/11 | GREENE | |
| .13 TAKE TEMPERATURE RISE MEASUREMENT | 01/11 | GREENE | |
| .14 CHECK AND CLEAN CONDENSING COIL | 01/11 | GREENE | |
| .15 TAKE COMPRESSOR AMP-DRAW MEASUREMENT | 01/11 | GREENE | |
| .16 TAKE UNIT AMP-DRAW MEASUREMENT | 01/11 | GREENE | |
| .17 CHECK UNIT VOLTAGE(LINE & LOW) | 01/11 | GREENE | |
| .18 DEMONSTRATE CORRECT CONNECTION OF REFRIGERATION GAUGE SET | 01/11 | GREENE | |
| .20 TAKE OPERATING PRESSURES MEASUREMENT | 01/11 | GREENE | |
| .21 CHECK REFRIGERANT CHARGE AGAINST MANUFACTURER'S SPECIFICATIONS | 01/11 | GREENE | |
| .22 DEMONSTRATE KNOWLEDGE OF GAUGE SYSTEM ACCESSORIES | 01/11 | GREENE | |
| .23 CLEAN & LUBRICATE CONDENSER FAN | 01/11 | GREENE | |
| | | | |
| 15.12.00 TROUBLESHOOTING GAS HEATING | | | |
| .02 LOCATE APPROPRIATE MANUALS | 10/11 | GREENE | |
| .03 TEST AND REPLACE THERMOSTAT | 10/11 | GREENE | |
| .04 CHECK AND CLEAN PILOT AND PILOT ORIFICE | 10/11 | GREENE | |
| .05 TEST & REPLACE THERMOCOUPLE | 10/11 | GREENE | |

TRAINING ACHIEVEMENT & POTENTIAL EMPLOYABILITY REPORT

DIN:            RUNDO, ROBERT
                --------------------------------

| | | |
|---|---|---|
| 15.12.00 TROUBLESHOOTING GAS HEATING | (CONTINUED) | |
| .06 TEST & REPLACE FUSES OR CIRCUIT BREAKER | 10/11 | GREENE |
| .07 TEST & REPLACE TRANSFORMER | 10/11 | GREENE |
| .08 TEST & ADJUST OR REPLC LIMIT CONT PRI, SECND | 10/11 | GREENE |
| .09 TEST & REPLACE GAS VALVE | 10/11 | GREENE |
| .10 TEST & REPLACE FAN CONTROL | 10/11 | GREENE |
| .11 CHECK & REPLACE BURNERS | 10/11 | GREENE |
| .12 CHECK & REPLACE ORIFICES | 10/11 | GREENE |
| .13 MEASURE GAS FLOW RATE | 10/11 | GREENE |
| .14 CLEAN HEAT EXCHANGER | 10/11 | GREENE |
| .15 CHECK, REPLACE & ALIGN PULLEYS, BELT & THRUST COLLARS | 10/11 | GREENE |
| .16 CHECK & REPLACE BLOWER WHEEL, BEARINGS & SHAFT | 10/11 | GREENE |
| .17 TEST & REPLACE DIRECT DRIVE BLOWER MOTOR | 10/11 | GREENE |
| .18 TEST & REPLACE BELT DRIVE BLOWER MOTOR | 10/11 | GREENE |
| .20 CHANGE BLOWER SPEEDS; MECHANICAL, ELECTRICAL | 10/11 | GREENE |
| .21 TEST & REPLACE ELECTRONIC IGNITION SYSTEM | 10/11 | GREENE |
| .22 TEST & REPLACE GLOW COIL SYSTEM | 10/11 | GREENE |
| .23 TEST & REPLACE INDUCTION BLOWER SYSTEM | 10/11 | GREENE |
| .24 TEST & REPLACE PRESSURE SWITCHES | 10/11 | GREENE |
| .25 MEASURE & ADJUST SYSTEM EFFICIENCY TO MFG'S SPECIFICATIONS | 10/11 | GREENE |
| | | |
| 15.14.00 TROUBLESHOOTING ELECTRIC HEAT | | |
| .02 CHECK POWER SUPPLY | 11/11 | GREENE |
| .03 TEST AND REPLACE HEAT ELEMENTS | 11/11 | GREENE |
| .04 TEST & REPLACE HEATING CONTROL RELAY: LOW VOLTAGE, LINE VOLTAGE | 11/11 | GREENE |
| .05 TEST & REPLACE LIMIT CONTROLS | 11/11 | GREENE |
| .06 TEST & REPLACE THERMAL FUSE | 11/11 | GREENE |
| .07 TEST & REPLACE FAN CONTROL | 11/11 | GREENE |
| .08 TEST AND ADJUST OUTDOOR THERMOSTAT | 11/11 | GREENE |
| .11 TEST AND REPLACE TRANSFORMER | 11/11 | GREENE |
| .12 CHECK, ALIGN PULLEYS, BELT & THRUST COLLARS | 11/11 | GREENE |
| .13 CHECK & REPLACE BLOWER WHEEL, BEARINGS & SHAFT | 11/11 | GREENE |
| .14 TEST & REPLACE DIRECT DRIVE BLOWER MOTOR | 11/11 | GREENE |
| .15 TEST & REPLACE BELT DRIVE BLOWER MOTOR | 11/11 | GREENE |
| .16 CHANGE BLOWER SPEEDS: MECHANICALLY, ELECTRICALLY | 11/11 | GREENE |
| .17 TEST & REPLACE SOLID STATE COMPONENTS | 11/11 | GREENE |
| | | |
| 15.16.00 TROUBLESHOOTING OIL HEAT | | |
| .01 TEST AND REPLACE THERMOSTAT | 05/11 | GREENE |
| .02 TEST AND REPLACE PRIMARY CONTROL & CAD CELL | 05/11 | GREENE |
| .03 TEST & REPLACE STACK CONTROLS; 1 PC, 2 PC | 05/11 | GREENE |
| .04 TEST & REPLACE COMBUSTION AIR BLOWER & MOTOR | 05/11 | GREENE |
| .05 CHECK AND ADJUST OIL PUMP PRESSURES | 09/11 | GREENE |
| .06 REPLACE OIL PUMP | 05/11 | GREENE |
| .07 TEST & REPLACE IGNITION TRANSFORMER | 05/11 | GREENE |
| .08 REPLACE OIL FILTER | 09/11 | GREENE |
| .09 PRIME OIL PUMP | 09/11 | GREENE |
| .10 TEST OIL SUPPLY FOR WATER | 09/11 | GREENE |

NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
DIVISION OF VOCATIONAL EDUCATION

TRAINING ACHIEVEMENT & POTENTIAL EMPLOYABILITY REPORT

DIN:           RUNDO, ROBERT
---------------------------------

| | | |
|---|---|---|
| **15.16.00 TROUBLESHOOTING OIL HEAT** | **(CONTINUED)** | |
| .11 REPLACE NOZZLE | 05/11 | GREENE |
| .12 DISASSEMBLE AND REASSEMB & ALIGN ELEC & GUN | 09/11 | GREENE |
| .13 CHECK OIL PIPING & INSTALL; SINGLE PIPE, 2 P | 09/11 | GREENE |
| .14 MEASURE & ADJUST SYSTEM EFFICIENCY TO MFG'S SPECIFICATIONS | 09/11 | GREENE |
| .15 CHECK, REPLACE & ALIGN PULLEYS, BELT & THRUST COLLARS | 05/11 | GREENE |
| .16 CHECK & REPLACE BLOWER WHEEL, BEARINGS & SHAFT | 09/11 | GREENE |
| .17 TEST & REPLACE DIRECT DRIVE BLOWER MOTOR | 09/11 | GREENE |
| .18 TEST & REPLACE BELT DRIVE BLOWER MOTOR | 09/11 | GREENE |
| .19 CHANGE BLOWER SPEEDS: MECHANICAL, ELECTICAL | 09/11 | GREENE |
| | | |
| **15.17.00 ELECTRICAL CONTROLS FOR COOLING** | | |
| .23 CHECK POWER SUPPLY (HIGH, LINE & LOW) | 04/11 | GREENE |
| .24 TEST & REPLACE FUSES | 04/11 | GREENE |
| .25 TEST & REPLACE CONTACTOR COIL & CONTACTS | 04/11 | GREENE |
| .26 TEST & REPLACE CONTROL TRANSFORMER | 04/11 | GREENE |
| .27 TEST & REPLACE POTENTIAL RELAY | 04/11 | GREENE |
| .28 TEST & REPLACE START CAPACITOR | 04/11 | GREENE |
| .29 TEST OVERLOAD PROTECTORS; EXTERNAL, INTERNL | 04/11 | GREENE |
| .30 TEST & REPLACE RUN CAPACITORS | 04/11 | GREENE |
| .31 CHECK COMP MTR (SNGL PHS); LOC OF TERMINALS, WINDING RESISTANCES | 04/11 | GREENE |
| .34 TEST AND REPLACE THERMOSTAT | 04/11 | GREENE |
| .35 TEST AND REPLACE CURRENT RELAY | 04/11 | GREENE |
| .36 TEST AND REPLACE THERMAL RELAY | 04/11 | GREENE |
| .37 TEST AND REPLACE SOLID STATE COMPONENTS | 04/11 | GREENE |
| | | |
| **15.19.00 BLOWER UNIT MAINTENANCE** | | |
| .01 CHANGE FILTERS | 01/11 | GREENE |
| .02 CHECK BLOWER MOTOR BEARINGS | 01/11 | GREENE |
| .03 LUBRICATE BLOWER MOTOR BEARINGS | 01/11 | GREENE |
| .04 CLEAN BLOWER & COMPARTMENT | 01/11 | GREENE |
| .05 CHECK MOTOR AMPERAGE | 01/11 | GREENE |
| .06 REMOVE BELT & CHECK FOR WEAR | 01/11 | GREENE |
| .07 CHECK BLOWER WHEEL BEARINGS | 01/11 | GREENE |
| .08 LUBRICATE BLOWER WHEEL BEARINGS | 01/11 | GREENE |
| .09 CHECK PULLEY ALIGNMENT | 01/11 | GREENE |
| .10 CHECK BELT TENSION | 01/11 | GREENE |
| | | |
| **15.20.00 FUNDAMENTALS OF REFRIGERATION** | | |
| .01 CONSTRUCT PRESSURE TIGHT SINGLE FLARE JOINT | 09/10 | GREENE |
| .02 CONSTRUCT PRESSSURE TIGHT DOUBLE FLARE JOINT | 09/10 | GREENE |
| .03 MAKE SWAGE JOINT | 09/10 | GREENE |
| .04 MAKE 45 DEGREE BEND | 09/10 | GREENE |
| .05 MAKE 90 DEGREE BEND | 09/10 | GREENE |
| .06 MAKE 180 DEGREE BEND | 09/10 | GREENE |
| .07 SILVER BRAZE UPRIGHT JOINT | 09/10 | GREENE |
| .08 SILVER BRAZE INVERTED JOINT | 09/10 | GREENE |
| .09 SILVER BRAZE COPPER TO STEEL JOINT | 09/10 | GREENE |

NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
DIVISION OF VOCATIONAL EDUCATION

TRAINING ACHIEVEMENT & POTENTIAL EMPLOYABILITY REPORT

DIN:          RUNDO, ROBERT
      --------------------------------

| | | (CONTINUED) | |
|---|---|---|---|
| 15.20.00 | FUNDAMENTALS OF REFRIGERATION | | |
| .13 | CUT & THREAD STEEL PIPE TO SPECIFIC REQUIREMENTS | 10/10 | GREENE |
| .14 | CUT,CEMENT OR CLAMP PLASTIC PIPE TO SPECIFIC REQUIREMENTS | 10/10 | GREENE |
| .15 | PUMP DOWN REFRIGERATION UNIT | 11/10 | GREENE |
| .16 | PERFORM DEEP EVACUATION OF REFRIGERATION SYSTEM | 10/10 | GREENE |
| .17 | PERFORM TRIPLE EVACUATION OF REFRIGERATION SYSTEM | 10/10 | GREENE |
| .18 | CHARGE REFRIGERATION SYSTEM USING GRADIENT CYLINDER | 10/10 | GREENE |
| .19 | CHARGE REFRIGERATION SYSTEM USING WEIGHT METHOD | 10/10 | GREENE |
| .20 | CHECK, ADD & REMOVE CHARGE | 10/10 | GREENE |
| .21 | DEMONSTRATE PROPER USE OF VARIOUS TORCHES | 09/10 | GREENE |
| .22 | SOLDER UPRIGHT JOINT (LOW TEMPERATURE) | 09/10 | GREENE |
| .23 | SOLDER INVERTED JOINT (LOW TEMPERATURE) | 09/10 | GREENE |
| .24 | DEMONSTRATE PROPER USE OF REFRIGERATION GAUGE SET | 10/10 | GREENE |
| .25 | DEMONSTRATE PROPER USE OF VACUUM PUMP | 10/10 | GREENE |
| .26 | PERFORM STANDING PRESSURE TEST | 10/10 | GREENE |
| .27 | PERFORM LEAK DETECTION TEST (MIN.3 METHODS) | 10/10 | GREENE |
| .28 | SET TEMP & DEFROST CONTROLS TO CUSTOMER'S SPECIFICATIONS | 10/10 | GREENE |
| .29 | SET PRESSURE CONTROLS TO CUSTOMER'S SPECIFICATIONS | 10/10 | GREENE |
| | | | |
| 15.21.00 | TROUBLESHOOTING REFRIGERATION SYSTEM | | |
| .01 | DIAGNOSE (CORRECT,,REPAIR,,REPLACE)INEFFICIENT EVAPORATOR | 11/10 | GREENE |
| .02 | DIAGNOSE (CORRECT,REPAIR,REPLACE)INEFFICIENT CONDENSER | 06/11 | GREENE |
| .03 | DIAGNOSE (CORRECT,REPAIR,REPLACE)INEFFICIENT COMPRESSOR | 06/11 | GREENE |
| .04 | DIAGNOSE(CORRECT,REPAIR,REPLACE) LOW REFRIGERANT CHARGE | 06/11 | GREENE |
| .05 | DIAGNOSE(CORRECT,REPAIR,REPLACE)HIGH REFRIGERANT CHARGE | 06/11 | GREENE |
| .06 | DIAGNOSE(CORRECT,REPAIR,REPLACE)RESTRICTION IN REFRIG SYSTEM | 06/11 | GREENE |
| .07 | DIAGNOSE(CORRECT,REPAIR,REPLACE) ELECTRICAL MOTORS & CONTROLS | 06/11 | GREENE |
| .10 | DIAGNOSE(CORRECT, REPAIR, REPLACE) PRESSURE CONTROLS | 06/11 | GREENE |
| .11 | DIAGNOSE(CORRECT,REPAIR,REPLACE)TEMPERATURE CONTROLS | 11/10 | GREENE |
| .12 | DIAGNOSE(CORRECT,REPAIR,REPLACE) DEFROST CONTROLS | 06/11 | GREENE |
| .13 | DIAGNOSE(CORRECT,REPAIR,REPLACE) CAPILLARY TUBES | 06/11 | GREENE |
| .14 | DIAGNOSE(CORRECT,REPAIR,REPLACE) AUTOMATIC EXPANSION VALVES | 06/11 | GREENE |
| .15 | DIAGNOSE(CORRECT,REPAIR,REPLACE)THERMOSTATIC EXPANSION VALVE | 06/11 | GREENE |
| .16 | DIAGNOSE(CORRECT,REPAIR,REPLACE) OTHR METERING DEVICES | 06/11 | GREENE |
| .17 | DIAGNOSE(CORRECT,REPAIR,REPLACE)SOLENOID VALVES | 06/11 | GREENE |
| | | | |
| 15.22.00 | INSTALLATION OF LOW TEMPERATURE REFRIGERATION SYSTEM | | |
| .01 | INSTALL EVAPORATOR | 07/11 | GREENE |
| .02 | INSTAL CONDENSER | 07/11 | GREENE |
| .03 | INSTALL COMPRESSOR | 07/11 | GREENE |
| .04 | INSTALL THERMO EXPANSION VALVE | 07/11 | GREENE |
| .05 | INSTALL REFRIGERANT PIPING | 07/11 | GREENE |
| .06 | INSTALL CONDENSATION DRAIN & HEAT TAPE | 07/11 | GREENE |
| .07 | INSTALL ELECTRICAL CONNECTIONS | 07/11 | GREENE |
| .08 | PERFORM START-UP & SYSTEM CHECKS | 07/11 | GREENE |
| .10 | SET PRESSURE CONTROLS TO CUSTOMER'S SPECIFICATIONS | 07/11 | GREENE |
| .11 | SET TEMPERATURE & DEFROST CONTROLS TO CUSTOMER'S SPECS | 07/11 | GREENE |

TRAINING ACHIEVEMENT & POTENTIAL EMPLOYABILITY REPORT

DIN:           RUNDO, ROBERT
               --------------------------------

15.23.00 TROUBLESHOOTING COOLING SYSTEMS
        .01 TAKE STATIC PRESSURE DROP MEASUREMENT                              07/11    GREENE
        .02 CHECK TEMPERATURE MEASUREMENTS                                     07/11    GREENE
        .03 CHECK UNIT CAPACITY                                                07/11    GREENE
        .04 PUMP DOWN EVAPORATOR                                               07/11    GREENE
        .05 CHECK OIL FOR ACIDITY                                              07/11    GREENE
        .06 INSTALL SUCTION LINE CLEAN-UP KIT                                  07/11    GREENE
        .07 CHANGE FILTER DRYER                                                07/11    GREENE
        .08 INSTALL SUCTION LINE CLEAN-UP                                      07/11    GREENE
        .09 CHECK & REPLACE METERING DEVICE                                    07/11    GREENE
        .10 CHECK,TEST & ADUST SUPERHEAT                                       07/11    GREENE
        .11 TEST & REPLACE CONDENSER FAN MOTOR                                 07/11    GREENE
        .12 CHECK INEFFICIENT AIR FLOW                                         07/11    GREENE
        .13 PERFORM ELECTRICAL DIAGNOSIS ON INEFFICIENT COMPRESSOR             07/11    GREENE
        .14 PERFORM MECHANIC DIAGNOSIS ON INEFFICIENT COMPRESSOR               07/11    GREENE
        .15 REPLACE INEFFICIENT COMPRESSOR                                     07/11    GREENE
        .16 CHANGE REFRIGERATION SYSTEM OIL                                    07/11    GREENE
        .17 CHECK FOR PROPER REFRIGERANT CHARGE                                07/11    GREENE
        .18 LOCATE & REPAIR REFRIGERANT LEAKS                                  07/11    GREENE
        .19 LOCATE & REPAIR REFRIGERANT FLOW RESTRICTIONS                      07/11    GREENE
        .20 EVACUATE SYSTEM:  USE VACUUM PUMP & GAUGES                         07/11    GREENE

15.24.00 RECOVERY
        .01 DEMONSTRATE KNOWLEDGE OF REFRIGERANT FAMILIES/NEW REFRIGERANTS     04/11    GREENE
        .02 DISCUSS CLEAN AIR ACT OF 1990 - SECTION 608                        04/11    GREENE
        .03 PERFORM DEHYDRATION - USE VAC. PUMP, MICRON & MANIFOLD GAUGES      04/11    GREENE
        .04 DEMONSTRATE RECOVERY PROCEDURES FOR REFRIGERANT - VAPOR            04/11    GREENE
        .05 DEMONSTRATE RECOVERY PROCEDURES FOR REFRIGERANT - LIQUID           04/11    GREENE
        .06 DEMONSTRATE RECYCLING PROCEDURES FOR REFRIGERANT                   04/11    GREENE
        .07 DEMONSTRATE RECLAIMING PROCEDURE FOR REFRIGERANT                   04/11    GREENE
        .08 DEMON. KNOWLEDGE OF REFR. HANDLING & RECORD KEEPING                04/11    GREENE
        .09 PREPARE MATERIALS FOR PROPER DISPOSAL                              04/11    GREENE
        .10 PERFORM MAINTENANCE ON RECOVERY OR RECYCLING EQUIPMENT             04/11    GREENE
        .11 COMPLETE THE REQUIREMENTS FOR TYPE II OR UNIVERSAL CERTIFICATION   04/11    GREENE

15.96.00 TOOL CRIB / STORAGE ROOM ATTENDANT
        .01 ISSUE & COLLECT TOOLS / SUPPLIES                                   06/11    GREENE
        .02 MAINTAIN INVENTORY OF TOOLS / SUPPLIES                             06/11    GREENE
        .03 INSPECT TOOLS FOR WEAR, DEFECTS, MISSING PARTS & CLEANLINESS       06/11    GREENE
        .04 MAINTAIN RECORDS OF TOOLS / SUPPLIES ISSUED & RETURNED             06/11    GREENE
        .05 REQUISITION STOCK & MAINTAIN SUPPLY INVENTORY                      06/11    GREENE
        .06 MAKE MINOR REPAIRS & REPORT DAMAGE TO SUPERVISOR                   06/11    GREENE
        .07 MARK SHOP IDENTIFICATION ON TOOLS                                  06/11    GREENE
        .08 TRANSFER BULK STORAGE SUPPLIES TO DAILY USE CONTAINERS             06/11    GREENE
        .09 MAINTAIN ORDER & CLEANLINESS OF TOOL / STORAGE AREA                06/11    GREENE

10/10/24                                                                                                    **PAGE      7 OF      7**
OCCPROFP                      **NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION**
                                           **DIVISION OF VOCATIONAL EDUCATION**

                              **TRAINING ACHIEVEMENT & POTENTIAL EMPLOYABILITY REPORT**

DIN            **RUNDO, ROBERT**
               ---------------------------------

**II. VOCATIONAL POTENTIAL AREAS OF EMPLOYMENT (INSTRUCTOR SUGGESTED)**

| DOCS CODE | JOBTITLE | D.O.T. REF NO. | REPORTED DATE | FACILITY |
|---|---|---|---|---|
| 203 | TOOL CRIB ATTENDANT | 222.367-062 | 06/11 | GREENE |
| 211 | REFRIGERATION MECHANIC | 637.261-026 | 07/11 | GREENE |
| 212 | REFRIG MECH HELPER | 637.687-014 | 04/11 | GREENE |
| 214 | AIR COND MECHANIC HELP | 637.664-010 | 04/11 | GREENE |
| 215 | AIR COND SERVICE HELP | 637.687-010 | 04/11 | GREENE |
| 216 | AIR COND INSTALLER | 827.464-010 | 01/11 | GREENE |

**IV. ACADEMIC DEGREES ACHIEVED WHILE UNDERCUSTODY**

| DEGREE | DATE | FACILITY |
|---|---|---|
| HS EQUIV. DIPLOMA | 02/11 | GREENE |

```
09/12/24          SLOC010            LOCATOR SYSTEM              *FPMS*            PAGE 004
                               CHRONOLOGICAL HISTORY DISPLAY
                                    67 GREENE
  DIN                                 FACILITY OFF COUNTS         LOCATION
  NAME RUNDO, ROBERT                            DOB 04/28/90    SEX M     E/R NW

  EFFECTIVE    DATE         SENDING      RECEIVING FAC/    TRANSACTION
    DATE     ENTERED        FACILITY     OUTCOUNT LOCATION     TYPE              CELL

  04/06/10   04/06/10                    DWNSTATE REC     NEW COMMIT        02-0G-016
  04/27/10   04/27/10    DWNSTATE REC    GREENE           TRANSFER OUT      02-0A-013
  04/27/10   04/27/10    DWNSTATE REC    GREENE           TRANSFER IN       0F-01-40B
  12/02/11   12/02/11    GREENE                           CR TO PAROLE      0H-01-15B
```

NOTE: THIS REPORT WAS RECONSTRUCTED USING HISTORICAL INMATE MOVEMENT DATA FROM
      COMPUTER RECORDS, AND IS ONLY AS ACCURATE AS IT WAS MAINTAINED BY THE
      FACILITY FOR THIS TIME PERIOD.

INMATE ID#            RUNDO, ROBERT                                LOCATION: RELEASED

--------------------------------------------------------------------------------
TIER 2  INCIDENT: 11/11/10 11:10 PM  CO    BLOW              GREENE
        HEARING : 11/15/10 11:20 AM  LT    PARRY             GREENE
109.10 OUT OF PLACE          181.10 HEARING DISP
        4 D NONPROG HRS                          SERVICE DTES 11/11/10 11/15/10
        30 D RECREATION   PACKAGE     COMMISSARY SERVICE DTES 12/08/10 01/07/11
        30 D PHONE                               SERVICE DTES 12/08/10 01/07/11
        26 D KEEPLOCK                                        SUSPD TO 02/13/11
--------------------------------------------------------------------------------
TIER 2  INCIDENT: 11/05/10 05:15 PM  CO    KOSMIDER          GREENE
        HEARING : 11/08/10 11:25 AM  LT    CASE              GREENE
118.20 TATTOOING
        3 D NONPROG HRS                          SERVICE DTES 11/05/10 11/08/10
        30 D RECREATION   PACKAGE     COMMISSARY SERVICE DTES 11/08/10 12/08/10
        30 D PHONE                               SERVICE DTES 11/08/10 12/08/10
--------------------------------------------------------------------------------

NOTE: ONLY COMPLETED HEARINGS ARE SHOWN

***SUCCESSFUL PRINT COMPLETION***

# EXHIBIT I



EXHIBIT I - Page 1 of 5
Confidential - Subject to Protective Order
USA_00042372

EXHIBIT I - Page 2 of 5
Confidential - Subject to Protective Order
USA_00042373

EXHIBIT I - Page 3 of 5
Confidential - Subject to Protective Order
USA_00042374



EXHIBIT I - Page 4 of 5
Confidential - Subject to Protective Order
USA_00042375

EXHIBIT I - Page 5 of 5
Confidential - Subject to Protective Order
USA_00042376

# EXHIBIT J

November 14, 2024

The Honorable Josephine L. Staton
United States District Judge
350 West 1st. St.
Los Angeles, California 90012

Dear Judge Staton,

My name is ███████████████ and I have been in the furniture industry for 30 years now specializing in designing home theater rooms. My husband and I raised our three wonderful daughters in Los Alamitos, CA and now have a beautiful granddaughter to spoil. I wanted to write this letter to describe the character of Mr. Robert Rundo that I experienced firsthand.

In 2017, my husband, ███████████, and I went to a local march to support our troops in Huntington Beach. We waved our flags and peacefully marched down PCH until we were stopped by a human wall of people dressed in black. My husband witnessed a woman getting hit by a man and headed towards the scene. At that moment, I was separated from him and had people dressed in black to my left and right. The two men to my right started spraying me and others in the crowd with pepper spray. I was struggling to see and breathe and panicked. That is when Robert Rundo put his hand on my shoulder and asked if I was ok. I immediately pointed out the two men and told him that they were attacking us and to stop them. Robert was able to tackle one fleeing attacker to the ground for me and kept him down until my husband caught up to us. Mr. Rundo was hit several times and his face was dripping with pepper spray from the attackers. My husband was able to walk the attacker to police and had him arrested.

I did not see Robert Rundo after that, but I am glad I have the chance to express how much he meant to me that day. Robert Rundo was there in a time of need and he came to my rescue. I will never forget Robert and am forever grateful for him. Thank you for reading my letter and I truly hope this helps Robert Rundo gain the freedom back that he deserves.

Sincerely,

██████████████████

███████████

EXHIBIT J

# EXHIBIT K

November 14, 2024

The Honorable Josephine L. Staton
United States District Judge
350 West 1st. St.
Los Angeles, California 90012

Dear Judge Staton,

My name is ████████████ and I am 53 years old and now reside in Lytle Creek, CA. I am disabled from a back injury that occurred on the job in 2004. At the time of the incident, I was living in Los Alamitos, CA raising a family with my wife. I attended the Huntington Beach rally to support Donald Trump and the United States military in 2017. When my wife and I arrived, there were approximately 2000 like-minded patriots prepared to hike from Warner Avenue and Pacific Coast Highway to the Huntington Beach Pier. On that walk, we were stopped by a group of Antifa dressed in all black. It was at this point I saw a woman waving an American flag getting knocked to the ground by a man. I am disabled and walk with a cane after a back injury however, that doesn't stop my ability to notice and see right versus wrong. I had to stop the man from attacking the woman with the flag, so I approached him and began poking him in his back, telling him to take his anger out on me and not her because I am a man. At that point another patriot and the instigator began to fight. One of the Antifa members pulled out pepper spray and pepper sprayed my wife and several other people. It was at that point Robert Rundo asked my wife if she was OK. She told him, "Stop him! Stop him! That man just peppered sprayed me!" Robert ended up, tackling him to the ground while being pepper sprayed in his face. I was able to get to the scene where that altercation was happening and was able to get the Antifa man to the local highway patrol where he was arrested for assaulting my wife. We had never met Robert Rundo prior to or after this event. The reason I write this letter to you is not to be involved in this case, but is to tell you what happened that day. My Hispanic wife was pepper sprayed for no reason and Mr. Rundo came to her rescue. I hope you are able to read this and I hope you are able to see true reality of what happened that day. My wife made a video of this incident from a first-hand perspective and we gladly shared it with the court.

Thank you for taking the time to listen to me today,

████████████

████████

EXHIBIT K

# EXHIBIT L



EXHIBIT L Page 1 of 12
Confidential - Subject to Protective Order
USA_00042360

EXHIBIT L Page 2 of 12
Confidential - Subject to Protective Order
USA_00042361



EXHIBIT L Page 3 of 12
Confidential - Subject to Protective Order
USA_00042362



EXHIBIT L Page 4 of 12
Confidential - Subject to Protective Order
USA_00042363

EXHIBIT L Page 5 of 12
Confidential - Subject to Protective Order
USA_00042364



EXHIBIT L Page 6 of 12
Confidential - Subject to Protective Order
USA_00042365

EXHIBIT L Page 7 of 12
Confidential - Subject to Protective Order
USA_00042366



EXHIBIT L Page 8 of 12
Confidential - Subject to Protective Order
USA_00042367

EXHIBIT L Page 9 of 12
Confidential - Subject to Protective Order
USA_00042368



EXHIBIT L Page 10 of 12
Confidential - Subject to Protective Order
USA_00042369



DPR 380 (Rev. 3/2003)(Front)(Excel 3/26/2003)

EXHIBIT L Page 11 of 12
Confidential - Subject to Protective Order
USA_00042370



EXHIBIT L Page 12 of 12
Confidential - Subject to Protective Order
USA_00042371

# EXHIBIT M

## Legal Hotlines

| | |
|---|---|
| SF Bay Area: | (415) 285-1011 |
| NYC: | (212) 679-6018 |
| Chicago: | (312) 913-0039 |
| Los Angeles: | (310) 313-3700 |
| Philadelphia: | (484) 758-0388 |

YOUR CITY:

## Further Resources

Legal Collective - UpAgainstTheLaw.org
Legal Collective – TiltedScalesCollective.org

**NYC Rapid Response Network**:
thebasebk.org/rapid-response

**San Francisco Immigrant Legal &
Education Network:**
SFilen.org

**Mutual Aid Self Therapy:**
themastproject.wordpress.com

## Counter-Information Projects

Crimethinc - crimethinc.com
Submedia – Sub.Media
Its Going Down – ItsGoingDown.org

EXHIBIT J, Page 1 of 2



# Message in a bottle

A quick tip pamphlet for street based resistance



# ❶ Preparation:
## *Get Ready!*

- Choose your personal level of participation.
- Form an Affinity Group of 2-5 people, stay together.
- Choose your collective level of participation.

**DO NOT TALK TO THE POLICE:**
It cannot help you or others in any way, ever. Try to practice not being swayed by pressure tactics and the immediacy of answering to something now.

**DO BECOME ANONYMOUS:**
We cover our faces to uncover ourselves.

**TAKE STOCK AND PACK:**
Bring a rain jacket, sunglasses, balaclava, gloves, tools, food and water, bandages, Ibuprofen, Maalox (to counteract pepper spray) change of clothes.

Your face and fingerprints identify you and put you and those around you at risk. Your Employers, The Police, Fascists can & will target you – even if you aren't rioting/violent.

Leave behind cameras and phones; they are snitch boxes and make evidence for our enemies.

**TAKE A MOMENT TO PAUSE:**
Exhale. Collect yourself.
You are brave!



EXHIBIT J, Page 2 of 2

# ❷ Participation:
## *It's Going Down!*



Write the **legal number** on your arm in Sharpie. It's usually announced at the beginning of demos.

**We may not always agree** with the tactics others choose, or how they choose to get free. It's better to hold movement discussions on tactics / strategy than to engage in public call outs that endanger individuals in a moment. Don't police others actions.

There are many paths of struggle towards liberation. Learning when to escalate and deescalate situations is vital to your safety and others. Be bold but not cocky.

**Keep your goal(s) in mind.**

**Collective struggle** has proven itself effective when many different elements come together.

Movements are strong when we act in concert, in solidarity and towards our goals through many different avenues.

Stay Together - Don't leave alone!

  

Good Job!                    ¡No Bueno!

# ❸ Aftercare:
## *To sustain, we must tend.*

They don't call it struggle for no reason, the long journey toward liberation requires us to be as militant about our care as we are in the streets.

Collective care starts with the individual. Demonstrations can be rough and our bodies and mind need to come back to center.

Here are a few suggestions for caring for yourself past protest. Remembering that care can look different for everyone, we respect the variety of ways one may show themselves love.

**Breathe,** our breath is our birthright.

Take some time to **slow down:**

- Decide whether you need solitude or time with others.
- Take a bath, a warm bath with Epsom salt relaxes muscles.
- Listen to music, write.
- Have a beer or make some tea

There are a variety of herbal teas to help calm the nervous system and aid with sleep. Sleep!

Eat a comforting meal, you have fed your spirit, now don't forget to feed your body.

Take a minute before jumping in to a media binge of what just happened. Remember we are revolutionaries, not reactionaries.

If comrades have been arrested, jail support!

# EXHIBIT N



Dear Judge Staton,

Hope all is well.  We are writing to state that in 2014, Rob Rundo, was employed by our
company On Point HVAC, as an HVAC Technician Assistant. Rob was highly
recommended to work for our company. One of Rob's most notable skills is his ability to
analyze complex situations and eagerness to take on the task. Robert will take the
initiative in performing service and preventive calls.
During his employment, his dependability and tardiness were greatly appreciated.
Additionally, Rob is a well-spirited individual and his great demeanor has helped our
company grow.
We will gladly welcome Rob with open arms, if he were to return to work.
Please let us know if you have any questions. We thank you for your time and attention.

Kind regards,

On Point HVAC Corp.,



# EXHIBIT O

EXHIBIT O - Page 1 of 6
Confidential - Subject to Protective Order
USA_00042354



EXHIBIT O - Page 2 of 6
Confidential - Subject to Protective Order
USA_00042355

EXHIBIT O - Page 3 of 6
Confidential - Subject to Protective Order
USA_00042356

EXHIBIT O - Page 4 of 6
Confidential - Subject to Protective Order
USA_00042357



EXHIBIT O - Page 5 of 6
Confidential - Subject to Protective Order
USA_00042358



DPR 386 (Rev. 3/2003)(Front)(Excel 3/26/2003)

EXHIBIT O - Page 6 of 6
Confidential - Subject to Protective Order
USA_00042359

# **EXHIBIT P**

| | Less than 12 months | 12-24 Months | 51-99 Months | More than 100 Months |
|---|---|---|---|---|
| **TOTAL:** | 23 | 21 | 48 | 6 |

| Defendant Name | Case Number | Offense of Conviction | Incarceration Term | |
|---|---|---|---|---|
| Fairlamb, Scott | 1:21-CR-00120-RCL | 18 U.S.C. § 1512(c)(2) 18 U.S.C. § 111(a)(1) | 41 | |
| Palmer, Robert | 1:21-CR-00328-TSC | 18 U.S.C. § 111(a) 18 U.S.C. § 111(b) | 63 | |
| Thompson, Devlyn | 1:21-CR-00461-RCL | 18 U.S.C. § 111(a) 18 U.S.C. § 111(b) | 46 | |
| Languerand, Nicholas | 1:21-CR-00353-JDB | 18 U.S.C. § 111(b) | 44 | |
| Leffingwell, Mark | 1:21-CR-00005-ABJ | 18 U.S.C. § 111(a)(1) | 6 | |
| Wilson, Duke | 1:21-CR-00345-RCL | 18 U.S.C. § 1512(c)(2) 18 U.S.C. § 111(a)(1) | 51 | |
| Creek, Kevin | 1:21-CR-00645-DLF | 18 U.S.C. § 111(a)(1) | 27 | |
| Miller, Matthew | 1:21-CR-00075-RDM | 18 U.S.C. § 1512(c)(2) 18 U.S.C. § 111(a)(1) | 33 | |
| Rubenacker, Greg | 1:21-CR-00193-BAH | 18 U.S.C. § 231(a)(3) 18 U.S.C. § 1512(c)(2) 18 U.S.C. § 111(a) 18 U.S.C. § 1752(a)(1) 18 U.S.C. § 1752(a)(2) 18 U.S.C. § 1752(a)(4) | 41 | |
| Mattice, Cody | 1:21-CR-00657-BAH | 18 U.S.C. § 111(a)(1) | 44 | |
| Mault, James | 1:21-CR-00657-BAH | 18 U.S.C. § 111(a)(1) | 44 | |
| Ponder, Mark | 1:21-CR-00259-TSC | 18 U.S.C. § 111(a)(1) and (b) | 63 | |
| Willden, Ricky | 1:21-CR-00423-RC | 18 U.S.C. § 111(a)(1) | 24 | |
| Richardson, Howard | 1:21-CR-00721-CKK | 18 U.S.C. § 111(a)(1) | 46 | |
| Webster, Thomas | 1:21-CR-00208-APM | 18 U.S.C. § 111(a)(1), (b) 18 U.S.C. § 231(a)(3) 18 U.S.C. § 1752(a)(1), (b)(1)(A) 18 U.S.C. § 1752(a)(2), (b)(1)(A) 18 U.S.C. § 1752(a)(4), | 120 | |
| Neefe, Marshall | 1:21-CR-00567-RCL | 18 U.S.C. § 1512(k) 18 U.S.C. § 111(a)(1) | 41 | |
| Smith, Charles Bradford | 1:21-CR-00567-RCL | 18 U.S.C. § 1512(k) 18 U.S.C. § 111(a)(1) and (2) | 41 | |

| | | | |
|---|---|---|---|
| Young, Kyle | 1:21-CR-00291-ABJ | 18 U.S.C. § 111(a)(1) | 86 |
| Denney, Lucas | 1:22-CR-00070-RDM | 18 U.S.C. § 111(b) | 52 |
| Byerly, Alan | 1:21-CR-00527-RDM | 18 U.S.C. § 111(a)(1) | 34 |
| | | 18 U.S.C. § 113(a)(4) | |
| Mazza, Andrew Mark | 1:21-CR-00736-JEB | 18 U.S.C. § 111(a)(1) and (b) | 60 |
| | | 22 D.C. Code § 4504 | |
| | | | |
| Head, Albuquerque Cosper | 1:21-CR-00291-ABJ | 18 U.S.C. § 111(a)(1) | 90 |
| Sandlin, Ronald | 1:21-CR-00088-DLF | 18 U.S.C. § 1512(k) | 63 |
| | | 18 U.S.C. § 111(a)(1), 2 | |
| Sargent, Troy | 1:21-CR-00258-TFH | 18 U.S.C. § 231(a)(3) | 14 |
| | | 18 U.S.C. § 111(a)(1) | |
| | | 18 U.S.C. § 1752(a)(1) | |
| | | 18 U.S.C. § 1752(a)(2) | |
| | | 18 U.S.C. § 1752(a)(4) | |
| | | 40 U.S.C. § 5104(e)(2)(F) | |
| Council, Matthew | 1:21-CR-00207-TNM | 18 U.S.C. § 231(a)(3) | 0 |
| | | 18 U.S.C. § 111(a)(1) | |
| | | 18 U.S.C. § 1752(a)(1) | |
| | | 18 U.S.C. § 1752(a)(2) | |
| Jensen, Douglas | 1:21-CR-00006-TJK | 18 U.S.C. § 231(a)(3) | 60 |
| | | 18 U.S.C. § 1512(c)(2) | |
| | | 18 U.S.C. § 111(a)(1) | |
| | | 18 U.S.C. § 1752(a)(1) and (b)(1)(A) | |
| | | 18 U.S.C. § 1752(a)(2) and (b)(1)(A) | |
| | | 40 U.S.C. § 5104(e)(2)(D) | |
| | | 40 U.S.C. § 5104(e)(2)(G) | |
| McGrew, James | 1:21-CR-00398-BAH | 18 U.S.C. § 111(a)(1) | 78 |
| Young, Philip | 1:21-CR-00617-DLF | 18 U.S.C. § 111(a)(1) | 8 |
| | | 18 U.S.C. § 231(a)(3) | |
| | | 18 U.S.C. § 1752(a)(2) | |
| | | 18 U.S.C. § 1752(a)(4) | |
| | | 40 U.S.C. § 5104(e)(2)(D) | |
| | | 40 U.S.C. § 5104(e)(2)(F) | |
| Khater, Julian Elie | 1:21-CR-00222-TFH | 18 U.S.C. § 111(b), 2 | 80 |
| | | 18 U.S.C. § 111(b), 2 | |
| Caldwell, Daniel | 1:21-CR-00181-CKK | 18 U.S.C. § 111(a)(1) and (b) | 68 |
| | | | |
| Hernandez, Joshua | 1:22-CR-00042-CRC | 18 U.S.C. § 231(a)(3) | 24 |
| | | 18 U.S.C. § 111(a)(1) | |
| Jersey, Justin | 1:21-CR-00035-RC | 18 U.S.C. § 111(b) | 51 |
| Dickinson, Michael | 1:21-CR-00649-JDB | 18 U.S.C. § 111(a)(1) | 20 |

| | | | |
|---|---|---|---|
| Miller, Garret | 1:21-CR-00119-CJN | 18 U.S.C. § 231(a)(3) | 38 |
| | | 18 U.S.C. § 231(a)(3) | |
| | | 18 U.S.C. § 231(a)(3) | |
| | | 18 U.S.C. § 111(a)(1) | |
| | | 18 U.S.C. § 875(c) | |
| | | 18 U.S.C. § 1752(a)(1) | |
| | | 18 U.S.C. § 1752(a)(2) | |
| | | 18 U.S.C. § 1752(a)(3) | |
| | | 40 U.S.C. §5104(e)(2)(D) | |
| | | 40 U.S.C. §5104(e)(2)(E) | |
| | | 40 U.S.C. §5104(e)(2)(G) | |
| Mehaffie, David | 1:21-CR-00040-TNM | 18 U.S.C. § 111(a)(1), 2 | 14 |
| | | 18 U.S.C. § 231(a)(3) | |
| | | 40 U.S.C. § 5104(e)(2)(D), 2 | |
| | | 40 U.S.C. § 5104(e)(2)(F) | |
| | | | |
| Judd, David Lee | 1:21-CR-00040-TNM | 18 U.S.C. § 111(b) | 32 |
| | | 18 U.S.C. § 1512(c)(2), 2 | |
| Eckerman, Michael | 1:21-CR-00623-CRC | 18 U.S.C. § 111(a)(1) | 20 |
| Stevens, Tristian | 1:21-CR-00040-TNM | 18 U.S.C. § 111(a)(1), 2 | 60 |
| | | 18 U.S.C. § 111(a)(1), 2 | |
| | | 18 U.S.C. § 111(a)(1), 2 | |
| | | 18 U.S.C. § 111(a)(1) | |
| | | 18 U.S.C. § 231(a)(3) | |
| | | 18 U.S.C. § 1752(a)(2) | |
| | | 18 U.S.C. § 1752(a)(4) | |
| | | 40 U.S.C. § 5104(e)(2)(D),2 | |
| | | 40 U.S.C. § 5104(e)(2)(F),2 | |
| | | | |
| Egtvedt, Daniel | 1:21-CR-00177-CRC | 18 U.S.C. § 111(a)(1); | 42 |
| | | 18 U.S.C. § 231(a)(3); | |
| | | 18 U.S.C. § 1512(c)(2) & (2); | |
| | | 18 U.S.C. § 1752(a)(1), (2) | |
| | | 40 U.S.C. § 5104(e)(2)(D) | |
| | | | |
| Gardner, Mitchell | 1:21-CR-00622-APM | 18 U.S.C. § 231(a)(3) | 55 |
| | | 18 U.S.C. § 1512(c)(2), 2 | |
| | | 18 U.S.C. § 111(b) | |
| Bilyard, Aiden Henry | 1:22-CR-00034-RBW | 18 U.S.C. § 111(b) | 40 |
| Sills, Geoffrey William | 1:21-CR-00040-TNM | 18 U.S.C. § 2111, 2 | 52 |
| | | 18 U.S.C. § 111(b) | |
| | | 18 U.S.C. § 1512(c)(2), 2 | |

| Williams, Riley | 1:21-CR-00618-ABJ | 18 U.S.C. § 231(a)(3) | 36 |
| | | 18 U.S.C. § 111(a)(1) | |
| | | 18 U.S.C. § 1752(a)(1) | |
| | | 18 U.S.C. § 1752(a)(2) | |
| | | 40 U.S.C. § 5104(e)(2)(D) | |
| | | 40 U.S.C. § 5104(e)(2)(G) | |
| Kenyon, Josiah | 1:21-CR-00726-CJN | 18 U.S.C. § 111(b) | 72 |
| Sanford, Robert | 1:21-CR-00086-PLF | 18 U.S.C. § 111(b) | 52 |
| Barnhart, Logan | 1:21-CR-00035-EGS | 18 U.S.C. § 111(b), 2 | 36 |
| Dennis, Robert Wayne | 1:21-CR-00679-JEB | 18 U.S.C. § 231(a)(3) | 36 |
| | | 18 U.S.C. § 111(a)(1) | |
| | | 18 U.S.C. § 111(a)(1) | |
| | | 18 U.S.C. § 1752(a)(1) | |
| | | 18 U.S.C. § 1752(a)(4) | |
| Gillespie, Vincent | 1:22-CR-00060-BAH | 18 U.S.C. § 111(a)(1) | 68 |
| | | 18 U.S.C. § 231(a)(3) | |
| | | 18 U.S.C. § 1752(a)(4) | |
| | | 40 U.S.C. § 5104(e)(2)(F) | |
| McCaughey, Patrick Edward | 1:21-CR-00040-TNM | 18 U.S.C.§ 111(a)(1), 2 | 90 |
| | | 18 U.S.C.§ 111(b) | |
| | | 18 U.S.C.§ 1512(c)(2), 2 | |
| | | 18 U.S.C.§ 231(a)(3) | |
| | | 18 U.S.C.§ 1752(a)(2), (b)(1)(A) | |
| | | 18 U.S.C.§ 1752(a)(4), (b)(1)(A) | |
| | | 40 U.S.C.§ 5104(e)(2)(D), 2 | |
| | | 40 U.S.C.§ 5104(e)(2)(F) | |
| Manley, Christian | 1:21-CR-00691-TSC | 18 U.S.C. § 111(b) | 50 |
| Therres, Jacob | 1:22-CR-00381-JEB | 18 U.S.C. § 111(b) | 40 |
| Brown, Jeffrey | 1:21-CR-00178-APM | 18 U.S.C. § 231(a)(3) | 54 |
| | | 18 U.S.C. § 111(a)(1) | |
| | | 18 U.S.C. § 1752(a)(1) | |
| | | 18 U.S.C. § 1752(a)(2) | |
| | | 40 U.S.C. § 5104(e)(2)(D) | |
| Sherrill, Grayson | 1:21-CR-00282-TSC | 18 U.S.C. § 111(b) | 7 |

| | | | |
|---|---|---|---|
| Schwartz, Peter | 1:21-CR-00178-APM | 18 U.S.C. § 111(b) | 170 |
| | | 18 U.S.C. § 111(b) | |
| | | 18 U.S.C. § 111(b) | |
| | | 18 U.S.C. § 111(b), 2 | |
| | | 18 U.S.C.§ 231(a)(3) | |
| | | 18 U.S.C. § 1512(c)(2), 2 | |
| | | 18 U.S.C. § 1752(a)(1), (b)(1)(A) | |
| | | 18 U.S.C. § 1752(a)(2), (b)(1)(A) | |
| | | 18 U.S.C. § 1752(a)(4), (b)(1)(A) | |
| | | 40 U.S.C.§ 5104(e)(2)(D) | |
| | | 40 U.S.C. § 5104(e)(2)(F) | |
| Copeland,Landon | 1:21-CR-00570-APM | 18 U.S.C. § 111(a)(1) | 36 |
| DeGrave, Nathaniel | 1:21-CR-00088-DLF | 18 U.S.C. § 1512(k) | 37 |
| | | 18 U.S.C. § 111(a)(1), 2 | |
| Shalvey, Dale Jeremiah | 1:21-CR-00334-TJK | 18 U.S.C. § 111(a)(1) | 41 |
| | | 18 U.S.C. § 1512(c)(2), 2 | |
| Hazard, Donald | 1:22-CR-00117-RDM | 18 U.S.C.§ 111(b) | 57 |
| Morss, Robert | 1:21-CR-00040-TNM | 18 U.S.C. §1211, 2 | 66 |
| | | 18 U.S.C. § 111(a)(1), 2 | |
| | | 18 U.S.C. § 1512(c)(2) | |
| Brockhoff, Nicholas J. | 1:21-CR-00524-CKK | 18 U.S.C. 111(b) | 36 |
| Shively, Barton Wade | 1:21-CR-00151-JMC | 18 U.S.C. § 111(a)(1) | 18 |
| Mink, Jorden | 1:21-CR-00025-RDM | 18 U.S.C. § 641, 2 | 51 |
| | | 18 U.S.C. § 111(b) | |
| Nix, Gregory | 1:21-CR-00678-BAH | 18 U.S.C. § 111(b) | 42 |
| Maly, Markus | 1:21-CR-00178-BAH | 18 U.S.C.§ 111(a)(1) | 72 |
| | | 18 U.S.C.§ 1752(a)(1) | |
| | | 18 U.S.C.§ 1752(a)(2) | |
| | | 18 U.S.C.§ 231(a)(3) | |
| | | 40 U.S.C.§ 5104(e)(2)(D) | |
| Slye, Mikhael | 1:22-CR-334-JEB | 18 U.S.C. § 111(a)(1) | 30 |
| Courson, Mason Joel | 1:21-CR-00035-RC | 18 U.S.C. 111(b), 2 | 57 |
| Rodriguez, Daniel | 1:21-CR-00246-ABJ | 18 U.S.C. § 371 | 151 |
| | | 18 U.S.C. § 1512(c)(2), 2 | |
| | | 18 U.S.C. § 1512(c)(1) | |
| | | 18 U.S.C. § 111(a)(1) | |
| | | 18 U.S.C. § 111(b) | |
| Elliott, James Robert | 1:21-CR-00735-RCL | 18 U.S.C. § 111(a)(1) | 37 |
| Gieswein, Robert | 1:21-CR-00024-TNM | 18 U.S.C. § 111(b) | 48 |
| | | 18 U.S.C. § 111(b) | |

| | | | |
|---|---|---|---|
| Owens, Grady Douglas | 1:21-CR-00286-BAH | 18 U.S.C. 111(a)(1) | 37 |
| | | 40 U.S.C. 5104(e)(2)(D) | |
| Owens, Jason Douglas | 1:21-CR-00286- BBAH | 18 U.S.C. 111(a)(1) | 24 |
| | | 40 U.S.C. 5104(e)(2)(D) | |
| Ramey, Barry | 1:22-CR-00184-DLF | 18 U.S.C. § 1752(a)(1) | 60 |
| | | 18 U.S.C. § 1752(a)(2) | |
| | | 18 U.S.C. § 1752(a)(4) | |
| | | 40 U.S.C. § 5104(e)(2)(F) | |
| | | 18 U.S.C. § 111(a)(1) | |
| | | 18 U.S.C. § 231(a)(3) | |
| Beddingfield, Matthew | 1:22-CR-00066-CJN | 18 U.S.C. § 111(a)(1) and (b) | 38 |
| Clayton, Cale | 1:22-CR-00139-RCL | 18 U.S.C. § 111(a)(1) | 30 |
| Scott, Daniel | 1:21-CR-00292-RCL | 18 U.S.C. § 1512(c)(2) | 60 |
| | | 18 U.S.C. § 111(a) | |
| Fitzsimons, Kyle | 1:21-CR-000158-RC | 18 U.S.C. § 1512(c)(2), 2 | 87 |
| | | 18 U.S.C. § 231(a)(3) | |
| | | 18 U.S.C. § 111(a)(1) | |
| | | 18 U.S.C. § 111(a)(1) | |
| | | 18 U.S.C. § 111(b) | |
| | | 18 U.S.C. § 111(b) | |
| | | 18 U.S.C. § 1752(a)(1) | |
| | | 18 U.S.C. § 1752(a)(2) | |
| | | 18 U.S.C. § 1752(a)(4), | |
| | | (b)(1)(A) | |
| | | 40 U.S.C. § 5104(e)(2)(D) | |
| | | 40 U.S.C. § 5104(e)(2)(F) | |
| Southard- Rumsey, Audrey | 1:21-CR-00387-APM | 18 U.S.C. § 1512(c)(2) | 72 |
| | | 18 U.S.C. § 111(a) | |
| | | 18 U.S.C. § 231(a)(3) | |
| Alberts, Christopher | 1:21-CR-00026-CRC | 18 U.S.C. § 231(a)(3) | 84 |
| | | 18 U.S.C. § 111(a)(1) | |
| | | 18 U.S.C. § 1752(a)(1) and | |
| | | (b)(1)(A) | |
| | | 18 U.S.C. § 1752(a)(2) and | |
| | | (b)(1)(A) | |
| | | 18 U.S.C. § 1752(a)(4) | |
| | | 40 U.S.C. § 5104(e)(1)(A)(i) | |
| | | 40 U.S.C. § 5104(e)(2)(D) | |
| | | 40 U.S.C. § 5104(e)(2)(F) | |
| | | 22 D.D.C. § 4504(a) | |
| Stager, Peter | 1:21-CR-00035-RC | 18 U.S.C. 111(b), 2 | 52 |

| | | | |
|---|---|---|---|
| Gundersen, Brian | 1:21-CR-00137-RC | 18 U.S.C. § 1512(c)(2) | 18 |
| | | 18 U.S.C. § 111(a) | |
| Cua, Bruno | 1:21-CR-00107-RDM | 18 U.S.C. § 1512(c)(2), 2 | 12 |
| | | 18 U.S.C. § 111(a)(1) | |
| Sibick, Thomas | 1:21-CR-00291-ABJ | 18 U.S.C. § 111(a)(1) | 50 |
| | | 18 U.S.C. § 661 | |
| Sandoval, Salvador | 1:21-CR-00195-CKK | 18 U.S.C. § 231(a)(3) | 88 |
| | | 18 U.S.C. § 111(a)(1) | |
| | | 18 U.S.C. § 1512(c)(2) | |
| | | 18 U.S.C. § 1752(a)(1) | |
| | | 18 U.S.C. § 1752(a)(2) | |
| | | 18 U.S.C. § 1752(a)(4) | |
| | | 40 U.S.C. § 5104(e)(2)(D) | |
| | | 40 U.S.C. § 5104(e)(2)(G) | |
| | | 40 U.S.C. § 5104(e)(2)(F) | |
| Phipps, Daniel | 1:21-CR-00044-CJN | 18 U.S.C. § 111(a)(1); | 27 |
| | | 18 U.S.C. § 231(a)(3) | |
| | | 18 U.S.C. § 1752(a)(1) | |
| | | 18 U.S.C. § 1752(a)(2) | |
| | | 40 U.S.C. § 5104(e)(2)(D) | |
| | | 40 U.S.C. § 5104(e)(2)(G) | |
| McNamara, | 1:23-CR-00119-ABJ | 18 U.S.C. § 111(a)(1) | 12 |
| Perkins, Michael | 1:21-CR-00447-CJN | 18 U.S.C. § 231(a)(3) | 48 |
| | | 18 U.S.C. § 111(a)(1) and (b) | |
| | | 18 U.S.C. § 1752(a)(1)(2) and (b)(1)(A) | |
| | | 18 U.S.C. § 1752(a)(2) and (b)(1)(A) | |
| | | 18 U.S.C. § 1752(a)(4) and (b)(1)(A) | |
| | | 40 U.S.C. § 5104(e)(2)(F) | |
| Pezzola, Dominic | 1:21-CR-000175-TJK | 18 U.S.C. § 1512(c)(2), 2 | 120 |
| | | 18 U.S.C. § 372 | |
| | | 18 U.S.C. § 231(a)(3), 2 | |
| | | 18 U.S.C. § 1361, 2 | |
| | | 18 U.S.C. § 1361, 2 | |
| | | 18 U.S.C. § 111(a)(1) | |
| | | 18 U.S.C. § 2112 | |
| Galetto, Kevin | 1:21-CR-00517-CKK | 18 U.S.C. § 111(a) | 27 |
| | | 18 U.S.C. § 231(a)(3) | |
| Leyden, Daniel | 1:22-CR-00314-TNM | 18 U.S.C. § 111(b) | 38 |
| Leyden, Joseph | 1:22-CR-00314-TNM | 18 U.S.C. § 111(a)(1) | 6 |

| | | | |
|---|---|---|---|
| McHugh, Sean Michael | 1:21-CR-00453-JDB | 18 U.S.C.§ 111(b) | 78 |
| | | 18 U.S.C.§ 1512(c)(2), 2 | |
| Padilla, Joseph Lino | 1:21-CR-00214-JDB | 18 U.S.C. § 111(a)(1) | 78 |
| | | 18 U.S.C. § 231(a)(3) | |
| | | 18 U.S.C. § 111(b) | |
| | | 18 U.S.C. § 231(a)(3) | |
| | | 18 U.S.C. § 1512(c)(2), 2 | |
| | | 18 U.S.C. § 1752(a)(1) and | |
| Munafo, Jonathan | 1:21-CR-00330-JEB | 18 U.S.C. § 231(a)(3) | 33 |
| | | 18 U.S.C. § 111(a)(1) | |
| Milstreed, Rodney | 1:22-CR-00198-JEB | 18 U.S.C. § 111(b) | 60 |
| | | 18 U.S.C. § 113(a)(4) | |
| | | 26 U.S.C. § 5861(d) | |
| Sturgeon, Isaac | 1:21-CR-00091-RCL | 18 U.S.C. § 1512(c)(2), 2 | 72 |
| | | 18 U.S.C. § 231(a)(3) | |
| | | 18 U.S.C. § 111(a)(1) | |
| Bingert, Craig | 1:21-CR-00091-RCL | 18 U.S.C. § 1512(c)(2), 2 | 96 |
| | | 18 U.S.C. § 231(a)(3) | |
| | | 18 U.S.C. § 111(a)(1) | |
| | | 18 U.S.C. § 1752(a)(1) | |
| | | 18 U.S.C. § 1752(a)(2) | |
| | | 18 U.S.C. § 1752(a)(4) | |
| | | 40 U.S.C. § 5104(e)(2)(F) | |
| Vassallo, Salvatore | 1:22-CR-00325-ABJ | 18 U.S.C. § 111(a)(1) | 18 |
| Woods, Shane Jason | 1:21-CR-00476-APM | 18 U.S.C. § 113(a)(4) | 54 |
| | | 18 U.S.C. § 111(a)(1) | |
| Jenkins, Shane | 1:21-CR-00245-APM | 18 U.S.C. § 231(a)(3) | 84 |
| | | 18 U.S.C. § 1512(c)(2), 2 | |
| | | 18 U.S.C. § 111(b) | |
| | | 18 U.S.C. § 1361 | |
| | | 18 U.S.C. § 1752(a)(1), (b)(1)(A) | |
| | | 18 U.S.C. § 1752(a)(2), (b)(1)(A) | |
| | | 18 U.S.C. § 1752(a)(4), (b)(1)(A) | |
| | | 40 U.S.C. § 5104(e)(2)(D) | |
| | | 40 U.S.C. § 5104(e)(2)(F) | |
| Wren, Donnie | 1:21-CR-00599-RBG | 18 U.S.C. § 231(a)(3) | 12 |
| | | 18 U.S.C. § 111(a)(1) | |
| | | 18 U.S.C. § 1752(a)(1) | |

| Name | Case | Statutes | |
|---|---|---|---|
| Smith, Thomas Harlan | 1:21-CR-00599-RBG | 18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 111(b)<br>18 U.S.C. § 1752(a)(1), (b)(1)(A)<br>18 U.S.C. § 1752(a)(2), (b)(1)(A)<br>18 U.S.C. § 1752(a)(4), (b)(1)(A)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(F) | 108 |
| Howe, Joseph | 1:21-CR-00087-TJK | 18 U.S.C. § 1512(c)(2)<br>18 U.S.C. § 111(a) | 50 |
| Harris, Richard | 1:21-CR-00189-CJN | 18 U.S.C. § 1512(c)(2), 2<br>18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(1)<br>18 U.S.C. § 1752(a)(4)<br>40 U.S.C. § 5104(e)(2)(D)<br>40 U.S.C. § 5104(e)(2)(F)<br>40 U.S.C. § 5104(e)(2)(G) | 41 |
| Davis, James | 1:21-CR-00595-TJK | 18 U.S.C. § 111(a)<br>18 U.S.C. § 1752(a)(2)<br>18 U.S.C. § 1752(a)(4)<br>40 U.S.C. § 5104(e)(2)(F)<br>18 U.S.C. § 231(a)(3) | 2 m |
| Cappuccio, Steven | 1:21-CR-00040-TNM | 18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 111(b)<br>18 U.S.C. § 2111<br>18 U.S.C. § 231(a)(3)<br>18 U.S.C. § 1752(a)(2), (b)(1)(A)<br>18 U.S.C. § 1752(a)(4), (b)(1)(A)<br>40 U.S.C. § 5104(e)(2)(G) | 85 |

| | | | |
|---|---|---|---|
| Klein, Federico | 1:21-CR-00040-TNM | 18 U.S.C. § 111(a)(1), 2 | 70 |
| | | 18 U.S.C. § 111(a)(1), 2 | |
| | | 18 U.S.C. § 111(a)(1), 2 | |
| | | 18 U.S.C. § 111(a)(1), 2 | |
| | | 18 U.S.C. § 111(a)(1) | |
| | | 18 U.S.C. § 1512(c)(2), 2 | |
| | | 18 U.S.C. § 231(a)(3) | |
| | | 18 U.S.C. § 1752(a)(2) | |
| | | 18 U.S.C. § 1752(a)(4) | |
| | | 40 U.S.C. § 5104(e)(2)(D),2 | |
| | | 40 U.S.C. § 5104(e)(2)(F),2 | |
| | | | |
| Rodriguez, Edward | 1:21-CR-00483-DLF | 18 U.S.C. § 111(b) | 36 |
| Lockwood, Michael | 1:23-CR-00146-RDM | 18 U.S.C. § 111(a)(1) | 12 |
| Thomas, Kenneth | 1:21-CR-00552-DLF | 18 U.S.C. § 231(a)(3) | 58 |
| | | 18 U.S.C. § 111(a)(1) | |
| | | 18 U.S.C. § 111(a)(1) | |
| | | 18 U.S.C. § 111(a)(1) | |
| | | 18 U.S.C. § 111(a)(1) | |
| | | 18 U.S.C. § 1752(a)(1) | |
| | | 18 U.S.C. § 1752(a)(2) | |
| Dillard, Kaleb | 1:23-CR-00049-JMC | 18 U.S.C. 111(a)(1) | 10 |
| Russell, Bobby | 1:23-CR-00029-APM | 18 U.S.C. §111(a)(1) | 12 |
| Buteau, Jaime | 1:21-CR-00489-RDM | 18 U.S.C. § 111(a)(1) | 22 |
| Johnson, Zachary | 1:22-CR-00011-RJL | 18 U.S.C. § 111(a)(1) | 42 |
| Herrington, Dillion | 1:23-CR-00199-BAH | 18 U.S.C. § 111(a)(1) | 37 |
| Adams, Justin Dee | 1:22-CR-00350-JEB | 18 U.S.C. § 111(a)(1) | 17 |
| Ballard, Thomas | 1:21-CR-00553-RJL | 18 U.S.C. § 111(b) | 54 |
| Krol, Matthew | 1:22-CR-00110-RC | 18 U.S.C. § 111(b) | 51 |
| Donohoe, Charles | 1:21-CR-00175-TJK | 18 U.S.C. § 1512(k) | 40 |
| | | 18 U.S.C. § 111(a) | |
| Mellis, Jonathan | 1:21-CR-00206-RDM | 18 U.S.C. § 111(b) | 51 |
| Worrell, Christopher | 1:21-CR-00292-RCL | 18 U.S.C. § 231(a)(3) | 120 |
| | | 18 U.S.C. § 111(b) | |
| | | 18 U.S.C. § 1512(c), 2 | |
| | | 18 U.S.C. § 1752(a)(1), (b)(1)(A) | |
| | | 18 U.S.C. § 1752(a)(2), (b)(1)(A) | |
| | | 18 U.S.C. § 1752(a)(4), (b)(1)(A) | |
| | | 40 U.S.C. § 5104(e)(2)(F) | |
| Swoope, Ryan | 1:23-CR-00020-TNM | 18 U.S.C. § 111(a)(1) | 51 |

| | | | |
|---|---|---|---|
| Christensen, Reed Knox | 1:21-CR-00455-RCL | 18 U.S.C. § 231(a)(3) | 46 |
| | | 18 U.S.C. § 111(a)(1) | |
| | | 18 U.S.C. § 111(a)(1) | |
| | | 18 U.S.C. § 111(a)(1) | |
| | | 18 U.S.C. § 1752(a)(1) | |
| | | 18 U.S.C. § 1752(a)(2) | |
| | | 18 U.S.C. § 1752(a)(4) | |
| | | 40 U.S.C. § 5104(e)(2)(F) | |
| Bonawitz, Kenneth | 1:23-CR-00055-JMC | 18 U.S.C. § 231(a)(3) | 60 |
| | | 18 U.S.C. § 111(a)(1) | |
| Grace, Jonathan | 1:23-CR-00138-RBW | 18 U.S.C. § 111(a)(1) | 24 |
| Mullins, Clayton | 1:21-CR-00035-RC | 18 U.S.C. § 111(a)(1) | 30 |
| Celentano, Ralph | 1:22-CR-00186-TJK | 18 U.S.C. § 111(a)(1) | 78 |
| | | 18 U.S.C. § 231(a)(3) | |
| | | 18 U.S.C. § 1752(a)(1) | |
| | | 18 U.S.C. § 1752(a)(2) | |
| | | 18 U.S.C. § 1752(a)(4) | |
| Bartow, Katelyn | 1:22-CR-00358-RC | 18 U.S.C. § 111(b), 2 | 12 |
| Kasper, Riley | 1:22-CR-00148-RCL | 18 U.S.C. § 111(b) | 37 |
| Boulton, Zachariah | 1:23-CR-00284-JDB | 18 U.S.C. § 111(a)(1) | 24 |
| Beckley, Damon Michael | 1:21-CR-00285-JEB | 18 U.S.C. § 111(a)(1) | 18 |
| Rodriguez, Juan | 1:23-CR-00270-APM | 18 U.S.C. § 1512(c)(2) | 1 |
| | | 18 U.S.C. § 111(a)(1) | |
| Zerkle, Jacob | 1:22-CR-00100-RBW | 18 U.S.C. § 1512(c)(2), 2 | 24 |
| | | 18 U.S.C. § 231(a)(3) | |
| | | 18 U.S.C. § 111(a)(1) | |
| | | 18 U.S.C. § 111(a)(1) | |
| | | 18 U.S.C. § 111(a)(1) | |
| | | 18 U.S.C. § 111(a)(1) | |
| | | 18 U.S.C. § 641 | |
| | | 18 U.S.C. § 1752(a)(1) | |
| | | 18 U.S.C. § 1752(a)(2) | |
| | | 18 U.S.C. § 1752(a)(4) | |
| | | 40 U.S.C. § 5104(e)(2)(F) | |
| Farris, Jason | 1:23-CR-00068-AMJ | 18 U.S.C. § 231(a)(1) | 18 |
| | | 18 U.S.C. § 111(a)(3) | |
| Kuehne, Christopher | 1:21-CR-00160-TJK | 18 U.S.C. § 111(a)(1) | 2.5 |
| McAbee, Ronald Colton | 1:21-CR-00035-RC | 18 U.S.C. § 111(a)(1) | 70 |
| | | 18 U.S.C. § 1512(c)(2) | |
| Sabol, Jeffrey | 1:21-CR-00035-RC | 18 U.S.C. § 111(a) | 63 |
| | | 40 U.S.C. § 5104(e)(2)(F) | |
| Fellows, Brandon | 1:21-CR-00083-TNM | 18 U.S.C. § 1512(c)(2), 2 | 37 |
| | | 18 U.S.C. § 2111 | |
| | | 18 U.S.C. § 111(b), 2 | |

| Mackrell, Clifford | 1:21-CR-00276-CKK | 18 U.S.C. § 111(a)(1) | 27 |
|---|---|---|---|
| | | 18 U.S.C. § 111(a)(1) | |
| | | 18 U.S.C. § 111(a)(1) | |
| Higgins, Dusty | 1:23-CR-00059-RDM | 18 U.S.C. § 111(a)(1) | 0.5 |
| Pooler, Thomas | 1:24-CR-00075-TNM | 18 U.S.C. § 111(a)(1) | 12 |
| Von Keudell, Nicholas | 1:23-CR-00221-CRC | 18 U.S.C. § 111(a)(1) | 24 |
| Williams, Elliot | 1:23-CR-00375-CRC | 18 U.S.C. § 111(a)(1) | 1 |
| Kinnison, Derek | 1:21-CR-00392-RCL | 18 U.S.C. § 111(b) | 33 |
| DaSilva, Matthew | 1:21-CR-00564-CJN | 18 U.S.C. § 231(a)(3), 2 | 28 |
| | | 18 U.S.C. § 111(a)(1) | |
| | | 18 U.S.C. § 111(b) | |
| | | 18 U.S.C. § 1752(b)(1)(a) | |
| | | 18 U.S.C. § 1752(a)(2), (b)(1)(a) | |
| | | 18 U.S.C. § 1752(a)(4), (b)(1)(a) | |
| | | 40 U.S.C. § 5104(e)(2)(F) | |
| DiGiovanni, Gene | 1:23-CR-00444-JEB | 18 U.S.C. § 111(a)(1) | 10 |
| | | 18 U.S.C. § 231(a)(3) | |
| | | 18 U.S.C. § 1752(a)(1) | |
| | | 18 U.S.C. § 1752(a)(2) | |
| | | 18 U.S.C. § 1752(a)(4) | |
| | | 40 U.S.C. § 5104(e)(2)(F) | |
| Nichols, Ryan | 1:21-cr-00117-RCL | 18 U.S.C. 111(b) | 63 |
| Barron, Nancy | 1:22-cr-00089-ZMF | 18 U.S.C. § 1512(c)(2), 2 | 0 |
| | | 18 U.S.C. § 111(a)(1) | |
| Smither, David Evan | 1:24-CR-00015-JMC | 18 U.S.C. § 111(a)(1) | 12 |
| Barber, Steven | 1:23-CR-00409-DLF | 18 U.S.C. § 1512(c)(2) | 0 |
| | | 18 U.S.C. § 111(a)(1) | |
| | | 18 U.S.C. § 231(a)(3) | |
| | | 18 U.S.C. § 1361 | |
| | | 18 U.S.C. § 1752(a)(1) | |
| | | 18 U.S.C. § 1752(a)(2)) | |
| | | 40 U.S.C. § 5104(e)(2)(D) | |
| | | 40 U.S.C. § 5104(e)(2)(F) | |
| | | 40 U.S.C. § 5104(e)(2)(G) | |
| Amsini, Daniel | 1:23-CR-00423-CJN | 18 U.S.C. § 231(a)(3) | 1.5 |
| | | 18 U.S.C. § 111(a)(1) | |

| | | | |
|---|---|---|---|
| Coker, Joshua | 1:23-CR-00362-TNM | 18 U.S.C. § 111(a)(1) | 8 |
| | | 18 U.S.C. § 2111 | |
| | | 18 U.S.C. § 111(a)(1), (b)(1)(A) | |
| | | 18 U.S.C. § 111(a)(1), (b)(1)(A) | |
| | | 18 U.S.C. § 1512(c)(2), 2 | |
| | | 18 U.S.C. § 231(a)(3) | |
| | | 18 U.S.C. § 1752(a)(1), (b)(1)(A) | |
| | | 18 U.S.C. § 1752(a)(4), (b)(1)(A) | |
| | | 40 U.S.C. § 5104(e)(2)(F) | |
| | | 40 U.S.C. § 5104(e)(2)(G) | |
| Harkrider, Alex Kirk | 1:21-CR-00117-RCL | 18 U.S.C. § 231(a)(3) | 24 |
| | | 18 U.S.C. § 111(a)(1) | |
| | | 18 U.S.C. § 1752(a)(1) | |
| | | 18 U.S.C. § 1752(a)(2) | |
| | | 18 U.S.C. § 1752(a)(4) | |
| | | 40 U.S.C. § 5104(e)(2)(D) | |
| | | 40 U.S.C. § 5104(e)(2)(F) | |
| | | 40 U.S.C. § 5104(e)(2)(G) | |
| Taake, Andrew | 1:21-CR-00498-CJN | 18 U.S.C. § 1512(c)(2), 2 | 74 |
| | | 18 U.S.C. § 111(a)(1) and (b) | |
| | | 18 U.S.C. § 1752(a)(1) | |
| | | 18 U.S.C. § 1752(a)(2) | |
| | | 40 U.S.C. § 5104(e)(2)(D) | |
| | | 40 U.S.C. § 5104(e)(2)(G) | |
| Curl, Jason | 1:23-CR-00253-JDB | 18 U.S.C. § 111(a)(1) and (b) | 0 |
| Azari, Farbod | 1:23-CR-0251-RCL | 18 U.S.C. § 111(b)(1) | 50 |
| | | 18 U.S.C. § 231(a)(3) | |
| O'Brien, Scott Alan | 1:24-CR-00206-TNM | 18 U.S.C. § 111(b)(1) | 0 |
| | | 18 U.S.C. § 231(a)(3 | |
| Clary, Xyan | 1:23-CR-0432-RBW | 18 U.S.C. § 111(a)(1), (b)(1)(A) | 36 |

| McNulty, Devin | 1:23-CR-0235-TSC | 18 U.S.C. § 111(a)(1) and (b)(1)(A) | 12 |
| | | 18 U.S.C. 1752(a)(1) and (b)(1)(A) | |
| | | 18 U.S.C. 1752(a)(2) and (b)(1)(A) | |
| | | 18 U.S.C. 1752(a)(4) and (b)(1)(A) | |
| | | 40 U.S.C. 5104(e)(2)(D) | |
| | | 40 U.S.C. 5104(e)(2)(F) | |
| | | 40 U.S.C. 5104(e)(2)(G) | |
| Wilkinson, Ulises | 1:23-CR-00283-JMC | 18 U.S.C. § 111(a)(1) | 0 |
| Adkins, Miles | 1:24-CR-00273-TNM | 18 U.S.C. § 111(a)(1) | 0.4 |
| Wilson, Gary | 1:21-CR-00046-RDM | 18 U.S.C. § 111(a)(1) | 1 |
| St. Onge, Alan | 1:23-CR-00237-CJN | 18 U.S.C. §§ 111(a)(1) | 18 |
| Bonney, Jonathan | 1:24-CR-00017-APM | 18 U.S.C. § 111(a)(1) | 0 |
| Brody, Joseph | 1:24-CR-00067-DLF | 18 U.S.C. § 111(a)(1) | 18 |
| Dykes, Tyler Bradley | 1:23-CR-00266-BAH | 18 U.S.C. § 231 | 57 |
| | | 18 U.S.C. § 111(a)(1) | |
| Martin, Marcus | 1:23-CR-00353-JDB | 18 U.S.C. § 111(a)(1) and (b) | 32 |
| Cook, Steven | 1:23-CR-00340-TNM | 18 U.S.C. § 111(a)(1) | 28 |
| | | 18 U.S.C. § 111(a)(1) | |
| Bowling, Marissa | 1:23-CR-00425-APM | 18 U.S.C. § 111(a)(1) | 0 |
| Keniley, Christopher | 1:24-CR-00001-TSC | 18 U.S.C. § 111(a)(1) | 0.33 |

| Source: | https://www.justice.gov/usao-dc/capitol-breach-cases |
| Date accessed | 26-Aug-24 |

# EXHIBIT Q

November 6, 2024

Dear Judge Stanton,

My name ███████████████████████ s my employee. She has been working for me for a
couple of years now. She manages my antique store ███████████████ a valued
employee, she has very strong work ethic and is very trustworthy. She also has been very
transparent about her son Robert Rundo. She spoke candidly about his situation and his
criminal charges. I am also aware that he has a background in maintenance, and I have
properties that I would like to have him maintain for me. I believe in second chances ████████
discussed the possibility of Rob living with her and I would like to offer him a job to help him
start over.

EXHIBIT Q