TODD BLANCE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
ANNA P. BOYLAN (Cal. Bar No. 322791)
Assistant United States Attorney
National Security Division
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-2170
    Facsimile:  (213) 894-0140
    E-mail:   anna.boylan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. **See Attachment A** |
|---|---|
| Plaintiff, | NOTICE OF DEPARTURE FROM THE UNITED STATES ATTORNEY'S OFFICE; ATTACHMENT A |
| v. | |
| **See Attachment A**, | |
| Defendant. | |

Plaintiff, United States of America, hereby advises the court that Assistant United States Attorney Anna P. Boylan is departing the United States Attorney's Office, and all the cases listed in

//

//

//

//

**Attachment A** should have the contact information for Assistant United States Attorney Anna P. Boylan replaced with the generic USAO email used for docketing.

Dated: March 11, 2026          Respectfully submitted,

                                TODD BLANCE
                                Deputy Attorney General

                                BILAL A. ESSAYLI
                                First Assistant United States Attorney

                                IAN V. YANNIELLO
                                Assistant United States Attorney
                                Chief, National Security Division


                                ___*/s/*_____
                                ANNA P. BOYLAN
                                Assistant United States Attorney

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA

2

# ATTACHMENT A

2:05-CR-00578-JFW

2:07-CR-00463-JFW

2:09-CR-00445-DSF

2:09-CR-00719-RGK

2:09-CR-00719-AHM

2:17-CR-00018-CAS

2:17-CR-00586-R

2:17-CR-00715-ODW

2:18-CR-00108-SJO

2:18-CR-00195-GW

2:18-CR-00759-CJC

2:18-CR-00759-JLS

2:18-CR-00793-CJC

2:19-CR-00592-JFW-FWS

2:19-CR-00643-DMG

2:19-CR-00662-SVW

2:19-CR-00680-JFW

2:19-CR-00687-MWF-ODW

2:19-CR-00716-JFW

2:19-CR-00734-DSF

2:19-CR-00751-PA

2:19-CR-00755-SVW

2:19-CR-00763-GW

2:19-CR-00766-CAS

2:19-CV-08507-MRW

2:20-CR-00005-PSG

2:20-CR-00015-JAK

2:20-CR-00017-PA

2:20-CR-00020-SVW

2:20-CR-00043-DSF

2:20-CR-00063-RGK

2:20-CR-00083-RGK

2:20-CR-00110-DOC

2:20-CR-00118-DOC

2:20-CR-00202-JAK

2:20-CR-00271-AB

2:20-CR-00302-RGK

2:20-CR-00389-AB

2:20-CR-00438-MCS

2:20-CR-00507-MWF

2:20-CR-00580-ODW

2:20-CR-00601-DMG

2:20-CV-02039-CJC-MRW

2:20-CV-07676-FMO-AS

2:21-CR-00252-CJC

2:21-CR-00339-FLA

2:21-CR-00371-JAK

2:21-CR-00373-MWF

2:21-CR-00380-FLA

2:21-CR-00396-FLA

2:21-CR-00409-JFW

2:21-CR-00426-PA

2:21-CR-00438-SVW

2:21-CR-00462-JAK

2:21-CR-00483-JAK

2:21-CR-00508-JAK

2:23-CR-00087-DMG

2:23-CR-00632-HDV

2:24-CR-102-HDV

2:24-CR-120-MEMF

2:87-CR-00571-SVW

2:96-CR-00675-RMT

2:97-CR-00765-KMW

5:19-CR-00203-PSG

5:19-CR-00347-JAK

5:24-CR-00130-SSS

5:25-CR-208-AB

8:15-CR-00150-CJC

8:19-CR-00180-MWF